UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | : | **CIVIL ACTION** |
| | : | **NO. 19-1384    SECTION "F" 1** |
| **VERSUS** | | |
| | : | **JUDGE MARTIN FELDMAN** |
| **MARLIN GUSMAN, ET AL.** | | |
| | : | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the *Motion to Continue Trial and Reset Deadlines* filed by Defendants, Secretary James LeBlanc, and Ashley Jones, and for good cause shown:

**IT IS ORDERED** that the Motion is **GRANTED**, that the pre-trial conference set for November 26, 2019 and the trial set for December 16, 2019 in the above-entitled matter are continued, and that this Honorable Court shall issue an amended scheduling Order following a scheduling conference, to be set by the Court.  No further delays will be allowed.

**NEW ORLEANS, LOUISIANA,** this  26th  day of      August      , 2019.

_____
JUDGE MARTIN FELDMAN