UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK | CIVIL ACTION |
| v. | NO. 19-1384 |
| MARLIN GUSMAN, ET AL. | SECTION "F" |

ORDER

Before the Court are two motions by the Louisiana Department of Public Safety & Corrections' Secretary, James LeBlanc, and employee, Ashley Jones: (1) motion to stay discovery; and (2) Rule 12(b)(1) and 12(b)(6) motion to dismiss.  IT IS ORDERED: that the hearing on the motions is hereby continued to October 9, 2019, on the papers.

New Orleans, Louisiana, September 25th, 2019

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1