UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNNY TRAWEEK                                               CIVIL ACTION

VERSUS                                                       NO. 19-1384

MARLIN GUSMAN, ET AL                                         SECTION "F" 1

## SCHEDULING CONFERENCE NOTICE

A **SCHEDULING CONFERENCE** will be held **BY TELEPHONE** on **THURSDAY, DECEMBER 5, 2019, at 9:30 a.m.** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.   The Court will initiate the telephone conference call and will be represented at the conference by its Case Manager.

**TRIAL COUNSEL** are to participate in this conference.  If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements.  If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

CHERIE B. STOUDER
CASE MANAGER, SECTION "F"
(504) 589-7683

**COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(a)(1) and 26(f), LOCAL RULE 26 AND THE CORPORATE DISCLOSURE REQUIREMENTS OF F.R.C.P. 7.1.**

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**