

**Office of the Sheriff**
*Parish of Orleans ~ State of Louisiana*

**Marlin N. Gusman**
*Sheriff*

## AUTHENTICATION OF BUSINESS RECORDS

I am the custodian of records for the Orleans Parish Sheriff's Office. I hereby certify that the attached "Orleans Justice Center 60 Day Update – January 2019", is a true and correct copy a report maintained on the Orleans Parish Sheriff's Office. This document is a business record ordinarily generated and maintained in the course of business of the Orleans Parish Sheriff's Office .

BLAKE J. ARCURI
GENERAL COUNSEL

SWORN TO AND SUBSCRIBED BEFORE ME in New Orleans, Louisiana, this 13th day of December, 2019.

Laura Cannizzaro Rodrigue
LSBA No. 30428
My Commission expires at death.

# Orleans Justice Center
# 60 Day Update – January 2019

**Sustainable Hiring**
Human Resources continues to work at a steady pace in their attempts to recruit and successfully hire qualified candidates capable of staffing the OPSO vacancies, specifically the jail operations. Recently Human Resources began a social media campaign in an attempt to recruit more employees. In continued attempts to recruit, OPSO has also hired a community outreach person and has attended multiple job fairs with colleges, Veterans and active duty military.

November saw an uptick in hiring when compared to the two previous months. There were 42 new hires in November, which was nearly double the new hires for September and October. In December there were only three (3) new hires.

In addition to the 45 new hires in November & December, there were 40 terminations or resignations during that same time frame.

Of the 40 terminations and resignations nine (9) were for job abandonment, five (5) for advancement opportunities, thirteen (13) for misconduct, nine (9) for personal reasons, one (1) resigned under investigation, one (1) resigned while on suspension, and two (2) were unable to perform their job duties.

Of the 40 employees that resigned or were terminated, one (1) was a Warden, one (1) was a Captain, one (1) was a Lieutenant, one (1) was a Deputy 1, five (5) were Deputy 1's, 15 were Deputy Recruits, two (2) were Intake & Processing Clerks, seven (7) were Corrections Monitoring Technicians, two (2) were Electricians, one (1) was an Engineer, one (1) was a Finance Manager, one (1) was a Docket Clerk, one (1) was a Special Assistant to the Sheriff, and one (1) was a summer employee.

During the month of November, 48 applicants were rejected. Of those 48, twenty-four (24) were for failed background investigations, three (3) were for failed interviews, seventeen (17) advised they were no longer interested in the position, one (1) failed to show after being employed, two (2) who were ineligible for rehire, and one (1) was too young to be employed.

During the month of November, 29 applicants were rejected. Of those 29, ten (10) were for failed background investigations, two (2) were for failed interviews, five (5) indicated they were no longer interest in the position, three (3) failed to show after being employed, eight (8) were not eligible for rehire, and one (1) was too young to be employed.

Human Resources in conjunction with the Training Division successfully graduated an academy class in December. In their continued attempts at retention, a tribute to veterans was placed on display in November, an employee appreciation luncheon was held in November, and a holiday party was held in December.

EXHIBIT C

1

OJC-60 Day Update Jan. 2019

While the $3,500 annual raise scheduled for January 2019 is expected to provide our staff with some assistance, the OPSO continues to be the lowest paid agency of all present at job fairs.  We anticipate that additional increases will be needed to be competitive and to properly staff OJC.

**Policies**
The Policy & Accreditation team continues to work with the Monitors and the Plaintiffs' Class to successfully review and complete the OPSO policies, standard operating procedures, and post orders.

During the months of November and December 2018, Director Hammons and her team submitted the following standard operating procedures, policies, and post orders to the monitors for review and approval:

- 101.02 – Organizational Structure
- 1004 – Administrative Document Submission
- 1601.04 – Disciplinary Detention SOP
- 7307 – Access to Medical, Mental Health and Dental Procedures
- 801.12 – Disciplinary Detention
- 1601.03 – Mental Health Unit SOP
- 1601.02 – Unit Manager Post Order
- 1601.09 – Pod Control Post Order
- 1601.08 – Main Control Post Order
- 1101.01 – Inmate Laundry
- 1201.04 – Medical, Mental Health, and Dental
- 501.13 – Department of Corrections
- 6013 – Laundry Delivery, Pick-up and Exchange protocols
- 1101.06 – Inmate Hygiene
- 7229 – Hygiene by Procedures
- 801.32 – Inmate Worker
- 7032 – Inmate Worker Selection, Assignment and Dismissal Procedures (SOP)
- 7113 – DOC Transfers (SOP)
- 1601.03 – Mental Health Pod Deputy Post Oder
- 801.04 – Pod Operations
- 7004 – Direct Supervision
- 301.20 – Reserve Division
- 501.11 Department of Homeland Security
- 7111 – Homeland Security / ICE Inmates (SOP)
- 1501.03 – EIS
- 7003 – EIS Alerts and Auditing Procedures
- 801.41 – Protective Custody

The following policies, standard operating procedures, and post orders were submitted for annual review during that same time frame:

2

OJC-60 Day Update Jan. 2019

101.02 - ADO-Changed to Watch Commander

1601.01 – ADO - Changed to Watch Commander Post Order (Originally Approved in 2018) Due to the change in duties being resubmitted for review.

801.15 - Use of Restraints

1001.02 - Diets, Medically Necessary and Religious Diets

7602 - Special Diets Protocols (SOP)

1101.02 - Facility Trash Removal

6002 - Trash Removal Procedures (SOP)

701.06 - Emergencies-Fire

7506 - Emergencies Response (Fire) (SOP)

1101.08 - Mattress Cleaning and Storage

7608 - Mattress Cleaning and Storage (SOP)

1201.03 - Hunger Strike

7303 - Hunger Strike Protocol (SOP)

801.14 - Use of Canine in Correctional Settings

7014 - Requesting Canine Assistance (SOP)

801.10 - Shift Logs

7010 - Shift Log Entries and Review Procedures (SOP)

7510 - Medical Emergencies (Converted to SOP from policy 701.10

801.01 - Inmate Counts

7001 - Count Procedures (SOP)

801.03 - Inmate and Inmate Search

7003 - Inmate and Facility Search Procedures (SOP)

801.02 - Contraband Control

7002 - Accountability of Contraband Procedures (SOP)

801.16 - Incident Reporting

7016 - Incident Report Writing Procedures (SOP)

1201.07 - Inmate Suicide Reduction Precaution

3

OJC-60 Day Update Jan. 2019

7037 - Suicide Precaution Procedures (SOP)

1501.01 - Use of Force

7001 - Initiation of Use of Force (SOP)

**PREA Compliance**
The Compliance Unit, led by Manager Alexys Kyman and PREA Coordinator, Sergeant Hazel Bowser, continue to make strides in achieving compliance to prepare for OPSO's PREA audit. Currently all OPSO employees are up-to-date with PREA training. The OPSO previously installed window tinting film on pod 2C to further comply with the sight separation standard between adult offenders and youthful offenders but due to peeling, continue to work toward a solution.

**Incident Updates and Outcome Data**
An initial note about reporting:

Often, OJC's total reporting numbers are interpreted as the total number of distinct incidents which occurred in the facility during a given period of time. This is not necessarily correct, as some incidents appear more than once in the number count because of more than one action occurring during the same incident. For example, if two inmates are involved in a physical altercation, and a staff member steps in to separate them, that single incident will appear as one (1) inmate-on-inmate altercation and one (1) use of force if force is used. If, in that same example, one of the inmates pushed the staff member, that incident would be also be reflected in the numbers as one (1) inmate-on-staff altercation.

We continue to work to accurately capture all incidents and to timely notify the monitors of those incidents, and as was noted in the Status Conference, we believe that we have made significant progress towards capturing the accurate number of reportable incidents. The jail's leadership has been reviewing all late-reported incidents and continues to instruct the unit managers to correct these issues with staff. It is our goal to have all incidents reported in a timely manner.

OJC-60 Day Update Jan. 2019

*Inmate-on-Inmate Altercations 2018*

| Month | 2F | 3D | 3F | Pods > 3 altercations | Disciplinary |
|---|---|---|---|---|---|
| February | 4 | 5 | 5 | 6 | 358 |
| March | 3 | 5 | 6 | 10 | 408 |
| April | 0 | 3 | 5 | 5 | 236 |
| May | 5 | 1 | 9 | 3 | 378 |
| June | 2 | 3 | 2 | 2 | 402 |
| July | 1 | 1 | 1 | 3 | 459 |
| August | 0 | 8 | 4 | 6 | 453 |
| September | 1 | 3 | 1 | 1 | 385 |
| October | 4 | 2 | 2 | 3 | 342 |
| November | 0 | 4 | 4 | 3 | 399 |
| December | 2 | 3 | 3 | 0 | 488 |



5

OJC-60 Day Update Jan. 2019

*Inmate-on-Staff Altercations 2018*

| Month | 2B | 3E | 2A | 3C | Pods w/Zero | Pods w/ >1 |
|---|---|---|---|---|---|---|
| February | 3 | 3 | 2 | 1 | 17 | 3 |
| March | 1 | 0 | 1 | 2 | 14 | 1 |
| April | 2 | 1 | 2 | 1 | 15 | 0 |
| May | 3 | 0 | 0 | 0 | 17 | 5 |
| June | 0 | 2 | 3 | 3 | 18 | 6 |
| July | 2 | 1 | 2 | 5 | 20 | 2 |
| August | 0 | 1 | 3 | 0 | 17 | 1 |
| September | 2 | 0 | 3 | 2 | 18 | 3 |
| October | 0 | 0 | 0 | 0 | 17 | 1 |
| November | 0 | 0 | 0 | 1 | 17 | 2 |
| December | 1 | 0 | 3 | 2 | 16 | 2 |



2018 Inmate-on-Staff Altercations



2018 Inmate-on-Staff Comparison

OJC-60 Day Update Jan. 2019

*Suicide Attempts*

| Month | 3A | 2B | 3B | 3C | 4B |
|---|---|---|---|---|---|
| May | 0 | 0 | 0 | 0 | 0 |
| June | 2 | 0 | 0 | 3 | 0 |
| July | 1 | 2 | 0 | 3 | 0 |
| August | 5 | 5 | 1 | 2 | 0 |
| September | 0 | 1 | 1 | 2 | 1 |
| October | 2 | 0 | 0 | 1 | 0 |
| November | 0 | 1 | 0 | 1 | 1 |
| December | 0 | 2 | 1 | 1 | 1 |



7

Overall Inmate-on-Inmate altercations appear to be trending downward. According to the above chart, pods with greater than three (3) incidents per month has decreased from as many as ten (10) in March to zero (0) in December. Regarding inmate-on-inmate altercations, March had 51, April had 46, May had 48, June had 51, July had 34, August had 47, September had 38, and October had 41, November had 38, and December had 39. The continued lack of sufficient staffing continues to have a tremendous impact on our ability to effectively employ unit management and direct supervision.

Recently, a pilot has been instituted to track each incident, their frequency, and the individuals involved. Based upon the information gained, Unit Managers will be responsible for determining the root cause of the incidents on their units and how best to resolve them. OPSO believes that an increase in consistent programmatic opportunities, the overall number of incidents in general will see a downward trend.

OJC saw an increase in the number of suicide attempts in December with ten (10) when there were only five (5) in November. We are continuing our attempts to combat housing manipulation through designed suicide attempts but it continues to be an uphill climb. We will continue to monitor these numbers for a better understanding. We are still awaiting the completion of suicide resistant cells on 3C to solve the manipulation events on that unit. Our current programming levels remain inadequate, and we believe that ending the idle time which is filled by basketball or television will have an impact on all incidents.

**Excessive or Inappropriate Force:**
Sergeant Phares and the Force Investigation Team (FIT) continue to do an excellent job at reviewing all uses of force, whether reported by a deputy, other staff member, inmate, or civilian. During November and December, eleven (11) complaints were received alleging excessive or inappropriate force (seven of these were from one incident – an inmate barricade on pod 2-F). All eleven (11) grievances are currently open. Preliminary findings indicate none will be substantiated.

In December, FIT also closed one (1) case that was reported in September and was later found to be Not Justified. This case was referred to IAD-Criminal and IAD-Administrative.

**PREA Incidents:**
At the end of 2018, the PREA Unit investigated 112 cases of alleged Sexual Misconduct, Sexual Assault, and Sexual Harassment occurring between Inmate and Inmate or Inmate and OPSO staff members. Of such cases, 64 have been closed while 48 remain open, pending an investigation. Included in such, are 2 cases pending the results of DNA testing conducted by the Louisiana State Police.

During the months of November and December 2018 twenty-one (21) PREA-related investigations were conducted while eight (8) are considered CLOSED. Such

8

OJC-60 Day Update Jan. 2019

investigations included fourteen (14) allegations of Sexual Harassment, five (5) Sexual Assault allegations, and two (2) Sexual Misconduct allegations.