UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | : | CIVIL ACTION |
| | : | NO. 19-1384    SECTION "F" 1 |
| **VERSUS** | | |
| | : | JUDGE MARTIN FELDMAN |
| **MARLIN GUSMAN, ET AL.** | | |
| | : | MAGISTRATE JUDGE JANIS VAN MEERVELD |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S WITNESS LIST AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned Counsel, come the Defendants, James LeBlanc, Ashley Jones, and Tracy DiBenedetto, who submit the following witness and exhibit lists:

**Defendants' Will Call Witness List**

1) James LeBlanc - Defendant

   Louisiana Department of Public Safety & Corrections
   504 Mayflower Street
   Baton Rouge, LA 70802
   (225) 342-6740

   a. Will testify regarding his actions as a named defendant in the suit.

2) Ashely Jones – Defendant

   Louisiana Department of Public Safety & Corrections
   504 Mayflower Street
   Baton Rouge, LA 70802
   (225) 342-6740

   a. Will testify regarding her actions as a named defendant in the suit.

3) Tracy DiBenedetto – Defendant

   Louisiana Department of Public Safety & Corrections
   504 Mayflower Street
   Baton Rouge, LA 70802
   (225) 342-6740

     a. Will testify regarding her actions as a named defendant in the suit.

4) Angela Griffin – DPSC Employee

Louisiana Department of Public Safety & Corrections
504 Mayflower Street
Baton Rouge, LA 70802
(225) 342-6740

     a. Will testify as to the pre-classification and intake process of pre-class packets of offenders sentenced to the custody of the DPSC.

5) Stanislav Moroz – Fact Witness, Orleans Parish Public Defender

Orleans Parish Public Defenders Office
601 Tulane Ave
New Orleans, LA 70119
(504) 821-8101

     a. Will testify as to emails sent to Tracy DiBenedetto concerning John Traweek's release, as well as the sentencing of Plaintiff to serve time in the custody of the New Orleans Sheriff's Office.

6) Matthew Vogel – Fact Witness, Criminal Defense Attorney for Plaintiff

Orleans Parish Public Defenders Office
601 Tulane Ave
New Orleans, LA 70119
(504) 821-8101

     a. Will testify as to the sentencing of Plaintiff on May 2, 2018.

**Defendant's May Call Witness List**

7) Angela Smith – Fact Witness, ARDC Program Manager

Louisiana Department of Public Safety & Corrections
504 Mayflower Street
Baton Rouge, LA 70802
(225) 342-6740

     a. May testify as to the pre-classification intake procedures taken in this case for Plaintiff's pre-class packet, as well as the authorization of Plaintiff's Certificate of Release.

8) Dana Bell – Fact Witness, ARDC Supervisor

Louisiana Department of Public Safety & Corrections
504 Mayflower Street
Baton Rouge, LA 70802
(225) 342-6740

    a. May testify as to the pre-classification intake procedures taken in this case for Plaintiff's pre-class packet, as well as the authorization of Plaintiff's Certificate of Release.

9) Sharita Spears – Fact Witness, ARC Supervisor

Louisiana Department of Public Safety & Corrections
504 Mayflower Street
Baton Rouge, LA 70802
(225) 342-6740

    a. May testify as to the pre-classification intake procedures taken in this case for Plaintiff's pre-class packet, as well as the authorization of Plaintiff's Certificate of Release.

10) Melanie Gueho – DPSC Employee

Louisiana Department of Public Safety & Corrections
504 Mayflower Street
Baton Rouge, LA 70802
(225) 342-6740

    a. May testify as to the technical aspects of time computation, and time computation programs.

11) Deputy Sheila Crader – Fact Witness, Orleans Parish Sheriff's Office

Orleans Parish Sheriff's Office
2800 Perdido Street
New Orleans, LA 70119
(504) 822-8000

    a. May testify regarding OPSO receipt and processing of Release Clearing Checklist for Plaintiff and Plaintiff's Certificate of Releaase.

12) Deputy Corey Amacker – Fact Witness, Orleans Parish Sheriff's Office

Orleans Parish Sheriff's Office
2800 Perdido Street
New Orleans, LA 70119
(504) 822-8000

    a. May testify regarding transportation of pre-classification documents from OPSO to DPSC.

13) Representative of DPSC

    Louisiana Department of Public Safety & Corrections
    504 Mayflower Street
    Baton Rouge, LA 70802
    (225) 342-6740

    a. May testify regarding any other matters necessary for trial.

14) Representative of the Clerk of Criminal District Court for the Parish of Orleans

    Orleans Parish Sheriff's Office
    2700 Tulane Avenue
    New Orleans, LA 70119
    (504) 658-9100

    a. May testify regarding errors in confection of Sentencing Minutes of the Plaintiff.

15) Defendants reserve the right to amend and/or supplement this list as discovery is still ongoing.

16) Any witness identified by the Plaintiff.

17) Any witness needed for impeachment, rebuttal or to lay the foundation for the admission of an exhibit.

18) Discovery is still ongoing and the defense of Qualified Immunity has been raised by the Defendants. As such, to the extent that any of the above witnesses are listed as may or will call, Defendants reserve the right to modify these lists in accordance with any ruling made by the Court on Qualified Immunity.

**Defendant's Exhibit List**

1) May 2, 2018 Sentencing Transcript of Johnny Traweek in State of Louisiana v. Johnny Traweek

2) May 2, 2018 Criminal Court Sentencing Minutes of Johnny Traweek Case No. 538-680

3) Johnny Traweek's Pre-Classification Packet (B - Johnny Traweek 73315 inst scan file)

4) May 22, 2018 Certificate of Release for Johnny Traweek

5) May 9, 2018 Email Chain Between Stanislav Moroz and Tracy DiBenedetto

6) May 14-15, 2018 Email Chain Between Stanislav Moroz and Tracy DiBenedetto

7) May 22, 2018 Emails from Jones to Crader on Release of Johnny Traweek

8) Holding Documents of OPSO evidencing Mr. Traweek's Incarceration with OPSO

9) All Pre-Class Training Materials

10) DOC Policy B-02-018

11) DOC Policy B-04-001

12) DOC Policy B-04-007

13) Time Computation Instructions

14) 501.04 Inmate Release Procedure

15) 501.07 Inmate Records

16) 501.11 Department of Homeland Security Holds

17) 501.13- Pre-Class

18) 1301.02 Inmate Rights

19) Basic Jail Guidelines

20) All discovery responses provided by the plaintiff and co-defendants.

21) Demonstrative exhibits

22) Defendants reserve the right to amend and/or supplement this list as discovery is still ongoing.

23) Any exhibit identified by the Plaintiff.

24) Any exhibit necessary for impeachment.

25) Discovery is still ongoing and the defense of Qualified Immunity has been raised by the Defendants. As such, to the extent that any of the above exhibits are listed, Defendants reserve the right to exclude or include exhibits in accordance with any ruling made by the Court on Qualified Immunity.

[*Signature Block on Next Page*]

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

| | |
|---|---|
| **By**: */s/ E. Bridget Wheeler*                 | *s/Phyllis E. Glazer*                              |
| **Erin Bridget Wheeler (TA) (LSBA#37546)** | **PHYLLIS E. GLAZER (LSBA #29878)** |
| **ASSISTANT ATTORNEY GENERAL** | **ASSISTANT ATTORNEY GENERAL** |
| Louisiana Department of Justice | Louisiana Department of Justice |
| Litigation Division, Civil Rights Section | Litigation Division, Civil Rights Section |
| 1450 Poydras Street, | 1885 North Third Street, 4th Floor |
| Suite 900 | Post Office Box 94005 (70804-9005) |
| New Orleans, Louisiana 70112 | Baton Rouge, Louisiana 70802 |
| Telephone: (504) 599-1200 | Telephone: 225-326-6300 |
| Facsimile: (504) 599-1212 | Facsimile: 225-326-6495 |
| E-mail: WheelerEB@ag.louisiana.gov | E-mail: glazerp@ag.louisiana.gov |