UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 19-1384   SECTION "F" (1)** |
| **VERSUS** | * | |
| | * | **JUDGE MARTIN FELDMAN** |
| **MARLIN GUSMAN, ET AL.** | * | |
| | * | **MAG. JUDGE JANIS vanMEERVELD** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' UNOPPOSED MOTION TO STAY DISCOVERY

**NOW INTO COURT,** through undersigned counsel, Defendants James LeBlanc, Ashley Jones, and Tracy Dibenedetto, individually, respectfully move this Honorable Court to stay discovery in this case until a ruling on the Defendant's Motion for Summary Judgment (Rec. Doc. 104).

1.

The Defendants filed a Motion for Summary Judgment asserting the qualified immunity defense.

2.

Qualified immunity is immunity from suit, including discovery, and the Defendants are entitled to a stay of all discovery of and involving these Defendants until this Honorable Court rules on their Motion for Summary Judgment.

3.

Plaintiff's counsel was contacted about this Motion and has no objection to it.

**WHEREFORE,** Defendants, James LeBlanc, Ashley Jones, and Tracy Dibenedetto, respectfully move this Honorable Court for an order staying all discovery until all immunity issues are resolved adversely and with finality.

[signature on next page]

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

| | |
|---|---|
| **By**: *s/ E. Bridget Wheeler* | *s/Phyllis E. Glazer* |
| **ERIN BRIDGET WHEELER (TA) (#37546)** | **PHYLLIS E. GLAZER (#29878)** |
| **ASSISTANT ATTORNEY GENERAL** | **ASSISTANT ATTORNEY GENERAL** |
| Louisiana Department of Justice | Louisiana Department of Justice |
| Litigation Division, Civil Rights Section | Litigation Division, Civil Rights Section |
| 1450 Poydras Street, | 1885 North Third Street, 4th Floor |
| Suite 900 | Post Office Box 94005 (70804-9005) |
| New Orleans, Louisiana 70112 | Baton Rouge, Louisiana 70802 |
| Telephone:   (504) 599-1200 | Telephone:   225-326-6300 |
| Facsimile:   (504) 599-1212 | Facsimile:   225-326-6495 |
| E-mail:   WheelerJ@ag.louisiana.gov | E-mail:   glazerp@ag.louisiana.gov |