UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 19-1384   SECTION "F" (1) |
| | * | |
| **MARLIN GUSMAN, ET AL.** | * | JUDGE MARTIN FELDMAN |
| | * | |
| | * | MAG. JUDGE JANIS vanMEERVELD |

**************************************

**ORDER**

Considering the defendants' *Motion to Stay Discovery*, and the defendants' pending *Motion for Summary Judgment*;

**IT IS ORDERED** that the Motion to Stay Discovery is **GRANTED**. All discovery in the above-entitled matter, except as agreed to by the parties, is stayed until the Court rules on the *Motion for Summary Judgment*.

IT IS FURTHER ORDERED that the pretrial conference and bench trial are hereby continued, to be reset by the Court during a scheduling conference with counsel for all parties.*

New Orleans, Louisiana, this  22nd  day of  _____July_____, 2020.

_____
HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

*Although the Court was advised that the plaintiff has settled his claims against the local law enforcement defendants, there is no order of record dismissing (either with, or without, prejudice) these claims. Unless and until the parties file a motion along with a proposed order seeking dismissal of all settled claims, all counsel must participate in the telephone scheduling conference to be set by the Court.