UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK | CIVIL ACTION |
| VERSUS | NO. 19-1384-MLCF-JVM |
| MARLIN GUSMAN, ET AL. | SECTION: "F" (1) |

**ORDER**

Considering the foregoing *Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Summary* by Plaintiff and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is hereby GRANTED.

IT IS FURTHER ORDERED that the hearing on the motion for summary judgment is hereby continued to August 26, 2020, on the papers.

Signed in New Orleans, Louisiana, on this __24th__ of __July__, 2020.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE