UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK | CIVIL ACTION |
| VERSUS | NO. 19-1384 |
| MARLIN GUSMAN, ETAL | SECTION:  "F" (1) |

## SCHEDULING ORDER

    A Preliminary Conference was held on August 18, 2020 for the purpose of resetting the Pretrial Conference and Trial date, pursuant to this Court's Order. [1]

    Participating were: Williams Most and Bridget Wheeler.

    A Final Pre-trial Conference will be held before the District Judge on **June 24, 2021 at 1:45 p.m.**  Counsel will be prepared in accordance with the final Pre-Trial Notice attached.

    Trial will commence the week beginning on **Monday, July 12, 2021 at 9:00 a.m.** before the District Judge **with** a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last 4 days.

    Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Local Rules and upon a showing of good cause. Continuances will not normally be granted.



---

[1] Rec. Doc. No. 108