## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK | CIVIL ACTION |
| VERSUS | NO. 19-1384-MLCF-JVM |
| MARLIN GUSMAN, ET AL. | SECTION: "F" (1) |

---

### Plaintiff's Motion for Reconsideration

---

Plaintiff Johnny Traweek respectfully moves this Court pursuant to Rule 54(b) to reconsider its January 20, 2021 decision to dismiss Mr. Traweek's false imprisonment claim.

This Court dismissed the false imprisonment claim after determining that a state official acting with the "appearance or presumption of authority sanctioning a public officer's actions" cannot be liable for false imprisonment. Dkt. 129 at 18-19 (citing Kyle v. City of New Orleans, 353 So. 2d 969 (La. 1977); BLACKS' LAW DICTIONARY).

However, defendants acting under color of authority are not immune from claims of false imprisonment. Instead, as detailed in the attached memorandum of law, it is actual authority to imprison – not the "appearance or presumption of authority" – that defines the tort of false imprisonment.

WHEREFORE, Plaintiff prays that the Court grant this motion and reconsider decision to dismiss Mr. Traweek's false imprisonment claim.

Respectfully submitted,

Plaintiff, by and through counsel,

/s/____Casey Denson_____
Casey Rose Denson (La. Bar. No. 33363)
3436 Magazine Street, Unit #7005
New Orleans, LA 70115
Telephone: (504) 224-0110
Email: cdenson@caseydensonlaw.com

/s/ William Most_____
Most & Associates
William Most (La. Bar No. 36914)

1

williammost@gmail.com
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023