UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK | CIVIL ACTION |
| VERSUS | NO. 19-1384-MLCF-JVM |
| MARLIN GUSMAN, ET AL. | SECTION: "F" (1) |

**ORDER**

CONSIDERING THE FOREGOING *Motion for Reconsideration* filed by the Plaintiff Johnny Traweek:

IT IS ORDERED that the motion is GRANTED. This Court's order dated January 20, 2021, shall be vacated only with regard to its dismissal of Plaintiff's state-law tort claim for false imprisonment.

SO ORDERED on this the _____ day of _____, 2021, in New Orleans, Louisiana.

_____
JUDGE

1