**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOHNNY TRAWEEK | CIVIL ACTION |
| VERSUS | NO. 19-1384-MLCF-JVM |
| MARLIN GUSMAN, ET AL. | SECTION: "F" (1) |

**Notice of Submission for Plaintiff's Motion for Reconsideration**

This motion shall be submitted for consideration on **February 10, 2021.**

Respectfully submitted,

Plaintiff, by and through their counsel,

/s/ *William Most*_____
William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

*/s/        Casey Denson        *
Casey Rose Denson (La. Bar. No. 33363)
3436 Magazine Street, Unit #7005
New Orleans, LA 70115
Telephone: (504) 224-0110
Email: cdenson@caseydensonlaw.com