## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **JOHNNY TRAWEEK** | * | **CIVIL ACTION** |
|  | * |  |
|  | * | **NO. 19-1384  SECTION "G" (1)** |
| **VERSUS** | * |  |
|  | * | **CHIEF JUDGE BROWN** |
| **MARLIN GUSMAN, ET AL.** | * |  |
|  | * | **MAG. JUDGE vanMEERVELD** |

**************************************

### MOTION TO CONTINUE SUMMARY JUDGMENT SUBMISSION DATE

**NOW INTO COURT**, through undersigned counsel, comes the Defendant, James LeBlanc, respectfully moving for a continuance of the submission date of his Motion for Summary Judgment from October 5, 2022 to November 30, 2022.

1.

This Honorable Court ordered LeBlanc to file a motion for summary judgment "in sufficient time to permit hearing thereon no later than October 5, 2022." Doc. 150, p. 2. Thus, the filing deadline is September 20, 2022.

2.

The undersigned attorney is scheduled to have surgery on September 21, 2022. Following the surgery, she will have a six week recovery period (assuming everything goes to plan) in which the first two weeks require rest without work and the subsequent weeks she will be able to work as tolerated. As a result of the unfortunate timing of her surgery, the undersigned requests that the hearing date be continued from October 5, 2022 to November 30, 2022 such that the filing deadline of the motion be continued from September 20, 2022 to November 15, 2022.

3.

The undersigned communicated with counsel for the Plaintiff and Plaintiff consents to the instant request to continue the submission date from October 5, 2022 to November 30, 2022.

**WHEREFORE,** the Defendant, James LeBlanc, prays that this Motion is Granted and that the hearing/submission date of his Motion for Summary Judgment be continued from October 5, 2022 to November 30, 2022, such that the deadline for filing his Motion is continued from September 20, 2022, to November 15, 2022.

    Respectfully Submitted,

    **JEFF LANDRY**
    **ATTORNEY GENERAL**

    *s/Phyllis E. Glazer*
    **PHYLLIS E. GLAZER (La. #29878)**
    **ASSISTANT ATTORNEY GENERAL**
    **Lead Counsel**
    Louisiana Department of Justice, Litigation Division
    1885 North Third Street, 3rd Floor
    Post Office Box 94005 (70804-9005)
    Baton Rouge, Louisiana 70802
    Phone: (225) 326-6300    Fax: (225) 326-6495
    E-mail: GlazerP@ag.louisiana.gov

    **ANGELA O'BRIEN (La. #34010)**
    **ASSISTANT ATTORNEY GENERAL**
    Louisiana Department of Justice, Litigation Division
    1450 Poydras Street, Suite 900
    New Orleans, Louisiana 70112
    Phone: (504) 599-1200    Fax: (504) 599-1212
    E-mail: O'BrienA@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide notice to all counsel of record.

    s/Phyllis E. Glazer
    **PHYLLIS E. GLAZER**