UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | \* | **CIVIL ACTION** |
| | \* | |
| **VERSUS** | \* | **NO. 19-1384   SECTION "G" (1)** |
| | \* | |
| **MARLIN GUSMAN, ET AL.** | \* | **CHIEF JUDGE BROWN** |
| | \* | |
| | \* | **MAG. JUDGE vanMEERVELD** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

**CONSIDERING THE FOREGOING** Motion to Continue Summary Judgment Submission Date filed by the Defendant, James LeBlanc:

**IT IS ORDERED** that the motion is **GRANTED** and the submission date be and hereby is **CONTINUED**.

**IT IS FURTHER ORDERED** that Defendant LeBlanc shall file a motion for summary judgment addressing the qualified immunity issue, the Fifth Circuit's Order, and the cases cited therein to be served in sufficient time to permit hearing thereon no later than **NOVEMBER 30, 2022**. Plaintiff shall file any response in accordance with Local Rule 7.5.

**SO ORDERED** on _____, 2022, in New Orleans, Louisiana.

_____
**HONORABLE NANNETTE JOLIVETTE BROWN
CHIEF U.S. DISTRICT COURT JUDGE
EASTERN DISTRICT OF LOUISIANA**
