UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNNY TRAWEEK                                    CIVIL ACTION

VERSUS                                            NO.  19-1384

MARLIN GUSMAN et al.                              SECTION: G(1)

## ORDER

Considering Defendant James LeBlanc's ("Defendant") "Motion to Continue Summary Judgment Submission Date,"[1]

**IT IS HEREBY ORDERED** that the hearing date currently set for October 5, 2022, is continued to November 30, 2022.

**IT IS FURTHER ORDERED** that the deadline for filing Defendant's Motion for Summary Judgment currently set for September 20, 2022 is hereby continued to November 15, 2022.

**NEW ORLEANS, LOUISIANA**, this 12th day of September, 2022.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Rec. Doc. 151.