UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 19-1384   SECTION "G" (1)** |
| | * | |
| **MARLIN GUSMAN, ET AL.** | * | **CHIEF JUDGE** |
| | * | **NANNETTE JOLIVETTE-BROWN** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **JANIS** v**an**M**EERVELD** |

**************************************

## *SECOND* MOTION FOR SUMMARY JUDGMENT BY DEFENDANT JAMES LEBLANC

**NOW INTO COURT**, through undersigned counsel, comes the sole remaining defendant, James LeBlanc, individually, who respectfully moves this Honorable Court for entry of summary judgment in his favor pursuant to Rule 56 of the Federal Rules of Civil Procedure for the following reasons, which are more fully explained in the attached memorandum in support of this motion.

1.

LeBlanc submits this second Motion for Summary Judgment in accordance with the Judgment entered by the Fifth Circuit in this case, Doc. 146, and corresponding Order of this Court.  Doc. 150.

2.

Judge Martin L.C. Feldman adjudicated LeBlanc's first Motion for Summary Judgment and entered summary judgment in favor of LeBlanc on the state law claim of false imprisonment. Doc. 129. The first Motion was denied on the claims brought under 42 U.S.C. § 1983, the Louisiana Constitution, La. C.C. art. 2315 (state law negligence) and La. C.C. art.

1

2323 (state law respondeat superior). Doc. 129. LeBlanc appealed the denial of the qualified immunity defense presented in his Motion for Summary Judgment on the § 1983 and Louisiana Constitution claims. Doc. 133. The Fifth Circuit vacated that ruling. Doc. 146-1.

3.

Herein, LeBlanc moves for entry of summary judgment on the § 1983 and Louisiana Constitution claims because there is no genuine issue of material fact for trial and he is entitled to qualified immunity as a matter of law.

4.

Additionally, LeBlanc moves for entry of summary judgment on the remaining state law claims. When adjudicating LeBlanc's qualified immunity defense, this Court will necessarily consider three prongs of the state law negligence claim: legal duty, breach, and causation. Therefore, a finding that LeBlanc is entitled to qualified immunity may also be dispositive of the negligence claim against him.

5.

The *respondeat superior* claim may be dismissed because Judge Feldman dismissed the negligence claims against the two named DPSC employee-defendants and there is no evidence that any other employee of DPSC's committed a tort that caused injury to the Plaintiff.

6.

Finally and in the alternative, LeBlanc moves for entry of summary judgment because Plaintiff's claims are *Heck* barred. Only one federal remedy is available to a prisoner challenging the legality of his current confinement – the writ of *habeas corpus*. Before a prisoner can pursue a claim for money damages under § 1983 for an allegedly-illegal period of

confinement, he must have that incarceration declared illegal through federal habeas or appropriate state court proceedings. Traweek filed a Writ of Habeas Corpus in state court, which was denied. His § 1983 claims are a collateral attack on that ruling and, therefore, are barred. Traweek's state law claims are barred for the same reason.

**WHEREFORE**, James LeBlanc prays that this Motion for Summary Judgment is granted and that all remaining claims against him be dismissed with prejudice and at Plaintiff's cost.

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

*s/Phyllis E. Glazer*
**PHYLLIS E. GLAZER (#29878)**
**ASSISTANT ATTORNEY GENERAL**
Louisiana Department of Justice,
Litigation Division
1885 North Third Street, 3rd Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6300
Facsimile: (225) 326-6495
E-mail: GlazerP@ag.louisiana.gov
*Lead Counsel for Defendant James LeBlanc*

**ANGELA O'BRIEN (La. #34010)**
**ASSISTANT ATTORNEY GENERAL**
Louisiana Department of Justice,
Litigation Division
1450 Poydras Street, Suite 900
New Orleans, Louisiana 70112
Telephone:   (504) 599-1200
Facsimile:    (504) 599-1212
E-mail:        O'BrienA@ag.louisiana.gov