UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 19-1384   SECTION "F" (1)** |
| **VERSUS** | * | |
| | * | **JUDGE MARTIN FELDMAN** |
| **MARLIN GUSMAN, ET AL.** | * | |
| | * | **MAG. JUDGE JANIS vanMEERVELD** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECLARATION

### TRACY DIBENEDETTO

Who, based upon her personal knowledge, declares under penalty of perjury the following:

1. In 2018 I was employed with the Louisiana Department of Public Safety and Corrections (hereinafter "DPSC") as an Administrative Remedy Procedure Program Director.

2. In my capacity as the Administrative Remedy Procedure Program Director, I was charged with maintaining, reviewing, and handling Administrative Remedy Procedure ("ARP") requests at DPSC Headquarters.

3. Although it was not part of my official job duties, families and attorneys occasionally contacted me with questions regarding ARPs and time calculation disputes that were raised in ARPs. I answered their inquiries to the best of my ability, and occasionally forwarded questions to other persons in DPSC who were better equipped to provide the correct answer.

4. I occasionally received questions from attorneys at the Orleans Parish Public Defender Office.

5. I personally reviewed the following emails which are marked as Defendants' Exhibit 4.

6. On May 8, 2018 I received an email from Stanislav Moroz, a Public Defender with the Orleans Parish Public Defenders Office.

7. In the May 8 email, Mr. Moroz stated:

    "I am writing on behalf of Johnny Traweek (DOB 4/18/1952), who is in past his full term date. He was sentenced to 7 months DOC on 5/2/18 on case number 538-680 in Orleans Parish Criminal Court, Section C. He has been in custody since 10/2/17, so he

Exhibit 3

has completed his full term sentence, but is still in custody. Could you please have his release expedited?"[1]

8. As the ARP Program Director, I have no authority to expedite the release of an offender.

9. Offender releases are handled by the Pre-Classification Department.

10. I am not a part of the Pre-Classification Department, and the Pre-Classification Department is physically located in a separate building than my office.

11. Nevertheless, I attempted to assist Mr. Moroz by pulling up CAJUN and checking to see if there was an issue with Mr. Traweek's release.

12. CAJUN did not contain any information that would indicate that Mr. Traweek's pre-classification paperwork had been received by DPSC.

13. On May 9, 2018 I replied to Mr. Moroz and informed him that DPSC had not yet received the pre-classification packet from Orleans Parish Sheriff's Office, as is required pursuant to Louisiana Code of Criminal Procedure Article 892 and La. R.S. 15:566(C).[2]

14. On May 14 and May 15, 2018 Mr. Moroz sent follow up emails to me inquiring as to the status of Mr. Traweek's release.[3]

15. Nevertheless, I attempted to assist Mr. Moroz again by pulling up CAJUN and checking to see if there was an issue with Mr. Traweek's release.

16. Once more, CAJUN did not contain any information that would indicate that Mr. Traweek's pre-classification paperwork had been received by DPSC.

17. It is my general practice when I receive an inquiry such as this to refer the inquiry to the head of the Pre-Classification Department.

18. Based on a review of my email records, any referral of this matter to the Pre-Classification was done by phone.

19. On May 16, 2018 I emailed Mr. Moroz that DPSC still had not received the statutorily required paperwork from Orleans Parish Sheriff's Office.[4]

20. After May 16, 2018 I received no further inquiries regarding Mr. Traweek until this suit was filed.

---

[1] *See* Exhibit 4 – Emails with Mr. Stanislav Moroz.
[2] *Id.*
[3] *Id.*
[4] *Id.*

21. The foregoing statement is true and correct to the best of my personal knowledge, and based on my experience and personal review of documents and records in my possession, custody, and control.

                    _____*/s/ Tracy Dibenedetto*_____    Date: 7/20/2020
                          **Tracy Dibenedetto**