

**Stanislav Moroz**
<smoroz@opdla.org>
05/08/2018 10:10 PM

To TRACY DIBENEDETTO <TRACYDIBENEDETTO@corrections.state.la.us>
cc Zach Oshin <ZOshin@opdla.org>, Matt Vogel <mvogel@opdla.org>
bcc
Subject Johnny Traweek - in past full term date

History:     This message has been replied to.

Dear Ms. Dibenedetto:

I am writing on behalf of Johnny Traweek (DOB 4/18/1952), who is in past his full term date. He was sentenced to 7 months DOC on 5/2/18 on case number 538-680 in Orleans Parish Criminal Court, Section C. He has been in custody since 10/2/17, so he has completed his full term sentence, but is still in custody. Could you please have his release expedited?

Sincerely,

Stas Moroz
Orleans Public Defenders

**Exhibit 4**



**Stanislav Moroz**
&lt;smoroz@opdla.org&gt;
05/14/2018 10:53 AM

To TRACY DIBENEDETTO &lt;TRACYDIBENEDETTO@corrections.state.la.us&gt;
cc Matt Vogel &lt;mvogel@opdla.org&gt;, Zach Oshin &lt;ZOshin@opdla.org&gt;
bcc
Subject RE: Johnny Traweek - in past full term date

History: This message has been replied to.

Ms. Dibinedetto,

Has your office received anything from OPP about Mr. Traweek yet?

Thank you,

Stas Moroz
Orleans Public Defenders

-----Original Message-----
From: TRACY DIBENEDETTO [mailto:TRACYDIBENEDETTO@corrections.state.la.us]
Sent: Wednesday, May 9, 2018 8:54 AM
To: Stanislav Moroz &lt;smoroz@opdla.org&gt;
Cc: Matt Vogel &lt;mvogel@opdla.org&gt;; Zach Oshin &lt;ZOshin@opdla.org&gt;
Subject: Re: Johnny Traweek - in past full term date

same for him.  Have not received anything from OPP.


Stanislav Moroz
&lt;smoroz@opdla.org&gt;

05/08/2018 10:10 PM

To TRACY DIBENEDETTO &lt;TRACYDIBENEDETTO@corrections.state.la.us&gt;
cc Zach Oshin &lt;ZOshin@opdla.org&gt;, Matt Vogel &lt;mvogel@opdla.org&gt;
Subject Johnny Traweek - in past full term date


Dear Ms. Dibenedetto:

I am writing on behalf of Johnny Traweek (DOB 4/18/1952), who is in past his full term date. He was sentenced to 7 months DOC on 5/2/18 on case number 538-680 in Orleans Parish Criminal Court, Section C. He has been in custody since 10/2/17, so he has completed his full term sentence, but is still in custody. Could you please have his release expedited?

Sincerely,

Stas Moroz
Orleans Public Defenders



**Stanislav Moroz**
&lt;smoroz@opdla.org&gt;
05/15/2018 04:07 PM

To TRACY DIBENEDETTO &lt;TRACYDIBENEDETTO@corrections.state.la.us&gt;
cc Matt Vogel &lt;mvogel@opdla.org&gt;, Zach Oshin &lt;ZOshin@opdla.org&gt;
bcc
Subject RE: Johnny Traweek - in past full term date

Ms. Dibenedetto,

I just wanted to follow up about Mr. Traweek and to see whether DOC has received the pre-classification documentation yet.

Thank you,

Stas Moroz
Orleans Public Defenders

-----Original Message-----
From: Stanislav Moroz
Sent: Monday, May 14, 2018 10:51 AM
To: 'TRACY DIBENEDETTO' &lt;TRACYDIBENEDETTO@corrections.state.la.us&gt;
Cc: Matt Vogel &lt;mvogel@opdla.org&gt;; Zach Oshin &lt;ZOshin@opdla.org&gt;
Subject: RE: Johnny Traweek - in past full term date

Ms. Dibinedetto,

Has your office received anything from OPP about Mr. Traweek yet?

Thank you,

Stas Moroz
Orleans Public Defenders

-----Original Message-----
From: TRACY DIBENEDETTO [mailto:TRACYDIBENEDETTO@corrections.state.la.us]
Sent: Wednesday, May 9, 2018 8:54 AM
To: Stanislav Moroz &lt;smoroz@opdla.org&gt;
Cc: Matt Vogel &lt;mvogel@opdla.org&gt;; Zach Oshin &lt;ZOshin@opdla.org&gt;
Subject: Re: Johnny Traweek - in past full term date

same for him.  Have not received anything from OPP.


Stanislav Moroz
&lt;smoroz@opdla.org&gt;

05/08/2018 10:10 PM

To
TRACY DIBENEDETTO &lt;TRACYDIBENEDETTO@corrections.state.la.us&gt;
cc
Zach Oshin &lt;ZOshin@opdla.org&gt;, Matt Vogel &lt;mvogel@opdla.org&gt;
Subject
Johnny Traweek - in past full term date

Dear Ms. Dibenedetto:

I am writing on behalf of Johnny Traweek (DOB 4/18/1952), who is in past his full term date. He was sentenced to 7 months DOC on 5/2/18 on case number 538-680 in Orleans Parish Criminal Court, Section C. He has been in custody since 10/2/17, so he has completed his full term sentence, but is still in custody. Could you please have his release expedited?

Sincerely,

Stas Moroz
Orleans Public Defenders