**Johnny Traweek  #73315**

Copy of Scanned DOC file

Basic Interview Form
Jail Credit Letter
Bill of Information        (received after release; scanned on 11/16/2018)
Court Minutes
Acknowlededements and Signature Statement
Suspect Rap Sheet with State ID verification
Criminal History Reports (Louisiana & FBI)
Release Clearing Checklist and release paperwork
CAJUN Master Record and Time Computation Worksheet
Certificate of Release (scanned by PreClass and P&P with exclusion form)

**Exhibit 5**

733115

| Date Processed 05102018 | DNA Date 05102018 |
|---|---|
| DOC # | SID#: 002600883 |

**Conviction Name  JOHNNY TRAWEEK**

True Name or Known Aliases:

Race W   Sex M   DOB ▓▓▓   Place Of Birth  AL   Citizen  Y

Marital Status  S   Religion:

FBI:   SS# ▓▓▓   DL#   State

*Received*

Height  600   *Weight  175*

MAY 17 2018

Complexion: *RUDDY*  Eye Color: BLUE   Hair Color: BROWN

*Scanned*

Shoe Size: 10.5   *Occupation   DISABLE*

*Indexed*

Number of Children:   Military Service: NONE  Rank: .   Type Discharge: .

Scars, Marks, Tattoos:  ARMS

Education Claime: 11TH GRADE/GED

Emergency Contact ▓▓▓   Relationship  SISTER

Address:   City:

State   Zip   Phone# ▓▓▓

*If deceased, provide names and indicate "deceased"*

| Mother ▓▓▓ | Father |
|---|---|
| Address# | Address: |
| City,State,Zip: | City,State,Zip: |
| Phone ▓▓▓ | Phone: |

| Parish & DKT# | Date of Plea | Sentence Date | Crime | Offense Date | Term | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| (DOC)F:\Forms\interview030804.rtf | | (OPCSO)M:\Excell Projects\DOC interview form 003222011 |
|---|---|---|

# ORLEANS PARISH SHERIFF
### Parish of Orleans – State of Louisiana – New Orleans, Louisiana 70119

## MARLIN N. GUSMAN
#### Sheriff

### DOC LETTER OF CREDIT

TO: DEPARTMENT OF CORRECTIONS
   RECORDS / CLASSIFICATION DIVISION
   HUNT CORRECTIONAL CENTER
   ST. GABRIEL, LOUISIANA

INMATE NAME: TRAWEEK, JOHNNY W. (00245852)

RACE / SEX: W M          DOB:

CASE#:   536680"C"

DATE OF ARREST: 10/02/2017          DATE OF SENTENCE:      5/02/2018

OTHER DATES OF ARREST AND RELEASE RELATIVE TO THIS CASE:

ARRESTED   RELEASED   TYPE OF RELEASE

DATE   5/3/18

TITLE AND SIGNATURE
ORLEANS PARISH SHERIFF'S OFFICE
RECORDS DIVISION
2800 PERDIDO STREET
NEW ORLEANS, LA 70119
(504) 827-8536
(504) 202-9460 FAX

**THIS LETTER OF CREDIT SATISFIES THE REQUIREMENTS TO THE 1970 AMENDMENT OF ARTICLE 880 OF THE LOUISIANA CODE OF CRIMINAL PROCEDURE**

D.O.C Copy

**NOVEMBER 28, 2017**                    **PARISH of ORLEANS**

The State of Louisiana { ss.

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**PAIGE CLINE**, Assistant District Attorney for the Parish of Orleans, who in the name and by the authority of the said state, prosecute in this behalf, in proper person comes into the Criminal District Court for the Parish of Orleans and gives the said Court here to understand and be informed that one    **JOHNNY W. TRAWEEK**

late of the Parish of Orleans, on the 1ST    day of  **OCTOBER** in the year of our Lord, two thousand **AND SEVENTEEN** in the Parish of Orleans aforesaid, and within the jurisdiction of the Criminal District Court of the Parish of Orleans, **COMMITTED AGGRAVATED BATTERY WITH A DANGEROUS WEAPON, TO WIT: A SAUCEPAN AND/OR SKILLET, UPON ROGER ARNOLD,**

contrary to the form of the Statute of the State of Louisiana in such case made and provided and against the peace and dignity of the same.

Assistant District Attorney for the Parish of Orleans

Clerk's Office    OCT 0 3 2018
A True Copy
by _____ Deputy Cle...
Hon. Arthur A. Morrell
Clerk of Criminal District C...

2458584

**SENTENCE OF THE COURT**                    Page   1

STATE OF LOUISIANA, PARISH OF ORLEANS
CRIMINAL DISTRICT COURT

SECTION "C"
JUDGE BENEDICT WILLARD
CASE NO.   538-680
DATE  5/02/2018
MOTION NO.  11539216


To the Sheriff for the  Parish of Orleans --Greetings

WHEREAS JOHNNY W TRAWEEK
Was by law lately convicted/submitted before the Criminal District Court for
the Parish of Orleans of

  Count  1,  Violation  RS 14  34                    AGG BATTERY

And was thereupon sentenced, on  5/02/2018
 THE DEFENDANT, JOHNNY W TRAWEEK, THROUGH COUNSEL WAIVED ALL
 DELAYS AND REQUESTED IMMEDIATE SENTENCING.
 THE COURT IMPOSED THE FOLLOWING SENTENCE:

 AS TO COUNT   1,
 7 MONTHS, AT THE DEPARTMENT OF CORRECTIONS
 THIS SENTENCE IS CONCURRENT WITH THESE CASES: ANY/ALL SENTENCES
 NOW SERVING..
 A CRIME OF VIOLENCE IS INCLUDED IN THE CHARGES.
 THE DEFENDANT IS GIVEN CREDIT FOR TIME SERVED.
 THE STATE DID NOT FILE A MULTIPLE BILL.
 THIS SENTENCE INCLUDES THE FOLLOWING SPECIAL CONDITIONS:
 A STAY AWAY ORDER IS ISSUED OR REMAINS IN EFFECT FOR THE
 DEFENDANT.
 PURSUANT TO ARTICLE 892 OF THE CODE OF CRIMINAL PROCEDURE, THE
 CRIMINAL CLERK SHOULD NOTIFY THE DEPARTMENT OF CORRECTIONS.
 PURSUANT TO ARTICLE 930.8, THE COURT NOTIFIED THE DEFENDANT THAT
 IF HE  INTENDS TO ASK FOR POST-CONVICTION RELIEF, HE MUST FILE AN
 APPLICATION WITHIN TWO YEARS OF THIS SENTENCE.


NOW THEREFORE, you the said Sheriff, are hereby commanded to carry in full
and entire execution every part of the aforesaid sentence.
And in so doing, this shall be sufficient warrant and authority.

Defendants complete address:



Number and Street                      City, State, Zip Code


Telephone Number     Date of Birth

WITNESS                                            JUDGE, presiding in said Criminal
District Court, Section "C" , for the Parish of Orleans, in the Hall of
Sittings of the same City of New Orleans, this date  5/02/2018


                        LAWRENCE A. DEJAN, III., Minute Clerk

Form B-02-018-C
15 February 2011

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## ACKNOWLEDGMENTS AND SIGNATURE STATEMENT

**INSTRUCTIONS:** The offender shall sign at the bottom of the form, acknowledging he/she understands each item listed. After witnessing the signature, leave the offender's information packet with the offender and return this Acknowledgments and Signature with the Pre-Class Packet.

OFFENDER'S NAME: _Johnny Traweek_   DOB: ▮▮▮▮▮▮▮▮
(Please Print)

I hereby acknowledge the following:

1) I have received a copy of the DPS&C Disciplinary Rules and understand that in accordance with La. R. S. 15.571.4(B) and (C):

   A. An offender who escapes may forfeit all good time earned on the portion of his sentence served prior to the escape;
   B. An offender who violates the term of regular parole or good time parole supervision that results in a revocation of parole shall forfeit all good time earned on that portion of the sentence prior to the granting of parole;
   C. An offender who commits a Schedule B disciplinary offense and is found guilty by a Disciplinary Board may forfeit up to a maximum of 180 days good time for each violation or may lose up to twelve months of incentive wage earnings.

2) I have been instructed on the process for utilizing the Administrative Remedy Procedure.
3) I have received a copy of the DPS&C Personal Property List. I understand that any item brought to the admitting unit of DOS&C that is not listed on the form, over the allowable limit specified on the form or does not comply with the descriptions on the form is subject to be disposed of in accordance with regulation. Property liability is subject to a maximum amount of $50.00. Therefore, you are hereby put on notice that all of your personal property is subject to this limitation, regardless of the actual value.
4) I have received a copy of the General Information Sheet which includes information relative to intake processing, transitional work programs, substance abuse treatment, time computation, IMPACT and Board of Parole hearings.


_Johnny Traweek 5-10-_         _Helen Johnson 6/10/88_
Offender's Signature and Date         Witness Signature and Date

# Suspect Rap Sheet

SID: 002600883          ATN: 36O031802361

LBN: 02458584

Last Name: TRAWEEK                    Initial:  W

First Name: JOHNNY                    Suffix:

Address: 3728          BLANKS
ST

NEW ORLEANS                          LA ███

Race: W       Sex: M       Height: 600    Weight: 175

DOB: ███████          Birth Place: AL

Booking Date: 05/10/2018

SSN: ███████

FBI No.:

DLN:                          State:  LA

Charge Agency: LA0360000

Gang Affiliations:

| | | | |
|---|---|---|---|
| Mustache: HEAVY | Skin Tone: RUD | Hair Color: BRO | |
| Beard: HEAVY | Body Build: MEDIUM | Hair Length: | |
| Glasses: | Nickname: | Eye Color: BLU | |

Scars:              Tattoos:                          Marks:
Type:    Location:    Type:    Location:    Litteral:    Location:

Notes:

*AJ 5/22/18*

```
Reference: Unknown
Msg ID   :
Msg Key  : C5
Date/Time: 20180517090132
Ent Agy  :
Requester:
User     :
ORI      :
Source   : LEMS
Control  :
Summary  : CCHC Response

TXT: MSG 40F103EDBF CJDOCF11 011BD3 CCHC     F7DBDF 20180517 09:01:32
LA017615C.
CTL/
ATN/

C5.LA017615C..40F103EDBF.. 05/17/2018 09:01:34
REQUESTED BY: BIANCA SPRADLEY
```

### S T A T E   O F   L O U I S I A N A
#### *FOR USE BY AUTHORIZED CRIMINAL JUSTICE AGENCIES ONLY*
##### (FINGERPRINTS ARE NECESSARY FOR A POSITIVE ID)

INVESTIGATIVE REPORT                          CONFIDENTIAL RECORDS
--------------------------------------------------------------------
CRIMINAL RECORD OF: TRAWEEK, JOHNNY W
STATE ID: 0002600883    BIRTH DATE: ▓▓▓▓▓    PLACE: AL      FBI:
RACE: W         HEIGHT: 5' 8"           HAIR: BRO           DOC:
SEX: M          WEIGHT: 165             EYES: BLU           DNA ON FILE:NO
SSN: ▓▓▓▓▓▓     OLS/OLN:                                    III: MSO
STATUS:
--------------------------------------------------------------------

A L I A S E S                    SSN          OLS/OLN        ID THEFT
TRAWEEK, JOHNNY W              ▓▓▓▓▓▓▓                         NO
TRAWEEK, JOHNNY                              LA                NO
TRAWEEK, JOHNNY                              LA                NO

S U M M A R Y
DATE        AGENCY                    TEXT
10/27/2008  ORLEANS, LA CRIMINAL SO   ARRESTED, ATN: 360020807076
10/02/2017  ORLEANS, LA CRIMINAL SO   DOCINCAR, LA-DOC INCARCERATION
ORLEANS PARISH
10/02/2017  ORLEANS, LA CRIMINAL SO   ARRESTED, ATN: 360021705740
--------------------------------------------------------------------
ARREST DATE: 10/27/2008                      LID: 02162192
AGENCY: ORLEANS, LA CRIMINAL SO (LA0360000)  AFIS ATN:
360020807076
    NAME: TRAWEEK, JOHNNY W

CHARGE 1                                     COUNTS 1
    R.S. MUN PURP 271MCS 54-405  PUBLIC DRUNKENESS
--------------------------------------------------------------------
ARREST DATE: 10/02/2017                      LID:
AGENCY: ORLEANS, LA CRIMINAL SO (LA0360000)  AFIS ATN:
360021705740
    NAME: TRAWEEK, JOHNNY                             #538680
CHARGE 1                                     COUNTS 01  Current chrg.
    R.S. MUN PURP ATTACHMENT MUN ATTACHMENT-MUNICIPAL
CHARGE 2                                     COUNTS 01   Cajun
    R.S. 14:34 AGGRAVATED BATTERY W/DANGEROUS WEAPON
--------------------------------------------------------------------
M I S C   D I S P O S I T I O N S
DATE: 10/02/2017                             LID:
AGENCY: ORLEANS, LA CRIMINAL SO              AFIS ATN:
360031802361
    NAME: TRAWEEK, JOHNNY W
CHARGE 1                                     COUNTS 01
    CASE: R.S. DOCINCAR
    DISPOSITION: LA-DOC INCARCERATION ORLEANS PARISH DOCKET # 538680 05022018 AGG ✓
       BATTERY 7 MONS HL
--------------------------------------------------------------------
THE RESPONSE TO YOUR REQUEST FOR CRIMINAL HISTORY RECORD CHECK IS
BASED ON A REVIEW OF THE STATE OF LOUISIANA'S CRIMINAL HISTORY RECORDS
```

DATABASE ONLY. THIS DOES NOT PRECLUDE THE EXISTENCE OF A RECORD IN A
LOCAL AGENCY, ANOTHER STATE, OR THE FBI CJIS DIVISION.

                           ** END OF RAPSHEET **
TRACKING: 05/17/2018, 09:01:32
- MKE: C5
- Source: LEMS
- ISN: 056G0024J9
- REF: UNKNOWN

```
Reference: Unknown
Msg ID   :
Msg Key  : QR
Date/Time: 20180517090301
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NCIC
Control  :
Summary  : NCIC Response

TXT: MSG 40F103EDC0 CJDOCF11 011BD5 NC2K      D9B646 20180517 09:03:00
LA017615C
CTL/
ATN/BIANCA SPRADLEY

FL0140F103EDC02QR
LA017615C
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR SID/LA2600883. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
 FBI           - FBI/137349L3
 SOUTH CAROLINA - STATE ID/SCE0003992
 TEXAS         - STATE ID/TX03025671

AN ADDITIONAL RECORD MAY BE OBTAINED FROM FILES WITHIN YOUR STATE.
END
TRACKING: 05/17/2018, 09:03:01
- MKE: QR
- Source: NCIC
- ISN: 056G0024VD
- REF: UNKNOWN
```

```
Reference: Unknown
Msg ID   :
Msg Key  : CR
Date/Time: 20180517090304
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NLETS
Control  :
Summary  : NLETS Response

TXT: MSG 40F103EDC0 CJDOCF11 011BD6 NLETS    1B4A58 20180517 09:03:03
LA017615C.
CTL/
ATN/BIANCA SPRADLEY

CR.WVFBINF00
07:03 05/17/2018 10389
07:03 05/17/2018 03213 LA017615C
*40F103EDC0
TXT
HDR/2L0140F103EDC02QR
ATN/BIANCA SPRADLEY
```

********************  CRIMINAL HISTORY RECORD  **********************

***************************  Introduction  **************************

This rap sheet was produced in response to the following request:

```
State Id Number         LA2600883 ()
Request Id              40F103EDC0
Purpose Code            C
Attention               BIANCA SPRADLEY
```

The information in this rap sheet is subject to the following caveats:

This record is based only on the SID number in your request-LA2600883
Because additions or deletions may be made at any time, a new copy
should be requested when needed for subsequent use.(US; 2018-05-17)

All arrest entries contained in this FBI record are based on
fingerprint comparisons and pertain to the same individual.(US;
2018-05-17)

The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested.(US;
2018-05-17)

**************************  IDENTIFICATION  *************************

Subject Name(s)

```
TRAWEEK, JOHNNY
TRAWEEK, JOHN WAYNE   (AKA)
TRAWEEK, JOHNNY W   (AKA)
TRAWEEK, JOHNNY WAYNE   (AKA)
```

Subject Description

```
FBI Number              State Id Number
137349L3                SCE0003992 (SC)
                        TX03025671 (TX)
                        LA2600883 (LA)
```

Social Security Number

█████████

```
Sex                     Race
Male                    White

Height                  Weight                      Date of Birth
5'10"                   140                         ████████

Hair Color              Eye Color                   Fingerprint Pattern
Brown                   Blue                        POCO11PO14PI16111413 (FPC)
```

```
Scars, Marks, and Tattoos
Code                         Description, Comments, and Images
TAT FACE                     ,  TATTOO ON FACE
TAT L THGH                   ,  TATTOO ON LEFT THIGH
TAT R ARM                    ,  TATTOO ON RIGHT ARM
TAT LF ARM                   ,  TATTOO ON LEFT FOREARM
TAT L ARM                    ,  TATTOO ON LEFT ARM
TAT ABDOM                    ,  TATTOO ON ABDOMEN
TAT R THGH                   ,  TATTOO ON RIGHT THIGH
TAT RF ARM                   ,  TATTOO ON RIGHT FOREARM
TAT L HND                    ,  TATTOO ON LEFT HAND
DISC BACK                    ,  DISCOLORATION ON BACK


Place of Birth               Citizenship
Alabama                      Unlisted entry (Any foreign country not included in the
list)

Fingerprint Images


************************  CRIMINAL HISTORY  ************************

============================= Cycle 001 =============================
Earliest Event Date          1973-01-27
-------------------------------------------------------------------
Arrest Date                  1973-01-27
Arrest Case Number
Arresting Agency             AL0640000 SHERIFF'S OFFICE JASPER
Subject's Name               TRAWEEK,JOHNNY WAYNE
Charge                       1
         Charge Literal      PP
              Severity       Unknown
============================= Cycle 002 =============================
Earliest Event Date          1977-01-22
-------------------------------------------------------------------
Arrest Date                  1977-01-22
Arrest Case Number
Arresting Agency             AL0640000 SHERIFF'S OFFICE JASPER
Subject's Name               TRAWEEK,JOHNNY WAYNE
Charge                       1
         Charge Literal      ROBBERY
              Severity       Unknown
Charge                       2
         Charge Literal      BURG
              Severity       Unknown
Charge                       3
         Charge Literal      GRAND LARC
              Severity       Unknown
============================= Cycle 003 =============================
Earliest Event Date          1977-05-24
-------------------------------------------------------------------
Arrest Date                  1977-05-24
Arrest Case Number           118868
Arresting Agency             AL003025C DEPT OF CORR MONTGOMERY
Subject's Name               TRAWEEK,JOHNNY WAYNE
Charge                       1
         Charge Literal      ROB
              Severity       Unknown
-------------------------------------------------------------------
Court Disposition            (Cycle 003)
Court Case Number
Court Agency
Charge                       1
         Charge Literal      ROB
              Disposition    ( 10 YRS)
============================= Cycle 004 =============================
Earliest Event Date          1978-05-25
-------------------------------------------------------------------
Arrest Date                  1978-05-25
Arrest Case Number           118868
Arresting Agency             AL003025C DEPT OF CORR MONTGOMERY
Subject's Name               TRAWEEK,JOHNNY WAYNE
Charge                       1
         Charge Literal      ESCAPEE-ROBB
              Severity       Unknown
-------------------------------------------------------------------
Court Disposition            (Cycle 004)
Court Case Number
```

```
Court Agency
Charge                    1
        Charge Literal    ESCAPEE-ROBB
        Disposition       ( 10 YRS RETURNED PAR 12-10-79)
=============================== Cycle 005 ===============================
Earliest Event Date       1979-04-06
-----------------------------------------------------------------------
Arrest Date               1979-04-06
Arrest Case Number        118868
Arresting Agency          AL003025C DEPT OF CORR MONTGOMERY
Subject's Name            TRAWEEK,JOHNNY WAYNE
Charge                    1
        Charge Literal    ESCAPE
        Severity          Unknown
-----------------------------------------------------------------------
Court Disposition         (Cycle 005)
Court Case Number
Court Agency
Charge                    1
        Charge Literal    ESCAPE
        Disposition       ( 1 YR &amp; 1 DA CONC WITH PRESENT SENT)
************************* INDEX OF AGENCIES *************************

Agency                    SHERIFF'S OFFICE; AL0640000;
Agency Email Address
Address
                          2001 2ND AVE S
                          JASPER, AL 35501
-----------------------------------------------------------------------
Agency                    DEPT OF CORR; AL003025C;
Agency Email Address
Address
                          301 S RIPLEY ST
                          MONTGOMERY, AL 36104


* * * END OF RECORD * * *
TRACKING: 05/17/2018, 09:03:04
- MKE: CR
- Source: NLETS
- ISN: 056G0024VO
- REF: UNKNOWN
```

```
Reference: Unknown
Msg ID   :
Msg Key  : CR
Date/Time: 20180517090310
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NLETS
Control  :
Summary  : NLETS Response
```

TXT: MSG 40F103EDC0 CJDOCF11 011BD7 NLETS    1B4A5B 20180517 09:03:09
LA017615C.
CTL/
ATN/BIANCA SPRADLEY

CR.TXIII0000
07:03 05/17/2018 64606
07:03 05/17/2018 03214 LA017615C
*40F103EDC0
TXT

HDR/2L0140F103EDC02QR
ATN/BIANCA SPRADLEY

HDR/2L0140F103EDC02QR
ATN/BIANCA SPRADLEY
*********************** CRIMINAL HISTORY RECORD ***********************

Data As Of                 2018-05-17

Triple I Status            Multi-source

************************* Introduction ***************************

This rap sheet was produced in response to the following request:

State Id Number            03025671 (TX)
Purpose Code               C
Attention                  BIANCA SPRADLEY

The information in this rap sheet is subject to the following caveats:

ADDITIONAL INFORMATION AVAILABLE FROM CORRECTION TRACKING SYSTEM (CTS)

THIS RECORD INCLUDES AT LEAST ONE FELONY CONVICTION.

UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS
RECORD MAY RESULT IN SEVERE CRIMINAL PENALTIES. SEE TEXAS GOVERNMENT
CODE SECTION 411.085.

*************************** IDENTIFICATION ***************************

Subject Name(s)

TRAWEEK, JOHNNY WAYNE
TRAWEEK, JOHN WAYNE   (AKA)
TRAWEEK, JOHNNY   (AKA)

Subject Description

FBI Number                 State Id Number
137349L3                   03025671 (TX)
Social Security Number     Driver's License Number
████████                   ████████

Sex                        Race                       Skin Tone
MALE                       WHITE                      RUDDY

Height                     Weight                     Date of Birth
6'00"                      165                        █████████

Hair Color                 Eye Color                  Fingerprint Pattern
Brown                      GREEN                      POCO13PM13PI16091411 (FPC)

```
Scars, Marks, and Tattoos
Code                         Description, Comments, and Images
GLASSES                      , NA
SC BACK                      , NA
SC CHEST                     , NA
TAT ABDOM                    , NA
TAT FACE                     , NA
TAT L ARM                    , NA
TAT L HND                    , NA
TAT L THGH                   , NA
TAT LF ARM                   , NA
TAT R ARM                    , NA
TAT R THGH                   , NA
TAT RF ARM                   , NA


Place of Birth               Citizenship            Ethnicity
AL                           US                     NON-HISPANIC

Fingerprint Images

Photo Images
Capture Date                        2011-09-13
(No Photo Image Transmitted  )
Capture Date                        2012-03-19
(No Photo Image Transmitted  )

DNA Data
DNA Sample Taken                    2007-10-15
DNA Information Available    TEXAS DPS DNA CRIME LABORATORY AUSTIN TXDPS6900
(No DNA Detail Transmitted
Comment:DNA Available)


*************************  CRIMINAL HISTORY  **************************
============================= Cycle 001 ==============================
Tracking Number             Sequence: A
Earliest Event Date         1982-05-10
---------------------------------------------------------------------
Arrest Date                 1982-05-10
Arresting Agency            TXHPD0000 HOUSTON POLICE DEPARTMENT
Arrest Type                 Adult
Charge                      *001
         Charge Literal     BURGL-(FREE TEXT)
         Charge Description Arrest Offense Literal: BURG 5 CTS
         Charge Description Arresting Agency Number: 379196
                 Statute    (X X )
      State Offense Code    22000000
             Severity       Unknown
============================= Cycle 002 ==============================
Earliest Event Date         1982-05-10
---------------------------------------------------------------------
Corrections                 (Cycle 002)
Supervision Date            1998-08-14
Corrections Agency          TX227015G PARDON AND PAROLE BOARD AUSTIN

Correctional Id Number      00367328
      Correction Action     MANDATORY RELEASE
      Correction Comment     ARREST DATE: 1982-05-10
      Correction Comment     AGENCY ID NUMBER: 00367328
      Correction Comment     COMMITMENT COUNTY: HARRIS
      Correction Comment     STATUS START DATE: 1998-08-14
      Correction Comment     SUPERVISION LITERAL: TX227015G 00367328 -
                             PARDON AND PAROLE BOARD AUSTIN
      Correction Comment     RECEIVING AGENCY: LIBERTY
      Correction Comment     PAROLED UNTIL: 2002-09-16
Release Date                2002-09-16
============================= Cycle 003 ==============================
Earliest Event Date         1982-05-10
---------------------------------------------------------------------
Corrections                 (Cycle 003)
Supervision Date            2002-09-16
Corrections Agency          TX227015G PARDON AND PAROLE BOARD AUSTIN

Correctional Id Number      00367328
      Correction Action     DISCHARGED
      Correction Comment     ARREST DATE: 1982-05-10
      Correction Comment     AGENCY ID NUMBER: 00367328
```

```
        Correction Comment   COMMITMENT COUNTY: HARRIS
        Correction Comment   STATUS START DATE: 2002-09-16
        Correction Comment   SUPERVISION LITERAL: TX227015G 00367328 -
                             PARDON AND PAROLE BOARD AUSTIN
================================ Cycle 004 ================================
Tracking Number             Sequence: A
Earliest Event Date         1983-11-23
-------------------------------------------------------------------------
Arrest Date                 1983-11-23
Arrest Type                 Adult
Charge                      *001
        Charge Literal      ARREST DATA NOT RECEIVED
        Charge Description  Arrest Offense Literal: ARREST DATA NOT RECEIVED
              Statute        (X X )
        State Offense Code  00020000
              Severity      Unknown
-------------------------------------------------------------------------
Court Disposition           (Cycle 004)
Charge                      *001
        Charge Literal      ROBBERY-(FREE TEXT)
        Charge Description  Agency Receiving Custody:
        Charge Description  Court Offense Literal: AGG ROBB-2 COUNTS
        Charge Description  Court Sequence: 1
        Charge Description  Provision: CONCURRENT
              Statute        (X X )
        State Offense Code  12000000
              Severity      Unknown
           Disposition      (CONVICTED)
-------------------------------------------------------------------------
Sentencing                  (Cycle 004)
Charge                      *001
        Charge Literal      ROBBERY-(FREE TEXT)
        Charge Description  Agency Receiving Custody:
        Charge Description  Court Offense Literal: AGG ROBB-2 COUNTS
        Charge Description  Court Sequence: 1
        Charge Description  Provision: CONCURRENT
        Charge Description  CAT TEXT: CONVICTED
              Statute        (X X )
        State Offense Code  12000000
              Severity      Unknown
Confinement                 to 15Y
================================ Cycle 005 ================================
Earliest Event Date         1983-11-23
-------------------------------------------------------------------------
Corrections                 (Cycle 005)
Supervision Date            1983-11-23
Corrections Agency          TX236065C DEPT OF CRIMINAL JUSTICE HUNTSVILLE

Correctional Id Number      367328
        Correction Action   RECEIVED
        Correction Comment  ARREST DATE: 1983-11-23
        Correction Comment  AGENCY ID NUMBER: 367328
        Correction Comment  STATUS START DATE: 1983-11-23
        Correction Comment  SUPERVISION LITERAL: FROM HARRIS COUNTY -
================================ Cycle 006 ================================
Earliest Event Date         1983-11-23
-------------------------------------------------------------------------
Corrections                 (Cycle 006)
Supervision Date            1987-07-02
Corrections Agency          TX236065C DEPT OF CRIMINAL JUSTICE HUNTSVILLE

Correctional Id Number      367328
        Correction Action   PAROLED
        Correction Comment  ARREST DATE: 1983-11-23
        Correction Comment  AGENCY ID NUMBER: 367328
        Correction Comment  STATUS START DATE: 1987-07-02
        Correction Comment  SUPERVISION LITERAL: MAND SUPV TO HARRIS COUNTY
                             UNTIL 05-10-1997 -
        Correction Comment  PAROLED UNTIL: 1997-05-10
Release Date                1997-05-10
================================ Cycle 007 ================================
Earliest Event Date         1983-11-23
-------------------------------------------------------------------------
Corrections                 (Cycle 007)
Supervision Date            1990-02-15
Corrections Agency          TX236065C DEPT OF CRIMINAL JUSTICE HUNTSVILLE

Correctional Id Number      367328
        Correction Action   RECEIVED
```

```
        Correction Comment    ARREST DATE: 1983-11-23
        Correction Comment    AGENCY ID NUMBER: 367328
        Correction Comment    STATUS START DATE: 1990-02-15
        Correction Comment    SUPERVISION LITERAL: RET MAND SUPERV VIOL NO
                              NEW CHARGES -
================================ Cycle 008 ================================
Earliest Event Date           1983-11-23
--------------------------------------------------------------------------
Corrections                   (Cycle 008)
Supervision Date              1990-02-28
Corrections Agency            TX236065C DEPT OF CRIMINAL JUSTICE HUNTSVILLE

Correctional Id Number        367328
        Correction Action     PAROLE REVOCATION
        Correction Comment    ARREST DATE: 1983-11-23
        Correction Comment    AGENCY ID NUMBER: 367328
        Correction Comment    STATUS START DATE: 1990-02-28
================================ Cycle 009 ================================
Earliest Event Date           1983-11-23
--------------------------------------------------------------------------
Corrections                   (Cycle 009)
Supervision Date              1990-05-17
Corrections Agency            TX236065C DEPT OF CRIMINAL JUSTICE HUNTSVILLE

Correctional Id Number        367328
        Correction Action     PAROLED
        Correction Comment    ARREST DATE: 1983-11-23
        Correction Comment    AGENCY ID NUMBER: 367328
        Correction Comment    STATUS START DATE: 1990-05-17
        Correction Comment    SUPERVISION LITERAL: MAND SUPV TO HARRIS COUNTY
                              UNTIL 12-10-1999 -
        Correction Comment    PAROLED UNTIL: 1999-12-10
Release Date                  1999-12-10
================================ Cycle 010 ================================
Tracking Number               000693305X
Earliest Event Date           1994-09-05
--------------------------------------------------------------------------
Arrest Date                   1994-09-05
Arresting Agency              TXDPS5700 TEXAS HWY PATROL REG 2 DIST B
                              BEAUMONT
Subject's Name                TRAWEEK,JOHNNY WAYNE
Arrest Type                   Adult
Charge                        A001
        Charge Number         R161456
Charge Tracking Number        000693305X
        Charge Literal        DRIVING WHILE INTOXICATED
        Charge Description    Date Of Offense: 1994-09-05
        Charge Description    Arresting Agency Number: R161456
        Charge Description    Referred Agency: TX1460000 - LIBERTY CO SO
                              LIBERTY
        Statute               (PC 49.04 )
    NCIC Offense Code         5404
    State Offense Code        54040009
        Severity              MISDEMEANOR - CLASS B
        Disposition           LIBERTY COUNTY( 1994-09-05; DISPOSITION UNKNOWN)
--------------------------------------------------------------------------
Prosecutor Disposition        (Cycle 010)
Prosecutor Agency             TX146013A COUNTY ATTORNEY'S OFFICE LIBERTY
Charge                        A001
Charge Tracking Number        000693305X
        Charge Literal        DRIVING WHILE INTOXICATED
        Statute               (PC 49.04 )
    NCIC Offense Code         5404
    State Offense Code        54040009
        Severity              MISDEMEANOR - CLASS B
    Prosecution Comment       PROSECUTOR ACCEPTS THE CHARGE
--------------------------------------------------------------------------
Court Disposition             (Cycle 010)
Court Agency                  TX146013J LIBERTY COUNTY COURT LIBERTY
Charge                        A001
Charge Tracking Number        000693305X
        Charge Literal        DRIVING WHILE INTOXICATED
        Charge Description    Agency Receiving Custody: LIBERTY CO APO
        Charge Description    Court Sequence: 1
        Charge Description    Final Pleading: NO CONTEST OR NOLO CONTENDERE
        Statute               (PC 49.04 )
    NCIC Offense Code         5404
    State Offense Code        54040009
        Severity              MISDEMEANOR - CLASS B
        Disposition           ( 1994-09-29; CONVICTED)
```

```
-----------------------------------------------------------
Sentencing               (Cycle 010)
Sentence Date            1994-09-29
Sentencing Agency
Court Case Number        52685
Charge                   A001
Charge Tracking Number   000693305X
        Charge Literal   DRIVING WHILE INTOXICATED
        Charge Description   Agency Receiving Custody: LIBERTY CO APO
        Charge Description   Court Sequence: 1
        Charge Description   Final Pleading: NO CONTEST OR NOLO CONTENDERE
        Charge Description   CAT TEXT: CONVICTED
              Statute    (PC 49.04 )
        NCIC Offense Code  5404
        State Offense Code  54040009


** MESSAGE EXCEEDED 14400 CHARACTERS-HAS BEEN SEGMENTED BY NLETS **
**    PART 1 OF 3    **
TRACKING: 05/17/2018, 09:03:10
- MKE: CR
- Source: NLETS
- ISN: 056G0024WG
- REF: UNKNOWN
```

```
Reference: Unknown
Msg ID   :
Msg Key  : CR
Date/Time: 20180517090310
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NLETS
Control  :
Summary  : NLETS Response

TXT: MSG 40F103EDC0 CJDOCF11 011BD8 NLETS      1B4A5C 20180517 09:03:10
LA017615C.
CTL/
ATN/BIANCA SPRADLEY

CR.TXIII0000
07:03 05/17/2018 64606
07:03 05/17/2018 03214 LA017615C
*40F103EDC0
TXT


HDR/2L0140F103EDC02QR
ATN/BIANCA SPRADLEY

              Severity  MISDEMEANOR - CLASS B
              Disposition  ( 1994-09-29; CONVICTED)
Probation                  to 1Y
Suspended                  to 180D
Court Cost                 245
Fine Amount                500

================================== Cycle 011 ==================================
Tracking Number            0041783808
Earliest Event Date        1999-12-02
-------------------------------------------------------------------------------
Arrest Date                1999-12-02
Arresting Agency           TXDPS5700 TEXAS HWY PATROL REG 2 DIST B
                           BEAUMONT
Subject's Name             TRAWEEK,JOHNNY WAYNE
Arrest Type                Adult
Charge                     A001
       Charge Number       0041783808
Charge Tracking Number     0041783808
       Charge Literal      DRIVING WHILE INTOXICATED 2ND
       Charge Description  Date Of Offense: 1999-12-02
       Charge Description  Referred Agency: TX146013A - COUNTY ATTORNEY'S
                           OFFICE LIBERTY
            Statute        (PC 49.09(a) )
       NCIC Offense Code   5404
       State Offense Code  54040010
            Severity       MISDEMEANOR - CLASS A
            Disposition    LIBERTY COUNTY( 1999-12-02; DISPOSITION UNKNOWN)
-------------------------------------------------------------------------------
Prosecutor Disposition     (Cycle 011)
Prosecutor Agency          TX146013A COUNTY ATTORNEY'S OFFICE LIBERTY
Charge                     A001
Charge Tracking Number     0041783808
       Charge Literal      DRIVING WHILE INTOXICATED 2ND
            Statute        (PC 49.09(a) )
       NCIC Offense Code   5404
       State Offense Code  54040010
            Severity       MISDEMEANOR - CLASS A
     Prosecution Comment   PROSECUTOR ACCEPTS THE CHARGE
-------------------------------------------------------------------------------
Court Disposition          (Cycle 011)
Court Agency               TX146013J LIBERTY COUNTY COURT LIBERTY
Charge                     A001
Charge Tracking Number     0041783808
       Charge Literal      DRIVING WHILE INTOXICATED 2ND
       Charge Description  Agency Receiving Custody: CSCD
       Charge Description  Court Sequence: 1
       Charge Description  Final Pleading: UNREPORTED/OR UNKNOWN
            Statute        (PC 49.09(a) )
       NCIC Offense Code   5404
       State Offense Code  54040010
            Severity       MISDEMEANOR - CLASS A
            Disposition    ( 2001-08-23; CONVICTED)
-------------------------------------------------------------------------------
```

```
Sentencing                    (Cycle 011)
Sentence Date                 2001-08-23
Sentencing Agency
Court Case Number             64248
Charge                        A001
Charge Tracking Number        0041783808
         Charge Literal       DRIVING WHILE INTOXICATED 2ND
         Charge Description   Agency Receiving Custody: CSCD
         Charge Description   Court Sequence: 1
         Charge Description   Final Pleading: UNREPORTED/OR UNKNOWN
         Charge Description   CAT TEXT: CONVICTED
              Statute         (PC 49.09(a) )
         NCIC Offense Code    5404
         State Offense Code   54040010
              Severity        MISDEMEANOR - CLASS A
              Disposition     ( 2001-08-23; CONVICTED)
Confinement                   to 180D
Probation                     to 180D
Suspended                     to 180D
Court Cost                    292

=============================== Cycle 012 ================================
Tracking Number               9012125553
Earliest Event Date           2002-07-21

------------------------------------------------------------------------
Arrest Date                   2002-07-21
Arresting Agency              TX0840000 GALVESTON CO SO GALVESTON
Subject's Name                TRAWEEK,JOHNNY WAYNE
Arrest Type                   Adult
Charge                        A001
         Charge Number        20077447
Charge Tracking Number        9012125553
         Charge Literal       DRIVING WHILE LIC INVALID
         Charge Description   Arresting Agency Number: 0290496
         Charge Description   Referred Agency: TX084015A - DISTRICT
                              ATTORNEY'S OFFICE GALVESTON
              Statute         (TRC 521.457 )
         NCIC Offense Code    5499
         State Offense Code   54990012
              Severity        MISDEMEANOR - CLASS UNKNOWN
              Disposition     HELD( 2002-07-21; HELD)
------------------------------------------------------------------------
Prosecutor Disposition        (Cycle 012)
Prosecutor Agency             TX084015A DISTRICT ATTORNEY'S OFFICE GALVESTON
Charge                        A001
Charge Tracking Number        9012125553
         Charge Literal       DRIVING WHILE LIC INVALID
              Statute         (TRC 521.457 )
         NCIC Offense Code    5499
         State Offense Code   54990012
              Severity        MISDEMEANOR - CLASS UNKNOWN
         Prosecution Comment  PROSECUTOR HAS CHANGED THE CHARGE
------------------------------------------------------------------------
Court Disposition             (Cycle 012)
Court Agency                  TX084043J GALVESTON COUNTY COURT AT LAW 2
                              GALVESTON
Charge                        A001
Charge Tracking Number        9012125553
         Charge Literal       DRIVING WHILE LIC INVALID
         Charge Description   Agency Receiving Custody:
         Charge Description   Court Sequence: 1
         Charge Description   Final Pleading: NO CONTEST OR NOLO CONTENDERE
              Statute         (TRC 521.457 )
         NCIC Offense Code    5499
         State Offense Code   54990012
              Severity        MISDEMEANOR - CLASS UNKNOWN
              Disposition     ( 2003-03-07; CONVICTED)
------------------------------------------------------------------------
Sentencing                    (Cycle 012)
Sentence Date                 2003-03-07
Sentencing Agency
Court Case Number             032188100101
Charge                        A001
Charge Tracking Number        9012125553
         Charge Literal       DRIVING WHILE LIC INVALID
         Charge Description   Agency Receiving Custody:
         Charge Description   Court Sequence: 1
         Charge Description   Final Pleading: NO CONTEST OR NOLO CONTENDERE
         Charge Description   CAT TEXT: CONVICTED
              Statute         (TRC 521.457 )
```

```
            NCIC Offense Code    5499
           State Offense Code    54990012
                    Severity     MISDEMEANOR - CLASS UNKNOWN
                   Disposition   ( 2003-03-07; CONVICTED)
Court Cost                       261
Fine Amount                      100

=====================≈===≈====≈== Cycle 013 ===============================
Tracking Number                  9004652647
Earliest Event Date              2003-09-01
-------------------------------------------------------------------------
Arrest Date                      2003-09-01
Arresting Agency                 TXDPS5600 TEXAS HWY PATROL REG 2 DIST A HOUSTON
Subject's Name                   TRAWEEK,JOHNNY WAYNE
Arrest Type                      Adult
Charge                           A001
            Charge Number        397463
       Charge Tracking Number    9004652647
            Charge Literal       DRIVING WHILE INTOXICATED 3RD OR MORE
         Charge Description      Arrest Offense Literal: DRIVING WHILE
                                 INTOXICATED 3RD OR MORE
         Charge Description      Date Of Offense: 2003-09-01
         Charge Description      Referred Agency: TX170015A - DISTRICT ATTORNEYS
                                 OFFICE CONROE
                    Statute      (PC 49.09(b) )
            NCIC Offense Code    5404
           State Offense Code    54040011
                    Severity     FELONY - 3RD DEGREE
                   Disposition   HELD( 2003-09-01; HELD)
-------------------------------------------------------------------------
Court Disposition                (Cycle 013)
Court Agency                     TX170045J 359TH DISTRICT COURT CONROE
Charge                           A001
       Charge Tracking Number    9004652647
            Charge Literal       DRIVING WHILE INTOXICATED 3RD OR MORE
         Charge Description      Agency Receiving Custody: TX170015G - STATE
                                 PROBATION OFFICE CONROE
         Charge Description      Court Sequence: 1
         Charge Description      Final Pleading: GUILTY
                    Statute      (PC 49.09(b) )
            NCIC Offense Code    5404
           State Offense Code    54040011
                    Severity     FELONY - 3RD DEGREE
                   Disposition   ( 2004-04-07; CONVICTED)
-------------------------------------------------------------------------
Court Disposition                (Cycle 013)
Court Agency                     TX170045J 359TH DISTRICT COURT CONROE
Charge                           A001
       Charge Tracking Number    9004652647
            Charge Literal       DRIVING WHILE INTOXICATED 3RD OR MORE
         Charge Description      Agency Receiving Custody: TX236065C - DEPT OF
                                 CRIMINAL JUSTICE HUNTSVILLE
         Charge Description      Court Sequence: 2
         Charge Description      Final Pleading: GUILTY
         Charge Description      Provision: CONFINEMENT/FINE
                    Statute      (PC 49.09(b) )
            NCIC Offense Code    5404
           State Offense Code    54040011
                    Severity     FELONY - 3RD DEGREE
                   Disposition   ( 2004-04-07; PROBATION REVOCATION)
-------------------------------------------------------------------------
Sentencing                       (Cycle 013)
Sentence Date                    2004-04-07
Sentencing Agency
Court Case Number                031007854
Charge                           A001
       Charge Tracking Number    9004652647
            Charge Literal       DRIVING WHILE INTOXICATED 3RD OR MORE
         Charge Description      Agency Receiving Custody: TX170015G - STATE
                                 PROBATION OFFICE CONROE
         Charge Description      Court Sequence: 1
         Charge Description      Court Suspended Fine: 0
         Charge Description      Final Pleading: GUILTY
                    Statute      (PC 49.09(b) )
            NCIC Offense Code    5404
           State Offense Code    54040011
                    Severity     FELONY - 3RD DEGREE
                   Disposition   ( 2004-04-07; CONVICTED)
Probation                        to 5Y0M0D
Court Cost                       258
```

```
Fine Amount                   1000
--------------------------------------------------------------------
Sentencing                    (Cycle 013)
Sentence Date                 2005-10-28
Sentencing Agency
Court Case Number             031007854
Charge                        A001
Charge Tracking Number        9004652647
        Charge Literal        DRIVING WHILE INTOXICATED 3RD OR MORE
        Charge Description     Agency Receiving Custody: TX236065C - DEPT OF
                               CRIMINAL JUSTICE HUNTSVILLE
        Charge Description     Court Sequence: 2
        Charge Description     Court Suspended Fine: 0
        Charge Description     Final Pleading: GUILTY
        Charge Description     Multiple Or Concurrent Sentences: CONCURRENT
        Charge Description     Provision Literal: CONFINEMENT/FINE
        Charge Description     Provision: CONFINEMENT/FINE
        Charge Description     CAT TEXT: CONVICTED
              Statute          (PC 49.09(b) )
        NCIC Offense Code      5404
        State Offense Code     54040011
              Severity         FELONY - 3RD DEGREE
            Disposition        ( 2004-04-07; PROBATION REVOCATION)
Confinement                   to 3Y0M0D
Probation                     to 5Y0M0D
Court Cost                    313
Fine Amount                   1000
================================ Cycle 014 ================================
Earliest Event Date           2003-09-01
--------------------------------------------------------------------
Corrections                   (Cycle 014)
Supervision Date              2005-12-12
Corrections Agency            TX236085C DEPT OF CRIM JUST HOLLIDAY UNIT

Correctional Id Number        01336258
        Correction Action     RECEIVED
        Correction Comment     ARREST DATE: 2003-09-01
        Correction Comment     AGENCY ID NUMBER: 01336258
        Correction Comment     SENTENCE EXPIRATION: 2008-08-13
        Correction Comment     COMMITMENT COUNTY: MONTGOMERY
        Correction Comment     STATUS START DATE: 2005-12-12
        Correction Comment     SUPERVISION LITERAL: TX236085C 01336258 - DEPT
                               OF CRIM JUST HOLLIDAY UNIT
================================ Cycle 015 ================================
Earliest Event Date           2003-09-01
--------------------------------------------------------------------
Corrections                   (Cycle 015)
Supervision Date              2007-11-06
Corrections Agency            TX227015G PARDON AND PAROLE BOARD AUSTIN

Correctional Id Number        01336258
        Correction Action     PAROLED
        Correction Comment     ARREST DATE: 2003-09-01
        Correction Comment     AGENCY ID NUMBER: 01336258
        Correction Comment     SENTENCE EXPIRATION: 2008-08-13
        Correction Comment     COMMITMENT COUNTY: MONTGOMERY
        Correction Comment     STATUS START DATE: 2007-11-06
        Correction Comment     SUPERVISION LITERAL: TX227015G 01336258 -
                               PARDON AND PAROLE BOARD AUSTIN
        Correction Comment     RECEIVING AGENCY: MONTGOMERY
        Correction Comment     PAROLED UNTIL: 2008-08-13
Release Date                  2008-08-13
================================ Cycle 016 ================================
Earliest Event Date           2005-08-14
--------------------------------------------------------------------
Corrections                   (Cycle 016)
Supervision Date              2008-08-13
Corrections Agency            TX227015G PARDON AND

** MESSAGE EXCEEDED 14400 CHARACTERS-HAS BEEN SEGMENTED BY NLETS **
**   PART 2 OF 3   **
TRACKING: 05/17/2018, 09:03:10
- MKE: CR
- Source: NLETS
- ISN: 056G0024WI
- REF: UNKNOWN
```

```
Reference: Unknown
Msg ID   :
Msg Key  : CR
Date/Time: 20180517090310
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NLETS
Control  :
Summary  : NLETS Response

TXT: MSG 40F103EDC0 CJDOCF11 011BD9 NLETS    1B4A5D 20180517 09:03:10
LA017615C.
CTL/
ATN/BIANCA SPRADLEY

CR.TXIII0000
07:03 05/17/2018 64606
07:03 05/17/2018 03214 LA017615C
*40F103EDC0
TXT

HDR/2L0140F103EDC02QR
ATN/BIANCA SPRADLEY

PAROLE BOARD AUSTIN

Correctional Id Number   01336258
      Correction Action   DISCHARGED
      Correction Comment   ARREST DATE: 2005-08-14
      Correction Comment   AGENCY ID NUMBER: 01336258
      Correction Comment   COMMITMENT COUNTY: MONTGOMERY
      Correction Comment   STATUS START DATE: 2008-08-13
      Correction Comment   SUPERVISION LITERAL: TX227015G 01336258 -
                           PARDON AND PAROLE BOARD AUSTIN
================================= Cycle 017 =================================
Earliest Event Date      2005-08-14
-----------------------------------------------------------------------------
Corrections              (Cycle 017)
Supervision Date         2015-09-04
Corrections Agency       TX227015G PARDON AND PAROLE BOARD AUSTIN

Correctional Id Number   01770415
      Correction Action   DISCHARGED
      Correction Comment   ARREST DATE: 2005-08-14
      Correction Comment   AGENCY ID NUMBER: 01770415
      Correction Comment   COMMITMENT COUNTY: MONTGOMERY
      Correction Comment   STATUS START DATE: 2015-09-04
      Correction Comment   SUPERVISION LITERAL: TX227015G 01770415 -
                           PARDON AND PAROLE BOARD AUSTIN
================================= Cycle 018 =================================
Earliest Event Date      2009-04-02
-----------------------------------------------------------------------------
Corrections              (Cycle 018)
Supervision Date         2013-11-19
Corrections Agency       TX227015G PARDON AND PAROLE BOARD AUSTIN

Correctional Id Number   01770415
      Correction Action   PAROLED
      Correction Comment   ARREST DATE: 2009-04-02
      Correction Comment   AGENCY ID NUMBER: 01770415
      Correction Comment   SENTENCE EXPIRATION: 2015-09-04
      Correction Comment   COMMITMENT COUNTY: GRIMES
      Correction Comment   STATUS START DATE: 2013-11-19
      Correction Comment   SUPERVISION LITERAL: TX227015G 01770415 -
                           PARDON AND PAROLE BOARD AUSTIN
      Correction Comment   RECEIVING AGENCY: HIDALGO
      Correction Comment   PAROLED UNTIL: 2015-09-04
Release Date             2015-09-04
================================= Cycle 019 =================================
Tracking Number          9065597549
Earliest Event Date      2011-09-04
-----------------------------------------------------------------------------
Arrest Date              2011-09-04
Arresting Agency         TX0930000 GRIMES CO SO ANDERSON
Subject's Name           TRAWEEK,JOHN WAYNE
Arrest Type              Adult
Charge                   A001
          Charge Number  INDICTMENT
```

```
Charge Tracking Number    9065597549
      Charge Literal      INJ CHILD/ELDERLY/DISABLED W/INT SBI/MENTAL
   Charge Description     Referred Agency: TX093015A - DISTRICT ATTORNEYS
                          OFFICE ANDERSON
             Statute       (PC 22.04(e) )
   NCIC Offense Code      1399
  State Offense Code      13990041
           Severity       FELONY - 1ST DEGREE
         Disposition      ( 2011-09-13; HELD)
   Charging Agency        TX0930000 GRIMES CO SO ANDERSON
------------------------------------------------------------------------
Prosecutor Disposition    (Cycle 019)
Prosecutor Agency         TX093015A DISTRICT ATTORNEYS OFFICE ANDERSON
Charge                    A001
Charge Tracking Number    9065597549
      Charge Literal      INJ CHILD/ELDERLY/DISABLED W/INT SBI/MENTAL
             Statute       (PC 22.04(e) )
   NCIC Offense Code      1399
  State Offense Code      13990041
           Severity       FELONY - 1ST DEGREE
 Prosecution Comment      PROSECUTOR ACCEPTS THE CHARGE
------------------------------------------------------------------------
Court Disposition         (Cycle 019)
Court Agency              TX236015J 12TH DISTRICT COURT HUNTSVILLE
Charge                    A001
Charge Tracking Number    9065597549
      Charge Literal      INJ CHILD/ELDERLY/DISABLED W/INT SBI/MENTAL
   Charge Description     Agency Receiving Custody: TDCJID
   Charge Description     Court Sequence: 1
   Charge Description     Final Pleading: GUILTY
             Statute       (PC 22.04(e) )
   NCIC Offense Code      1399
  State Offense Code      13990041
           Severity       FELONY - 3RD DEGREE
         Disposition      ( 2012-02-27; CONVICTED)
------------------------------------------------------------------------
Sentencing                (Cycle 019)
Sentence Date             2012-02-27
Sentencing Agency
Court Case Number         16626
Charge                    A001
Charge Tracking Number    9065597549
      Charge Literal      INJ CHILD/ELDERLY/DISABLED W/INT SBI/MENTAL
   Charge Description     Agency Receiving Custody: TDCJID
   Charge Description     Court Sequence: 1
   Charge Description     Final Pleading: GUILTY
   Charge Description     CAT TEXT: CONVICTED
             Statute       (PC 22.04(e) )
   NCIC Offense Code      1399
  State Offense Code      13990041
           Severity       FELONY - 3RD DEGREE
         Disposition      ( 2012-02-27; CONVICTED)
Confinement               to 4Y
Court Cost                644
======================= Cycle 020 =======================
Earliest Event Date       2012-03-19
------------------------------------------------------------------------
Corrections               (Cycle 020)
Supervision Date          2012-03-19
Corrections Agency        TX236065C DEPT OF CRIMINAL JUSTICE HUNTSVILLE

Correctional Id Number    01770415
   Correction Action      RECEIVED
  Correction Comment      ARREST DATE: 2012-03-19
  Correction Comment      AGENCY ID NUMBER: 01770415
  Correction Comment      SENTENCE EXPIRATION: 2015-09-04
  Correction Comment      COMMITMENT COUNTY: GRIMES
  Correction Comment      STATUS START DATE: 2012-03-19
  Correction Comment      SUPERVISION LITERAL: TX236065C 01770415 - DEPT
                          OF CRIMINAL JUSTICE HUNTSVILLE
*********************    INDEX OF AGENCIES    *********************

Agency                    HOUSTON POLICE DEPARTMENT; TXHPD0000;
------------------------------------------------------------------------
Agency                    TEXAS HWY PATROL REG 2 DIST B BEAUMONT;
                          TXDPS5700;
------------------------------------------------------------------------
```

| | |
|---|---|
| Agency | GALVESTON CO SO GALVESTON; TX0840000; |
| Agency | TEXAS HWY PATROL REG 2 DIST A HOUSTON; TXDPS5600; |
| Agency | GRIMES CO SO ANDERSON; TX0930000; |
| Agency | COUNTY ATTORNEY'S OFFICE LIBERTY; TX146013A; |
| Agency | DISTRICT ATTORNEY'S OFFICE GALVESTON; TX084015A; |
| Agency | DISTRICT ATTORNEYS OFFICE ANDERSON; TX093015A; |
| Agency | DEPT OF CRIM JUST HOLLIDAY UNIT; TX236085C; |
| Agency | PARDON AND PAROLE BOARD AUSTIN; TX227015G; |
| Agency | DEPT OF CRIMINAL JUSTICE HUNTSVILLE; TX236065C; |
| Agency | LIBERTY COUNTY COURT LIBERTY; TX146013J; |
| Agency | GALVESTON COUNTY COURT AT LAW 2 GALVESTON; TX084043J; |
| Agency | 359TH DISTRICT COURT CONROE; TX170045J; |
| Agency | 12TH DISTRICT COURT HUNTSVILLE; TX236015J; |

********************   ADDITIONAL INFORMATION   ***********************

ORIGINATION DATE              1982-06-01T00:00:00.000000
DATE OF LAST UPDATE           2017-10-03T01:17:59.483849
Transaction

                              S/BASED ON FBI NUMBER ONLY.ORT/LA DEPARTMENT OF
                              CORRECTIONS FUGITIVE UNIT.ATN/BIANCA
                              SPRADLEY.CRIMINAL HISTORY REQUESTEDNIC#

* * * END OF RECORD * * *

** MESSAGE EXCEEDED 14400 CHARACTERS-HAS BEEN SEGMENTED BY NLETS **
**   PART 3 OF 3   **
TRACKING: 05/17/2018, 09:03:10
- MKE: CR
- Source: NLETS
- ISN: 056G0024WK
- REF: UNKNOWN

```
Reference: Unknown
Msg ID   :
Msg Key  : CR
Date/Time: 20180517090315
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NLETS
Control  :
Summary  : NLETS Response

TXT: MSG 40F103EDC0 CJDOCF11 011BDA NLETS      1B4A5E 20180517 09:03:15
LA017615C.
CTL/
ATN/BIANCA SPRADLEY

CR.SCIII0000
07:03 05/17/2018 02325
07:03 05/17/2018 03215 LA017615C
*40F103EDC0
TXT
HDR/2L0140F103EDC02QR
ATN/BIANCA SPRADLEY
********************** CRIMINAL HISTORY RECORD  **********************
Data As Of              2018-05-17
**************************  Introduction  **************************
This rap sheet was produced in response to the following request:
State Id Number         SCE0003992 (SC)
Request Id              31303DDFF4
Purpose Code            C
Attention               BIANCA SPRADLEY
The information in this rap sheet is subject to the following caveats:
REQUESTED FOR CRIMINAL JUSTICE PURPOSES INDIVIDUAL PROHIBITED FROM
POSSESSING OR ACQUIRING HANDGUN IN SOUTH CAROLINA. (SC)
AUTHORIZED CRIMINAL JUSTICE AGENCY USE ONLY. CONTACT CONTRIBUTING
AGENCY FOR SPECIFIC/MORE DATA ABOUT CHARGES AND/OR DISPOSITIONS.
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE. (SC)
**********************  IDENTIFICATION  **********************
Subject Name(s)
TRAWEEK, JOHNNY
Subject Description
FBI Number              State Id Number
 137349L3               SCE0003992 (SC)
Sex                     Race                    Skin Tone
Male                    White                   Ruddy
Height                  Weight                  Date of Birth
6'00"                   140                     ███████
Hair Color              Eye Color               Fingerprint Pattern
Brown                   Green                   POCO13PM13PI16101314 (FPC)
Place of Birth
AL
Caution Information
Notice                  BASED ON SEARCH OF SCLED CJIS CCH FILE USING
                        SID/SCE0003992
Notice                  INDIVIDUAL PROHIBITED FROM POSSESSING OR
                        ACQUIRING HANDGUN IN SOUTH CAROLINA.
Notice                  INFORMATION SUBMITTED TO SLED CCH PURSUANT TO
                        16-23-10 (C) AND 23-31-110 (C) OF THE SOUTH
                        CAROLINA CODE OF LAWS INDICATES THIS INDIVIDUAL
                        HAS BEEN CONVICTED OF A CRIME OF VIOLENCE AND
                        IS NOT PERMITTED TO POSSESS OR ACQUIRE A
                        HANDGUN.
Notice                  INDIVIDUAL PROHIBITED FROM POSSESSING OR
                        ACQUIRING FIREARM OR AMMUNITION PURSUANT TO
                        FEDERAL GUN CONTROL ACT OF 1968. INFORMATION
                        SUBMITTED TO SLED CCH INDICATES THIS INDIVIDUAL
                        HAS BEEN CONVICTED OF A FELONY ACCORDING TO THE
                        SOUTH CAROLINA CODE OF LAWS.
Notice                  THEREFORE, THIS PERSON IS INELIGIBLE TO SHIP,
                        TRANSPORT, OR RECEIVE ANY FIREARM OR AMMUNITION
                        AFFECTED BY INTERSTATE OR FOREIGN COMMERCE, AS
                        DEFINED BY THE GUN CONTROL ACT OF 1968 (18.USC
                        922(G)).
**********************  CRIMINAL HISTORY  **********************
========================= Cycle 001 =========================
Tracking Number         0001
Earliest Event Date     1971-03-09
--------------------------------------------------------------
```

```
Court Disposition          (Cycle 001)
Charge                     01
         Charge Number     02299
         Charge Literal    HOUSEBREAKING
             Statute       (16-11-311 SC)
         Disposition       (CONVICTED ;)
Court Comment              Court Provision: YOA 5C
----------------------------------------------------------------------
Corrections                (Cycle 001)
Supervision Date           1971-03-09
Corrections Agency         SC040015C SC DEPT CORRECTIONS
     Supervision Case Number  64588
     Correction Action     RECEIVED
************************  INDEX OF AGENCIES  **************************
Agency                     SC DEPT CORRECTIONS; SC040015C;
* * * END OF RECORD * * *
TRACKING: 05/17/2018, 09:03:15
- MKE: CR
- Source: NLETS
- ISN: 056G0024XH
- REF: UNKNOWN
```

Form B-04-00-B
05 April 2016

## Release Clearing Checklist

| Offender Name: JOHNNY TRAWEEK | | DOC# 733115 | Offender Location: ORLEANS PP |
|---|---|---|---|
| Release Address: TO BE SECURED | | | Supervising P&P Dist: NOD |
| Release Date: 05/22/2018    Release Type: FLR | | 12:01 _____ | Bus Ticket: _____ |

| Checklist Items | Yes | No | Institution Release: Infectious Disease Test Date _____ |
|---|---|---|---|
| Review: cinqdock, cinqoff, cinqtm, cinqcrt, cinqvit, dna Pull screens in computer system. | ☒ | ☐ | Ck for dockets not T/C'd, transfers to court, detainers, dispositions on Criminal History and FBI reports. |
| Oracle & Oracle Capture/File Reviewed | ☒ | ☐ | All necessary dockets entered in Computer. |
| Open "B", "G", "P" or "I" Docket?" ☐ ☐ ☐ ☐ | ☐ | ☒ | If yes, Disp: |
| Time Comp Correct? | ☒ | ☐ | Ck  GT ACT ☐    Forf ☐    CTRP ☐    Pending HFC ☐ |
| U. S. Citizen | ☒ | ☐ | If not marked in System, Call immigration to check for detainer. |
| DNA (must have DNA entered to release)  05/10/2018 | ☒ | ☐ | Check Criminal History for DNA flag. If flagged "Y", enter DNA in SYSTEM w/date the Criminal History was pulled. If "N", order DNA info. |
| Identification: BC SS STID DL | ☐ | ☒ | Other: If SS Card in file; "CADDSSNV" to validate. |
| Notifications (Gang-B-08-015, Crime Victim-C-01-007, Arson-B-08-021) Required Notifications: must be mailed 15 days prior to release or calls MUST be made to victim/ agencies at least 10 days prior to release and documented. Arson Registration (B-08-021) – Conv on or after 8/15/10 – Includes Attempts & Conspiracy. | ☐ | ☒ | NVR option 4 _____  SVM option 7 _____  STG option 15 - Parish of Conv _____ Parish of Residence _____ |
| Court Trips – Check file and clearing paperwork for writs and dispositions or any possible additional sentences. Check computer for any Court trans. | ☐ | ☒ | Any dockets not time comped? _____  Call for detainer on any pending court hearings. |
| Parole &/or Probation Violator: (possibly due to new charges) | ☐ | ☒ | Check for any unresolved charges, disposition of charges must be noted: |
| Detainers/Pending Charges: Pull new Criminal History and FBI; Screen very closely. Check for dispositions on Criminal History not entered on Time Computation. Note disposition on all COV & SO crimes and arrest w/i 5 years, of current arrest, on other felony's. If HL, check if served. Institution Release: Pull Criminal History Report two working days prior to release.* | ☐ | ☒ | If yes: Agency: Verified By at agency: _____ Date Verified: _____ Phone/Fax: _____  Date Pickup Request Sent: _____ |
| Sex Offender/Crime requires Reg: (B-08-009) Approved Residence Needed ☐  If yes, (circle) approved or denied  If denied - UNSORP done ☐   Adult victim ☐   Minor Victim ☐  WATCH System Done ☐  Supervised Release (*see Manager/Supervisor) (victim <13 on bill &convicted after 08/15/06) | ☐ | ☒ | If offender MUST HAVE APPROVED RESIDENCE to release GTPS: • Send address to P&P for approval. (Cannot release till approval received from P&P) • If approved, must send registration paperwork with Certificate • If not approved by release date, Offender stays in custody until full Term date or a residence is approved. • GTPS date is changed to UNSORP ☐ • A406 Tran added to transfer ☐ ( Email Offenders name and reason UNSORP to Tracy at Hdq's) If minor victim: • Letter or email must be sent to P&P to receive victim information (Guardian's address). If Supervised Release: • Be sure to use Supervised Release Certificate. (Email Offenders name and Sup Rel date to Tracy at Hdq's) |
| CERTIFICATE ISSUED w/necessary paperwork (B-04-007, 6F, 8F, 11D) | ☒ | ☐ | See regulation for additional paperwork needed depending on certificate used. |
| Scanned and Indexed Release Paperwork | ☐ | ☐ | All release paperwork including certificate & cleared Criminal History reports must be scanned and indexed, even if copy placed in hard file. |
| Immediate Release: Emailed to P&P Faxed to Facility | ☐ | ☐ | Person Contacted : Date: (Verify Certificate was received) |

1st Checker: ASHLEY JONES          Date: 05/22/2018

Supervisor /Specialist: _Dana Bell_

Manager/Supervisor: _____

2nd Checker: _____          Date: _____

Date: 5-22-18

Date: _____

*If earlier "G" release is still open, CAJUN should reflect the longest FTD.  If necessary, see your supervisor for CMODDATE.

# Department of Public Safety & Corrections
## State of Louisiana

**JOHN BEL EDWARDS**
Governor



**JAMES M. LE BLANC**
Secretary

**DATE:** 05/22/2018

**TO:** ORLEANS PP
**Attn:** SHEILA CRADER
PH: (504) 202-9313 FX: (504) 202-9460

**FROM:** ASHLEY JONES
Corrections ARDC Sepcialist
Department of Corrections HQ

**RE:** FULL TERM Release(s)

Please see attached release certificate(s) for:

| Name | DOC# | Date | Noted Items |
|---|---|---|---|
| JOHNNY TRAWEEK | 733115 | 05/22/2018 | FULL TERM CERTIFICATE |

Your usual cooperation in this matter is appreciated.

Received By: _____

Note:  As soon as this packet is received, please verify the name list with certificates, sign this memo and fax back to me at (225) 342-5144 If you have any questions please call me at (225) 342-7842.

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS                PAGE
OFFICE OF ADULT SERVICES - SOUTH                                       1

MEMORANDUM

TO:     OFFICE OF ADULT SERVICES
        DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS

FROM:   ANGELA SMITH
        ASST. PROGRAM MANAGER

DATE:   05/22/18                                           TIME:  08:23

RE:     RECOMMENDATION FOR RELEASE BY COMPLETION OF SENTENCE.

        ADDENDUM TO MEMORANDUM DATED 05/22/18
        INITIAL TIME COMP

        FROM DATE: 05/22/18     TO DATE: 05/22/18

| LAST NAME | FIRST NAME | DOC # | C S S D<br>V O T N<br>N F G A | FTD | LOC | SID | GTPS | POC |
|---|---|---|---|---|---|---|---|---|
| TRAWEEK | JOHNNY | 00733115 | X | 05/22/18 | ORL | 002600883 | 05/22/18 | ORL |
| LAST ITEM | LAST ITEM | LAST ITEM | LAST ITEM | LAST ITEM | | LAST ITEM | | |

ALL THE ABOVE RELEASE DATES ARE CERTIFIED CORRECT ACCORDING TO DEPARTMENT
REGULATION NO. B-04-001 AND THE LAWS OF THIS STATE.

_Ashley Jones_  5/22/18
REVIEWING ANALYST & DATE

_Dana Bell_  5-22-18
, SENTENCE COMPUTATION DIRECTOR

APPROVED :  _Angela Smith_
            ANGELA SMITH, ASST. PROGRAM MANAGER

DATE:  _5/22/2018_

DATE: 05/22/2018

ORLEANS PP                           1

**THIS IS NOT AN AUTHORIZATION
TO RELEASE.
IF AVAILABLE, ATTACH WARRANTS
AND/OR DETAINER.
PLEASE RETURN ASAP.**

NOTE: Please DO NOT MOVE inmates cleared for release.  Discipline transfer needs should be referred to the Transfer Section at Elayn Hunt Correctional Center.

FILE DOCUMENTATION: Detention Facility Clear for Release

REQUEST DATE:  05/22/2018

TO: _Sheila  Crader_ ____                          FROM: __          **ASHLEY JONES / GROUP 5**
                                                                    **PH: 225-342-3842**
                                                                    **FAX: 225-342-5164**          IT

   _504-202-9460 / 504-202-9313_
   FAX              PHONE                              PHONE              FAX

Release processing has begun for the below inmates.  Please research your files for the following information and return it to me as soon as possible.  IT IS VERY IMPORTANT TO ADVISE IF AN INMATE HAS APPEARED IN ANY DISTRICT COURT AND THE RESULTS OF THE COURT APPEARANCE.  Release certificates are for the individual, not each docket, therefore, ADDITIONAL SENTENCES may ALTER THE DATE of or cancel the release.

(1)  Release Dates are subject to change. DO NOT RELEASE WITHOUT DOC PAPERWORK.
(2)  Authority to release will cover dockets listed on the release IF YOUR RECORDS SHOW OTHER DOCKETS, PLEASE ADVISE.
(3)  If the inmate has been transferred or released, PLEASE PROVIDE PLACE AND DATE.
(4)  Cases still pending or detainers from other jurisdictions.  ANY DOC SENTENCES IMPOSED BEFORE RELEASE SHOULD BE BROUGHT TO OUR ATTENTION.
(5)  If the inmate was taken to court or picked up by another jurisdiction, please determine if a DOC sentence was imposed.
(6)  If flag - Anything except "Y", the inmate MUST be DNA tested prior to RELEASE.

| *(1) SCHEDULED *RELEASE DATE | INMATES NAME | DOC NUMB/R/S | DOB | (2) DOCKET(S) to be RELEASED | (3) RELEASED TO WHERE DATE | (4) DETAINER or PENDING CHARGES | (5) COURT TRIPS or ADDL SENTENCES | (6) TEST DNA | TEST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 05/22/2018 06/02/18 | TRAMBER   JOHNNY ORL   538688 | 00733115 | M/W | 19520418 | SEE BELOW AGGRAVATED BATTER   0008780 | NO | NO | NO | A |  |
| LAST ITEM | LAST ITEM | LAST ITEM | LAST ITEM | LAST ITEM | LAST ITEM |  |  |  |  |

THESE INMATES SHOULD NOT BE TRANSFERRED. Please sign, date, and provide a contact phone number below.

RESEARCHED BY: _____   DATE: __5·22·18__

CONTACT PHONES: _____



**RE: SKM_754e18052122151.pdf**

Crader, Shelia   o   Ashley Jones                                    05/22/2018 01:05 PM

HE WAS DONE ON 5/10/18   KIT NUMBER  C1005515

**From:** Ashley Jones [mailto:AshleyJones@corrections.state.la.us]
**Sent:** Tuesday, May 22, 2018 12:46 PM
**To:** Crader, Shelia
**Subject:** Re: SKM_754e18052122151.pdf

Thanks... I have cleared his criminal history, but he is missing DNA. Can you have it done for me please?

**Ashley Jones**
Corrections ARDC Specialist / Preclass
Office: (225) 342-3842
Fax: (225) 342-6346
504 Mayflower
Baton Rouge, LA 70804

| | |
|---|---|
| From: | "Crader, Shelia" <craders@opso.us> |
| To: | Ashley Jones <AshleyJones@corrections.state.la.us> |
| Date: | 05/22/2018 09:14 AM |
| Subject: | SKM_754e18052122151.pdf |

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the Orleans Parish Sheriff's Office. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*
[attachment "SKM_754e18052122151.pdf" deleted by Ashley Jones/CORRECTIONS]

```
DATE: 05/22/18            DPS&C CORRECTIONS SERVICES              CINQMAS
TIME: 13:15:15647      CAJUN II - MASTER RECORD INQUIRY      SCREEN 1 OF 3
                          P E R S O N A L   D A T A
LAST NAME...:    TRAWEEK           FIRST..:   JOHNNY            MI:
SUFFIX......:                      ADDRESS:
CITY........:    NEW ORLEANS       STATE..:   LA      ZONECODE:
ZIPCODE.....:    ████             PHONE.....:     █████████
RACE........:    WHITE             SEX......:  MALE
BIRTH DATE..:    ████████████     BIRTH CITY:
BIRTH STATE.:    ALABAMA           DOC NUMBER:     00733115
CVNR........:    DNA:  Y TEST DATE:   20180510    STRIKE:   NO
TRANSFER DATE:   05/02/2018      SUPV:    A      REASON...:   NEW CONVICTION/COMM
ASSIGNED LOC.:   OAS/SOUTH JAILS                 PHYS. LOC:   ORLEANS PP
DETAINER.....:                   NCIC FLASH:    NO    WARRANT..:
TOTAL DOC....:   0000700                              P&P MAX....:
FTD DATE.....:   05/22/2018                           ECC DATE...:
GTPS DATE....:   05/22/2018      GT ACT:    ACT 150   GT DATE....:   NOT ELIGIB
PAROLE ELG DT:   05/02/2018                           PROB EXP...:
EMER CONTACT.:   ███████████████     PHONE....:  ████████████
STATUS:    ACTIVE ONLINE        ALIAS:    NO      AGENT:
PRECLASS STATUS:   R      XMIT FROM HERE->
F2=RETURN TO MENU    F3=PREV.SCREEN    F4=CINQPRE    F5=CINQALIAS  F6=COFNPRO  F7=STRIKE
```

```
DATE: 05/22/18           DPS&C CORRECTIONS SERVICES              CINQMAS
TIME: 08:21:15647     CAJUN II - MASTER RECORD INQUIRY      SCREEN 1 OF 3
                         P E R S O N A L   D A T A
LAST NAME...:    TRAWEEK          FIRST..:   JOHNNY        MI:
SUFFIX......:                     ADDRESS:   ██████████████
CITY........:    NEW ORLEANS      STATE..:   LA    ZONECODE:
ZIPCODE.....:                     PHONE.....:  ██████████████████
RACE........:    WHITE            SEX.......:  MALE
BIRTH DATE..:    ██████████       BIRTH CITY:
BIRTH STATE.:    ALABAMA          DOC NUMBER:    00733115
CVNR........:    DNA:    TEST DATE:           STRIKE:   NO
TRANSFER DATE:   05/02/2018   SUPV:   A     REASON...:   NEW CONVICTION/COMM
ASSIGNED LOC.:   OAS/SOUTH JAILS            PHYS. LOC:   ORLEANS PP
DETAINER.....:               NCIC FLASH:   NO   WARRANT..:
TOTAL DOC....:   0000700                     P&P MAX....:
FTD DATE.....:   05/22/2018                  ECC DATE...:
GTPS DATE....:   05/22/2018   GT ACT:   ACT 150   GT DATE....:   NOT ELIGIB
PAROLE ELG DT:   05/02/2018                  PROB EXP...:
EMER CONTACT.:   █████████████████           PHONE....:   ███████████████████
STATUS:    ACTIVE ONLINE        ALIAS:   NO   AGENT:
PRECLASS STATUS:   R    XMIT FROM HERE->
F2=RETURN TO MENU   F3=PREV.SCREEN   F4=CINQPRE   F5=CINQALIAS  F6=COFNPRO  F7=STRIKE
```

```
DATE: 05/22/18              DPS&C CORRECTIONS SERVICES                CINQDOCK
TIME: 08:22:15647 CAJUN II - COURT DOCKET RECORD SUMMARY SCREEN  1 OF   1

TRAWEEK, JOHNNY                    W/M    DOC#:   00733115   SID#:   002600883
ASGN LOC:   6002-OAS/SOUTH JAILS         PHYS LOC:    5436-ORLEANS PP
CVNR....:
     CRT   CRT                          TYP SENTENCE  CLS   CLS    HOW AGNT SEQ
     CDE   DCKT          DOCKET  NAME    SUP  DATE    CDE   DTE    CAR NUM  NUM

  ⟍  111   538680    TRAWEEK     JOHNNY   A  20180502               NA      001

          F2=MENU   F3=ROLL BACKWARD   F4=ROLL FORWARD   F5=OFFENSES   F6=MASTER
                                    F7=CADDDOCK
        TAB TO THE APPROPRIATE LINE AND XMIT TO   DISPLAY   DOCKET RECORD
```

```
DATE: 05/22/18              DPS&C CORRECTIONS SERVICES                CINQOFF
TIME: 08:22:15647   CAJUN II - COURT OFFENSE RECORD SUMMARY SCREEN  1 OF  1

TRAWEEK, JOHNNY                    W/M    DOC#:   00733115    SID#:   002600883
ASGN LOC:   6002-OAS/SOUTH JAILS         PHYS LOC:   5436-ORLEANS PP
  CVNR...:
      CRT   COURT       -----OFFENSE-------- ACT OFFENSE   IMPOSED  PROBATE HOW  SEQ
      CDE   DOCKET      MOD  STATUTE     CNT FLG  DATE      LENGTH   LENGTH  CAR  NUM

   ╱  111   538680           14:34       001      20171002 0000700            NA   001

            F2=MENU     F3=ROLL BACKWARD    F4=ROLL FORWARD     F5=DOCKETS

        TAB TO THE APPROPRIATE LINE AND XMIT TO   DISPLAY   OFFENSE RECORD
```

```
DATE: 05/22/18            DPS&C CORRECTIONS SERVICES              CINQTRN
TIME: 08:22:15647      CAJUN II - TRANSFER RECORD INQUIRY      SCREEN 1   OF   1

TRAWEEK, JOHNNY            W/M    DOC#:    00733115    SID#:    002600883
ASGN LOC:   6002-OAS/SOUTH JAILS       PHYS LOC:   5436-ORLEANS PP

          ASSIGNED             PHYSICAL            REASON     FROM
          LOCATION             LOCATION             CODE      DATE

 _  OAS/SOUTH JAILS        ORLEANS PP              A101    20180502

F2=MENU   F3=ROLL BACKWARD   F4=ROLL FORWARD   F5=STATUS INQUIRY   F6=CAJ1 TRNS
       F7=RESORT IN DESCENDING ORDER      F8=CADDTRN   F9=CMODTRN
       TAB TO THE APPROPRIATE LINE AND XMIT TO   DISPLAY   TRANSFER RECORD
```

```
DATE: 05/22/18              DPS&C CORRECTIONS SERVICES            CINQTRN
TIME: 08:22:15647       CAJUN II - TRANSFER RECORD INQUIRY   SCREEN 1  OF  1

TRAWEEK, JOHNNY                W/M   DOC#:  00733115   SID#:   002600883
ASGN LOC:   6002-OAS/SOUTH JAILS        PHYS LOC:   5436-ORLEANS PP

            ASSIGNED              PHYSICAL            REASON     FROM
            LOCATION              LOCATION             CODE      DATE

   _   OAS/SOUTH JAILS        ORLEANS PP             A101     20180502

 F2=MENU  F3=ROLL BACKWARD   F4=ROLL FORWARD   F5=STATUS INQUIRY  F6=CAJ1 TRNS
        F7=RESORT IN DESCENDING ORDER      F8=CADDTRN   F9=CMODTRN
     TAB TO THE APPROPRIATE LINE AND XMIT TO   DISPLAY   TRANSFER RECORD
```

----------LL COURT ACTIVITY RECORD NOT FOUND FOR DOC NUMBER 00733115 ◄◄◄---------

```
DATE: 05/22/18              DPS&C CORRECTIONS SERVICES              CINQTRN
TIME: 08:22:15647       CAJUN II - TRANSFER RECORD INQUIRY     SCREEN 1  OF  1

TRAWEEK, JOHNNY                W/M   DOC#:   00733115  SID#:    002600883
ASGN LOC:   6002-OAS/SOUTH JAILS        PHYS LOC:   5436-ORLEANS PP

          ASSIGNED              PHYSICAL           REASON     FROM
          LOCATION              LOCATION            CODE      DATE

  _   OAS/SOUTH JAILS        ORLEANS PP             A101    20180502


F2=MENU  F3=ROLL BACKWARD  F4=ROLL FORWARD  F5=STATUS INQUIRY  F6=CAJ1 TRNS
         F7=RESORT IN DESCENDING ORDER      F8=CADDTRN    F9=CMODTRN
      TAB TO THE APPROPRIATE LINE AND XMIT TO   DISPLAY   TRANSFER RECORD
```

```
-------------------LL NO VICTIM RECORDS FOUND FOR 00733115 •••-------------------
```

```
DATE: 05/21/18              DPS&C CORRECTIONS SERVICES           TIME: 14:13
AMENDED: 05/21/18                 MASTER RECORD                  PAGE 1
```

----------------------------- D E S C R I P T I O N -----------------------------

```
DOC #..: 00733115             CURRENT LOC: ORLEANS PP
NAME: TRAWEEK, JOHNNY                       W/M      DOB.......:  [REDACTED]

SID NUMBER: 002600883        FBI NUMBER:              SOC.SEC....:  [REDACTED]
DRIVER LIC:                  -                         STRIKE.....: NO
HGT.......: 6`00             WEIGHT....: 175           HAIR.......: BROWN
EYES......: BLUE             COMPLEXION: RUDDY         SHOE SIZE.: 105
```
******************** R E L E A S E    I N F O R M A T I O N ********************
```
DN                                                    DNA:
OFFENDER CLASS: 04           GT ACT.: ACT 150         TEST DATE:
WRED:
PED: 05/02/2018              DS  ...: 05/21/2018              FTD: 05/21/2018
ECC DATE:   /  /             ADJUSTED.: 05/21/2018

PB ACTION..:                                          TOTAL SENTENCE
                             MS ON TOTAL LOSS OF GT    000YRS/ 07MTH/ 00DAYS
TYPE ACTION:                 TO DATE:
ACTION DATE:                    RESTORED:    0
                             CTRP Release Factor: 0    DAYS
COMMENTS: INITIAL TIME COMP ON DOCKET 538680.


DETAINER: N    DETAINER INFO:
```

--------------------- O F F E N S E    I N F O R M A T I O N ---------------------

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYMMDD | HW CR | REV FLG | GT ACT | APP JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 538680 | ORL | NA | 05/02/18 | / | AGGRAVATED BATTER | 001 | 0000700 | NA | | 150 | 0212 |

```
DOC #..: 00733115    NAME..: TRAWEEK, J                          PG  2
```

```
------------------------------ A L I A S ------------------------------------
                    NONE FOUND
********************* E M E R G E N C Y   C O N T A C T *********************
EMERGENCY CONTACT:  ███████████████       RELATION.......: SISTER
EMERGENCY ADDRESS:                         EMER.CITY/ST:
EMERGENCY ZIPCODE:                         EMERGENCY PHONE: ███████████████
------------------ P E R S O N A L   D A T A ------------------------------
ADDRESS.. ████████████████████████████
BIRTH CITY:                 ,ALABAMA       CITIZEN..: YES
MARITAL ST: SINGLE          CHILDREN:      RELIGION..:
EDUCATION.: 11 YRS.         ELOC....:      GOVT ASST.: YES
OCCUPATION: DISABLED
MOTHER`S NAME:                       FATHER`S NAME:
------------------ S C A R S - M A R K S - T A T T O O S --------------------

MARK/INFIRMITY.1: TAT L ARM        LITERAL:
MARK/INFIRMITY.2: TAT R ARM        LITERAL:
MARK/INFIRMITY.3:                  LITERAL:
MARK/INFIRMITY.4:                  LITERAL:
MARK/INFIRMITY.5:                  LITERAL:
------------------ T R A N S F E R   I N F O R M A T I O N ------------------
```

```
                                        FROM     TYPE
    ASSIGNED  LOCATION     PHYSICAL  LOCATION     DATE     SUPV
    =====================  ======================  =======  ====
OAS/SOUTH JAILS            ORLEANS PP              05/02/18  A


    OAS3I
    ---------------------------
    PRINTED BY                                05/21/18
```

```
DATE: 05/21/18            DPS&C CORRECTIONS SERVICES           TIME: 14:55
AMENDED: 05/21/18              MASTER RECORD                    PAGE 1

---------------------------- D E S C R I P T I O N ----------------------------

DOC #..: 00733115        CURRENT LOC: ORLEANS PP
NAME: TRAWEEK, JOHNNY                     W/M        DOB.......: ██████

SID NUMBER: 002600883    FBI NUMBER:               SOC.SEC....: ██████
DRIVER LIC:              -                         STRIKE.....: NO
HGT.......: 6`00         WEIGHT....: 175            HAIR.......: BROWN
EYES......: BLUE         COMPLEXION: RUDDY          SHOE SIZE.: 105
********************* R E L E A S E    I N F O R M A T I O N *****************
DN                                                 DNA:
OFFENDER CLASS: 04       GT ACT.: ACT 150          TEST DATE: 5-10-18
WRED:
PED: 05/02/2018          DS ...:                          FTD: 05/22/2018
ECC DATE:  / /           ADJUSTED.: 05/22/2018

PB ACTION..:                                       TOTAL SENTENCE
                         MS ON TOTAL LOSS OF GT     000YRS/ 07MTH/ 00DAYS
TYPE ACTION:             TO DATE:
ACTION DATE:             RESTORED:      0
                         CTRP Release Factor: 0    DAYS
COMMENTS: INITIAL TIME COMP ON DOCKET 538680.


DETAINER: N    DETAINER INFO:


-------------------- O F F E N S E   I N F O R M A T I O N --------------------
```

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYMMDD | HW CR | REV FLG | GT ACT | APP JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 538680 | ORL | NA | 05/02/18 | / | AGGRAVATED BATTER | 001 | 0000700 | NA | | 150 | 0212 |

```
DOC #..: 00733115    NAME..: TRAWEEK, J                    PG  2
```

------------------------------ A L I A S ----------------------------------
                    NONE FOUND
********************* E M E R G E N C Y    C O N T A C T *********************

```
EMERGENCY CONTACT: ███████████████       RELATION.......: SISTER
EMERGENCY ADDRESS:                        EMER.CITY/ST:
EMERGENCY ZIPCODE:                        EMERGENCY PHONE: ███████████████
```

------------------------ P E R S O N A L   D A T A ------------------------
```
ADDRESS..: ████████████████████████████
BIRTH CITY:                    ,ALABAMA        CITIZEN..: YES
MARITAL ST: SINGLE             CHILDREN:        RELIGION..:
EDUCATION.: 11 YRS.            ELOC....:        GOVT ASST.: YES
OCCUPATION: DISABLED
MOTHER`S NAME:                          FATHER`S NAME:
```

------------------- S C A R S - M A R K S - T A T T O O S ------------------
```
MARK/INFIRMITY.1: TAT L ARM       LITERAL:
MARK/INFIRMITY.2: TAT R ARM       LITERAL:
MARK/INFIRMITY.3:                 LITERAL:
MARK/INFIRMITY.4:                 LITERAL:
MARK/INFIRMITY.5:                 LITERAL:
```

------------------- T R A N S F E R    I N F O R M A T I O N -----------------

| ASSIGNED  LOCATION | PHYSICAL  LOCATION | FROM DATE | TYPE SUPV |
|---|---|---|---|
| OAS/SOUTH JAILS | ORLEANS PP | 05/02/18 | A |

```
   OAS86
   --------------------------
   PRINTED BY                              05/21/18
```

```
                    TIME COMPUTATION & JAIL CREDITS        PG: 1    OF  1
NAME : TRAWEEK, JOHNNY                          DOC NUMBER : 00733115
CAJ.II OFF.#                    001
OFF. DATE                      10022017
--------------------------------------------------------------------------
ARRESTED                       10022017
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
REMANDED
SENT DATE                      05022018
SENT START                     05022018
PROB/BOND/ESC
ARRESTED
BONDED
ARRESTED
BONDED
REMANDED
REVOKED
REV START
STATUTE              14:34
PAR & DKT#         ORL  538680
SENT LENGTH(YYYMMDD)         0000700
JAIL CREDIT                  000212
AWARD CREDIT                 000000
ACT 792
BAL OWED             1 05022018
GT ACT                         0150
MUST SERV            1 05022018
OFF.CLASS                      04
PAROLE ELG?                    N
PAROLE BAL.          1 05022018
CONSECUTIVE FLAG
--------------------------------------------------------------------------
            DBDS: 00000000  RAW DS: 05212018   TOT.     RESTORATION
    FTD: 05212018  PED: 05022018  ADJ. DS: 05212018  LOSS:0000      0DAYS
CONTROLL OFF:  01               01                  01
GT CONTROLLING STACK: <DTA>          GT CREDIT...: 000000
CTRP Release Factor:0000             DISASTER RELIEF: 000000
CTRP GT Earned   :0000 DAYS    CUTOFF DATE..: **/**
COMMENTS........: INITIAL TIME COMP ON DOCKET 538680.
NOTE: ALL DATES (APPLICABLE) FOR ROLLOVER ARE ADJUSTED TO 00000000 TOT.ADJ.
COMPUTED BY.....: A JONES            .          05/21/18       MS
```

RELEASE DATE COMPUTATION INFORMATION          PG 1

NAME: TRAWEEK, JOHNNY                                           DOC #: 00733115
                            RELEASE DATES

        FTD: 05212018        PED: 05022018       ORIGINAL DS DT: 05212018
                                                 ADJUSTED DS DT: 05212018
CONTROLLING
SEQUENCE  #:         01              01                    01
                                           TOTAL LOSS
CTRP GOOD TIME Release Factor: 0000 DAYS   OF GT (MS)  : 0000
                                              RESTORATION :    0
Listed below is the information used to calculate your release dates. Your dates
are computed by the statutory laws applicable to your case. If all the infor-
-mation listed is correct, your release dates are correct. If the listed infor-
-mation is incorrect, please contact the arresting agency and request that they
provide us with the correct information. The Good Time Act shown is the Good
Time Act that was in effect when your case was sentenced. If you qualify for
conversion to another Good Time Act, your release dates have been adjusted.

              ESCAPE, APPEAL BOND, COURT RELEASE INFORMATION

                        SENTENCING INFORMATION
PARISH & DKT: ORL 538680                        OFFENSE SEQ#: 001
GT ACT: 0150        OFFENDER CLASS: 04     PAROLE ELIG.: N   CS PTR:
OFFENSE:      14:34         001                 SENTENCE LENGTH: 0000700
DATE COMMITTED: 10022017

ARREST AND RELEASE INFORMATION:
----------------------------------------
  ARRESTED                   10022017
  SENT DATE                  05022018
  SENT START                 05022018
_____

INITIAL TIME COMP ON DOCKET 538680.

COMPUTED BY: A JONES                    DATE: 05/21/18
PRINTED BY.: A JONES                    DATE: 05/21/18

```
                TIME COMPUTATION & JAIL CREDITS       PG: 1    OF  1
NAME : TRAWEEK, JOHNNY                        DOC NUMBER : 00733115
CAJ.II OFF.#                  001
OFF. DATE                     10022017
-----------------------------------------------------------------------
ARRESTED                      10022017
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
REMANDED
SENT DATE                     05022018
SENT START                    05022018
PROB/BOND/ESC
ARRESTED
BONDED
ARRESTED
BONDED
REMANDED
REVOKED
REV START
STATUTE              14:34
PAR & DKT#           ORL   538680
SENT LENGTH(YYYMMDD)          0000700
JAIL CREDIT                   000212
AWARD CREDIT                  000000
ACT 792
BAL OWED              1 05022018
GT ACT                        0150
MUST SERV            1 05022018
OFF.CLASS                     04
PAROLE ELG?                   N
PAROLE BAL.          1 05022018
CONSECUTIVE FLAG
-----------------------------------------------------------------------
         DBDS: 00000000  RAW DS: 05212018   TOT.    RESTORATION
   FTD: 05212018  PED: 05022018  ADJ. DS: 05212018  LOSS:0000      0DAYS
CONTROLL OFF:  01            01              01
GT CONTROLLING STACK: <DTA>          GT CREDIT...: 000000
CTRP Release Factor:0000              DISASTER RELIEF: 000000
CTRP GT Earned   :0000 DAYS    CUTOFF DATE..: **/**
COMMENTS........: INITIAL TIME COMP ON DOCKET 538680.
NOTE: ALL DATES (APPLICABLE) FOR ROLLOVER ARE ADJUSTED TO 00000000 TOT.ADJ.
COMPUTED BY.....: A JONES          .        05/21/18      MS
```

RELEASE DATE COMPUTATION INFORMATION          PG 1

NAME: TRAWEEK, JOHNNY                                    DOC #: 00733115
                              RELEASE DATES

              FTD: 05212018        PED: 05022018      ORIGINAL DS DT: 05212018
                                                      ADJUSTED DS DT: 05212018
CONTROLLING
SEQUENCE #:            01              01                      01
                                              TOTAL LOSS
CTRP GOOD TIME Release Factor: 0000 DAYS       OF GT (MS)  : 0000
                                              RESTORATION :      0
Listed below is the information used to calculate your release dates. Your dates
are computed by the statutatory laws applicable to your case. If all the infor-
-mation listed is correct, your release dates are correct. If the listed infor-
-mation is incorrect, please contact the arresting agency and request that they
provide us with the correct information. The Good Time Act shown is the Good
Time Act that was in effect when your case was sentenced. If you qualify for
conversion to another Good Time Act, your release dates have been adjusted.

                 ESCAPE, APPEAL BOND, COURT RELEASE INFORMATION

                          SENTENCING INFORMATION
PARISH & DKT: ORL 538680                      OFFENSE SEQ#: 001
GT ACT: 0150      OFFENDER CLASS: 04    PAROLE ELIG.: N    CS PTR:
OFFENSE:     14:34          001              SENTENCE LENGTH: 0000700
DATE COMMITTED: 10022017

ARREST AND RELEASE INFORMATION:
----------------------------------------
  ARRESTED                  10022017
  SENT DATE                 05022018
  SENT START                05022018
_____

INITIAL TIME COMP ON DOCKET 538680.

COMPUTED BY: A JONES                    DATE: 05/21/18
PRINTED BY.: A JONES                    DATE: 05/21/18

**Department of Public Safety & Corrections**
**State of Louisiana**

JOHN BEL EDWARDS
*Governor*



JAMES M. LE BLANC
*Secretary*

# CERTIFICATE OF RELEASE
## COMPLETION OF SENTENCE

*NAME:*  __JOHNNY TRAWEEK__          *DOC#:*  __733115__

*RACE/SEX:*  __W/M__          *DOB:*  ███████

*PHYSICAL LOCATION:*  __ORLEANS PP__

*This is to certify that the above subject has completed the __hard labor custody requirements__ for below listed case(s). __Full Term Release for the below docket only.__*

| __Parish__ | __Docket Number__ |
|---|---|
| ORL | 538680 |

***\*\*This release certificate in no way affects any reporting instructions of the sentence imposed by the court, and/or reporting requirements of statutory law.***
***\*\*This release does not impact the status of other cases for this individual.***

*RELEASE EFFECTIVE THIS 22ᵀᴴ DAY OF THE MONTH OF __MAY__ IN THE YEAR OF OUR LORD __2018.__*

*ARDC MANAGER*



**Department of Public Safety & Corrections**
**State of Louisiana**

**JOHN BEL EDWARDS**
Governor

**JAMES M. LE BLANC**
Secretary

# CERTIFICATE OF RELEASE
## COMPLETION OF SENTENCE

**NAME:** _JOHNNY TRAWEEK_          **DOC#:** _733115_

**RACE/SEX:** _W/M_          **DOB:** ████████

**PHYSICAL LOCATION:** _ORLEANS PP_

*This is to certify that the above subject has completed the hard labor custody requirements for below listed case(s). Full Term Release for the below docket only.*

**Parish**          **Docket Number**
ORL          538680

***This release certificate in no way affects any reporting instructions of the sentence imposed by the court, and/or reporting requirements of statutory law.**
***This release does not impact the status of other cases for this individual.***

**RELEASE EFFECTIVE THIS 22ᵀᴴ DAY OF THE MONTH OF MAY IN THE YEAR OF OUR LORD 2018.**

**ARDC MANAGER**

P. O. Box 94304 ♦ Baton Rouge, Louisiana 70804-9304 ♦ (225) 342-1705 Fax (225) 342-6541 ♦ www.doc.la.gov
An Equal Opportunity Employer

Form B-04-007-A
16 March 2012

## COMPLETION OF SENTENCE DISCHARGE EXCLUSIONS

By your signature, you hereby acknowledge full understanding of the exclusions in your
release from the custody of the Louisiana Department of Public Safety and Corrections.

This does not constitute a full pardon or restoration of your citizenship and does not
entitle you to buy, receive or have firearms in your possession.

_Johnny Trawick #133115_
Offender's Name and DOC Number

_Johnny Trawer_
Offender's Signature

_5-22-18_
Date

_Deputy Fihnat_
Witness