```
 1              ORLEANS PARISH CRIMINAL DISTRICT COURT
 2                        PARISH OF ORLEANS
 3                        STATE OF LOUISIANA
 4
 5                        STATE OF LOUISIANA
 6                              VERSUS
 7                         JOHNNY W. TRAWEEK
 8
      CASE NO. 538-680                              DIVISION "C"
 9
10
              Transcript of the GUILTY PLEA taken in
11
      OPEN COURT at New Orleans, Louisiana, Orleans
12
      Parish, which was held on May 2, 2018, before the
13
      HONORABLE BENEDICT J. WILLARD.
14
15
16
17
      APPEARANCES:
18
19
      ATTORNEY FOR THE STATE:
20
      ZACH GRATE, ESQ.
21
22    ATTORNEY FOR DEFENDANT:
23    MATT VOGEL, ESQ.
24
25
26
27    REPORTED BY:
28    DARCEE MICHELE CACIBAUDA, CCR
      Certified Court Reporter
29
30
31
32
```

**Exhibit 7**

```
 1                  P R O C E E D I N G S
 2     BY THE COURT:
 3          Johnny Traweek.
 4     BY MR. VOGEL:
 5          Good morning, Your Honor.  Matt Vogel
 6     on behalf of Mr. Johnny Traweek who is
 7     present here in court.  At this time,
 8     pursuant to negotiations with the State,
 9     Mr. Traweek will be entering a plea of
10     guilty to aggravated battery with the
11     agreement by the State that they will not
12     be filing a multiple bill in this matter.
13     BY MR. GRATE:
14          That is correct, Judge.  Mr. Traweek is
15     a quadruple offender.
16     BY THE COURT:
17          All right.  Before me then is a Waiver
18     of Constitutional Rights Plea of Guilty
19     Form entitled State versus Johnny Traweek.
20     Sir, did you go over the document with your
21     lawyer?
22     BY THE DEFENDANT:
23          Yes, sir.
24     BY THE COURT:
25          Mr. Traweek, tell me your age.
26     BY THE DEFENDANT:
27          66.
28     BY THE COURT:
29          What you're birth date?
30     BY THE DEFENDANT:
31          April 18, '52.
32     BY THE COURT:
```

```
 1            Where were you born?
 2       BY THE DEFENDANT:
 3            Jasper, Alabama.
 4       BY THE COURT:
 5            You want to enter a plea of guilty to
 6       the charge of agg battery; is that correct?
 7       BY THE DEFENDANT:
 8            Yes, sir.
 9       BY THE COURT:
10            How long have you been in jail?
11       BY THE DEFENDANT:
12            Seven months.
13       BY THE COURT:
14            The Court will give you credit for the
15       time served; do you understand?
16       BY THE DEFENDANT:
17            Yes, sir.
18       BY THE COURT:
19            This is a felony, and a plea is the
20       same as a conviction; do you understand?
21       BY THE DEFENDANT:
22            Yes, sir.
23       BY THE COURT:
24            This is also a crime of violence; do
25       you understand?
26       BY THE DEFENDANT:
27            Yes, sir.
28       BY THE COURT:
29            Do you understand you give up your
30       right to a trial by Judge or jury?
31       BY THE DEFENDANT:
32            Yes, sir.
```

```
 1          BY THE COURT:
 2              You give up your right to appeal?
 3          BY THE DEFENDANT:
 4              Yes.
 5          BY THE COURT:
 6              You give up your right to face the
 7          police as well as the victim?
 8          BY THE DEFENDANT:
 9              Yes, sir.
10          BY THE COURT:
11              You give up your right to call a
12          witness to testify you did not commit the
13          crime?
14          BY THE DEFENDANT:
15              Yes.
16          BY THE COURT:
17              Are you under the influence of any
18          medication, drug, or alcohol?
19          BY THE DEFENDANT:
20              No.
21          BY THE COURT:
22              Anyone force, threaten, or intimidate
23          you into entering a plea?
24          BY THE DEFENDANT:
25              No.
26          BY THE COURT:
27              Do you understand, sir, the matter
28          carries up to ten years as well as a fine
29          as a first offender?
30          BY THE DEFENDANT:
31              Yes, sir.
32          BY THE COURT:
```

| | |
|---|---|
| 1 |     The State has agreed to treat you as a |
| 2 | first offender, and in exchange, you're |
| 3 | given a plea of guilty; is that correct? |
| 4 | BY THE DEFENDANT: |
| 5 |     Yes, sir. |
| 6 | BY THE COURT: |
| 7 |     The Court will order seven months. |
| 8 | We'll give you credit for time served, all |
| 9 | to run concurrent as a first offender. |
| 10 | This does qualify as a crime of violence. |
| 11 | State has agreed to no multiple bill. |
| 12 | BY MR. GRATE: |
| 13 |     That's correct, Judge.  And I'm filling |
| 14 | out a non-domestic stay away order for the |
| 15 | victim in this case. |
| 16 | BY THE COURT: |
| 17 |     All right.  If a plea bargain has been |
| 18 | made, it does not apply, sir, unless it's |
| 19 | on the document that you sign.  Do you |
| 20 | understand, Mr. Traweek? |
| 21 | BY THE DEFENDANT: |
| 22 |     Yes, sir. |
| 23 | BY THE COURT: |
| 24 |     Let the Record reflect defendant freely |
| 25 | and voluntarily enters a plea of guilty. |
| 26 | Defense? |
| 27 | BY MR. VOGEL: |
| 28 |     Waive all delays, Your Honor. |
| 29 | BY THE COURT: |
| 30 |     All right.  Seven months Orleans Parish |
| 31 | Prison.  Give him credit for time served, |
| 32 | all to run concurrent.  State has agreed to |

```
 1            no multiple bill.  This does qualify as a
 2            crime of violence.  Mr. Traweek, leave that
 3            alcohol alone.  All right, sir?
 4       BY THE DEFENDANT:
 5            Yes, sir.
 6       BY THE COURT:
 7            See what happens?
 8       BY THE DEFENDANT:
 9            Sir?
10       BY THE COURT:
11            See what happens when alcohol is
12       involved?
13       BY THE DEFENDANT:
14            I know.  Believe me.
15       BY THE COURT:
16            Good luck to you.
17       BY MR. VOGEL:
18            Thank you.
19       BY MR. GRATE:
20            May I approach with the stay-away
21       order, Judge?
22       BY THE COURT:
23            Yes.
24  (Whereupon, this matter concluded.)
25
26
27
28
29
30
31
32
```

C E R T I F I C A T E

I, DARCEE MICHELE CACIBAUDA, Official Court Reporter in and for the State of Louisiana, employed as an official court reporter by the Orleans Parish Criminal District Court for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that this testimony was reported by me in the stenomask reporting method, was prepared and transcribed by me or under my direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board or by the Supreme Court of Louisiana, and that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

_D. Michele Cacibauda_
D. MICHELE CACIBAUDA, CCR
CERTIFIED COURT REPORTER
LOUISIANA LICENSE #99084