```
  Case: 538680            D O C K E T   M A S T E R          Date: 11/11/2022
Section: C                                                   Time:   10:27:00
  Class: 3
                     ORLEANS PARISH CRIMINAL DISTRICT COURT
================================================================================
 DF# DEFENDANT(S):       CNTS CHARGE(S):
================================================================================

  1 TRAWEEK, JOHNNY W
                          1   RS 14  34                BOND:      7,500.00
                              AGG BATTERY


================================================================================
  DATE      PROCEEDINGS
================================================================================

11/28/2017                                                              WELCHP
          FILED BILL OF INFORMATION
          CAPIAS ISSUED
          BOND SET $7500
          MAGISTRATE PAPERWORK FILED (M#567878, DOB          , F#2458584)
          ******************************************        ****************
          *** ALLOTTED. ARRAIGNMENT SET FOR 12/01/17.
12/01/2017                                                              DEJANL
          >THE DEFENDANT, JOHNNY W TRAWEEK APPEARED FOR ARRAIGNMENT.
          >COURT APPOINTED , OPD. >JARED MILLER STOOD IN FOR ARRAIGNMENT
          ONLY. >READING OF BILL OF INFORMATION WAIVED. >DEFENDANT
          ENTERED PLEA OF NOT GUILTY. >DEFENDANT INFORMED OF RIGHT TO
          TRIAL BY JUDGE OR JURY. >HEARING ON MOTIONS SET FOR 01/24/18
          >SEND NOTICES. >SEND NOTICE TO DEFENSE COUNSEL, OPD. >PDOJL
01/23/2018                                                             FISHERT
          CLERK'S OFFICE RECEIVED OMNIBUS MOTION FOR DISCOVERY;MOTION TO
          PRESERVE EVIDENCE;MOTION FOR SUPPRESSION OF STATEMENTS,EVIDENCE
          AND IDENTIFICATIONS;AND MOTION FOR A PRELIMINARY EXAMINATION.
          >DEFENSE COUNSEL MATTHEW VOGEL APPEARED WITHOUT DEFENDANT,
          JOHNNY W TRAWEEK FOR FILING(S) IN OPEN COURT >DEFENSE FILED:
          -MOTION TO PRESERVE EVIDENCE. >-SUPPRESS EVIDENCE. >-SUPPRESS
          STATEMENT. >-SUPPRESS IDENTIFICATION. >-PRELIMINARY HEARING.
          >-DISCOVERY AND INSPECTION. >HEARING ON MOTIONS SET FOR
          01/24/18 >SEND NOTICES. >SEND NOTICE TO DEFENSE COUNSEL MATTHEW
          VOGEL. >PDOJL
01/24/2018                                                              DEJANL
          >DEFENDANT, JOHNNY W TRAWEEK APPEARED WITH COUNSEL, LENA HENTON
          HENTON C/O MATT VOGEL, FOR HEARING ON MOTIONS. >CONTINUED ON
          JOINT MOTION. >HEARING ON MOTIONS SET FOR 03/02/18 >SEND
          NOTICES. >SEND NOTICE TO DEFENSE COUNSEL MATTHEW VOGEL.. >PDOJL
03/02/2018                                                              DEJANL
          >DEFENDANT, JOHNNY W TRAWEEK APPEARED WITH COUNSEL, MATTHEW
          VOGEL FOR HEARING ON MOTIONS >CONTINUED ON JOINT MOTION.
          >HEARING ON MOTIONS SET FOR 03/26/18 >SEND NOTICES. >SEND
          NOTICE TO DEFENSE COUNSEL MATTHEW VOGEL. >PDOJL
03/26/2018                                                              DEJANL
          >DEFENDANT, JOHNNY W TRAWEEK APPEARED WITH COUNSEL, MATTHEW
          VOGEL FOR HEARING ON MOTIONS >CONTINUED ON JOINT MOTION.
          >PRE-TRIAL CONFERENCE SET FOR 03/29/18 >SEND NOTICE TO DEFENSE
          COUNSEL MATTHEW COLLINS. >PDOJL
03/29/2018                                                              DEJANL
          >THE DEFENDANT, JOHNNY W TRAWEEK APPEARED FOR PRE-TRIAL
          CONFERENCE WITH COUNSEL, MATTHEW VOGEL >HEARING ON MOTIONS SET
          FOR 05/02/18 >SEND NOTICES. >SEND NOTICE TO DEFENSE COUNSEL
          MATTHEW VOGEL. >PDOJL
05/02/2018                                                              DEJANL
          >THE DEFENDANT, JOHNNY W TRAWEEK APPEARED FOR HEARING ON MOTIONS
          WITH COUNSEL, MATTHEW VOGEL >DEFENDANT PLED GUILTY >FOR COUNT 1
          RS 14 34 PLED GUILTY AS CHARGED. >JOHNNY W TRAWEEK DEFENDANT
          WAIVED DELAYS. >SENTENCE: >AS TO COUNT 1, >7 MONTHS, AT DOC
          >CONCURRENT WITH THESE CASES: ANY/ALL SENTENCES NOW SERVING.
          >INCLUDES A CRIME OF VIOLENCE. >CREDIT FOR TIME SERVED. >NO
          MULTIPLE BILL FILED. >SPECIAL CONDITIONS: >STAY AWAY ORDER IS
          ISSUED OR REMAINS IN EFFECT. >STATE AGREED NOT TO FILE MULTIPLE
          BILL. >CASE CLOSED, THIS DEFENDANT.
05/22/2018                                                             FISHERT
          CLERK'S OFFICE RECEIVED WRIT OF HABEAS CORPUS AND MOTION FOR
          IMMEDIATE RELEASE;MOTION TO AMEND/RECONSIDER SENTENCE.
          >DEFENSE COUNSEL MATTHEW VOGEL APPEARED WITHOUT DEFENDANT,
          JOHNNY W TRAWEEK FOR FILING(S) IN OPEN COURT >PRESENCE OF
          DEFENDANT WAIVED. THE DEFENSE FILED: -MOTION TO
          AMEND/RECONSIDER SENTENCE. DENIED BY.COURT. -WRIT OF HABEAS
          CORPUS AND MOTION FOR IMMEDIATE RELEASE. DENIED BY COURT. THE
```

**Exhibit 8**

```
                COURT NOTED THE DEFENSE'S OBJECTION AND IT'S INTENT TO SEEK A
                WRIT. >CASE CLOSED, THIS DEFENDANT. >SEND NOTICE TO DEFENSE
                COUNSEL MATTHEW VOGEL.
========================================================================
                              END OF DOCKET MASTER
========================================================================
```

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.