Gmail

William Most <williammost@gmail.com>

# Fw: Johnny Traweek - Habeas and Motion for Release

**Stanislav Moroz** <smoroz@opdla.org>  Tue, Jul 24, 2018 at 4:56 PM
To: "williammost@gmail.com" <williammost@gmail.com>

**From:** Arcuri, Blake <arcurib@opso.us>
**Sent:** Tuesday, May 22, 2018 11:14 AM
**To:** Stanislav Moroz; RWeldon@corrections.state.la.us
**Cc:** Filmore, Monique
**Subject:** Re: Johnny Traweek - Habeas and Motion for Release

Thanks, let me know when set.

Blake J. Arcuri
General Counsel for the OPSO
2800 Perdido Street
New Orleans, LA 70119
504.202.9404

**From:** Stanislav Moroz <smoroz@opdla.org>
**Sent:** Tuesday, May 22, 2018 10:13 AM
**To:** RWeldon@corrections.state.la.us; Arcuri, Blake
**Cc:** Filmore, Monique
**Subject:** Johnny Traweek - Habeas and Motion for Release

Please find attached two motions we are filing in Orleans Parish, Criminal District Court, Section C this morning.

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the Orleans Parish Sheriff's Office. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

Exhibit 9(B)