

| | Orleans Parish Sheriff's Office | EFFECTIVE DATE: | |
|---|---|---|---|
| | POLICY & PROCEDURES | REVIEW DATE: | |
| **SUBJECT:** | Department of Corrections Pre-Classification | | |
| **OPSO NUMBER:** | 501.13 | | |
| **FORMS:** | List of DOC Offenders for Transfer, Hunt Run (transfer list), DOC Master Information Interview Form | | |
| **AUTHORIZING AUTHORITY:** | Sheriff of Orleans Parish | | |
| **APPROVING AUTHORITY:** | Chief of Corrections | | |
| **CONSENT JUDGEMENT #:** | No sections apply to this topic | | |
| **ADDITIONAL REFERENCES:** | None | | |

### I. PURPOSE AND SCOPE

To provide trained deputies assigned to the Department of Corrections (DOC) Pre-Classification Section with the information needed to accurately process inmates for transfer to DOC facilities.

### II. POLICY

Inmates sentenced to the Department of Corrections (DOC) shall be processed in preparation for transfer to DOC facilities by deputies assigned to the DOC Pre-Classification section when the required paperwork and/or notification is received from the courts and/or DOC. Inmates may also be processed for return to DOC if they violate the rules.

### III. APPLICABILITY

This policy applies to inmates and all OPSO deputies assigned to the DOC Pre-Classification Unit.

### IV. DIRECTIVES AFFECTED

#### A. Directives Rescinded

This policy and procedure supersedes all OPSO policies and procedures regarding this topic that are dated prior to the effective date on this document.



B. Directives Referenced

| OPSO Policy # | Policy and Procedure Title |
|---|---|
| 501.04 | Inmate Releases |
| 801.08 | Inmate Transport Procedures |
| 1201.10 | Transporting Inmates to Off-Site Mental Health Facilities |

## V. AUTHORITY

A. **Louisiana Administrative Code, Title 22, Corrections, Criminal Justice and Law Enforcement, Part III. Commission on Law Enforcement and Administration of Criminal Justice, Subpart 2. Minimum Jail Standards:**

No standards apply to this topic.

B. **Louisiana State Department of Public Safety and Corrections Basic Jail Guidelines:**

- III-008

## VI. STANDARDS REFERENCED

A. **American Correctional Association (ACA), 4th Edition, Performance-Based Standards for Adult Local Detention Facilities:**

No standards apply to this topic.

## VII. DEFINITIONS

| | |
|---|---|
| **Bode Buccal Swab:** | The DNA collection kit specified for use by the Louisiana State Department of Corrections. |
| **Department of Corrections (DOC) Pre-Classification Section** | Deputies assigned responsibility for the collection and preparation of information (paperwork, fingerprints, DNA tests, etc.) for all inmates being transferred to DOC. |
| **DOC Interview Form:** | A form provided by DOC to collect information they require about an inmate prior to transferring the inmate to DOC custody. |

Crittindon000002

Case 2:19-cv-01384-MLCF-JVM Document 52-3 Filed 12/10/19 Page 2 of 10

| | |
|---|---|
| **DOC Packet:** | The packet prepared for each inmate sentenced to state prison. The packet contains:<br>1. Fingerprint card.<br>2. Copy of the court sentence paperwork.<br>3. Letter of credit.<br>4. Typed DOC interview form. |
| **Letter of Credit:** | A letter created by Records that documents the amount of time the inmate has credited towards his/her sentence. |

## VIII. GENERAL INFORMATION

### A. Overview

1. All deputies assigned to the Department of Corrections (DOC) Pre-Classification section shall receive training in:

   a. The use of the AFIS machine, including the entry of prison sentence information.

   b. DNA collection using "Bode Buccal DNA" swabs.

   c. The DOC interview process for the packets sent to the Department of Corrections.

2. The DOC Pre-Classification section is responsible for:

   a. Processing inmates sentenced to state prison, including the collection of information and completion of tasks requested/ required by the DOC.

   b. Compiling the weekly transfer list to the DOC for the inmates whose DOC packets have been completed.

   c. Using the JMS to track DOC inmates assigned to programs or work release while in OPSO custody.

      1) If an inmate is removed from a program/work detail as the result of a rule violation, the pre-classification deputy is responsible for adding the inmate's name to the transfer list as the rule violation disqualifies the inmate from a program/work release. The reason for transfer is noted as "disciplinary."

      2) The disciplinary report is sent by the pre-classification deputy to the Department of Corrections upon completion.

   d. Completing a "sex offender housing plan" when the DOC has requested it for an inmate.

      1) The DOC e-mails the housing plan to the Pre- Classification Deputies. The deputies print the plan, complete the information, scan it in and return it to DOC via e-mail.

2) A housing plan must be completed prior to the release of any inmate who has been convicted of and has completed a sentence for a sex offense as specified in Title 15 of the Louisiana Criminal Code.

e. Maintaining a spreadsheet of the total number of male and female inmates who have been transferred to the Department of Corrections:

1) The spreadsheet is titled "Year to Date DOC Transfers" and is updated weekly.

2) The spreadsheet is sent by the pre-classification deputy to the facility wardens, the Intake director, and the Records manager on a weekly basis.

f. Determining if an inmate sentenced to state prison should have received a letter of credit if one has not been issued, and working with the Records clerks to obtain the letter if one should have been or was issued.

1) A missing letter of credit may be the result of an error by the court and/or a clerical error in Records and/or the inmate may have requested a sentencing delay.

## IX. PROCEDURES

### A. Preparing the Inmate Paperwork for Transfers to DOC

1. When a letter of credit and/or sentencing paperwork is received from court, the records clerk places a copy in the inmate's file and places the original in the "sentenced basket" in Records.

2. The pre-classification deputy:

   a. Retrieves the letters of credit and sentence paperwork from the "sentenced" basket located in Records.

   b. Uses the JMS computer system to look up the housing locations of inmates for whom paperwork was received.

   c. Compiles a list of inmates to be pre-classified.

   d. Calls OPSO communications to request the inmates be brought to Intake for processing.

3. OPSO communications notifies the following locations of the inmates needed for processing by the DOC pre-classification deputy:

   a. The pods.

   b. If the inmates are housed at the McDaniels Center, the facility and transportation

4. Depending on the location of the inmate(s), escort deputies and/or transportation deputies bring the inmate(s) to the Intake area and notify the DOC pre-classification deputy the inmate(s) have arrived.

Crittindon000004

Case 2:19-cv-01384-MLCF-JVM   Document 52-3   Filed 12/10/19   Page 4 of 10

5. If any inmates are required to be escorted in restraints within the facility (OJC inmates only), the escort deputies:

    a. Inform the floor security deputies that the inmates need to be placed in a holding cell. (Refer to OPSO Policy 801.23: Holding Cell Use.)

    b. Inform the pre-classification deputy that the inmates are in holding cells.

6. The pre-classification deputy:

    a. Seats inmates (not in holding cells) on the second row of chairs in front of the Bureau of Identification Area (B of I) to be interviewed.

        1) When conducting the interview/additional tasks with any inmate placed in a holding cell, the pre-classification deputy requests the floor security deputy to stand by during the processing and completes all required tasks.

    b. Calls each inmate one at a time to be interviewed and documents their information on a DOC Master Information Interview Form.

        1) Each section of the interview form must be completed or marked "refused" or "N/A."

    c. Tells the inmate to be seated in the same location.

    d. When all inmates have been interviewed, asks each inmate, one at a time, to return to the B of I and enters each inmate's conviction information into AFIS.

        1) The deputy deletes the original charges for which the inmate was arrested, as the conviction charges may not be the same as the arrested charge.

        2) The deputy enters the conviction information into AFIS as follows:

            a) Docket number.

            b) Date of conviction.

            c) Charge for which the inmate was convicted.

            d) The prison term to which the inmate was sentenced.

        3) Fingerprints the inmate.

    e. If requested by DOC, completes a "Bode Buccal DNA" collection from the inmate and sends it to the State Police Crime Lab for processing.

    f. Escorts the inmates to the Transport area and transfers custody to the transport deputy.

7. The transport deputy:

    a. Notifies OPSO communications if an inmate needs to be transported back to the McDaniels Center.

Crittindon000005

Case 2:19-cv-01384-MLCF-JVM   Document 52-3   Filed 12/10/19   Page 5 of 10

   b. Escorts inmates to their pods. (Refer to OPSO Policy 801.15: Inmate Escort Procedures.)

   c. If there are too many inmates to escort at one time, or if the inmate is required to be escorted in restraints and/or by ERT deputies, informs main control that escort assistance will be required.

8. The pre-classification deputy:

   a. Completes the DOC packet.

   b. Scans the DOC packet contents into RVI (scan program) so that they may be filed should they be needed at a later time.

   c. Places the completed DOC packet in the completed packet box located in the Pre-Classification Area.

9. An ISB deputy picks up the completed packets every Thursday for delivery to the Department of Corrections Headquarters in Baton Rouge, Louisiana.

10. The pre-classification deputy:

    a. Adds the inmate's name to the preliminary transfer list once his/her packet has been completed and sent to DOC headquarters.

    b. Notes the reason the inmate is being transferred on the transfer list. Options for transfer are:

       1) Administrative. (A transfer for reasons other than those listed below.)

       2) Court Trip. (The DOC has requested the inmate be transferred for court in another parish.)

       3) Medical. (Transfer to DOC for medical reasons.)

       4) Disciplinary. (Transfer to DOC for a disciplinary hearings as the result of misconduct while in a work release program.)

       5) DOC Request.

       6) T.W.P. (Transitional Work Program). (Transfer to a transitional work program in another location.)

       7) Lack of Bed Space. (Transfer due to lack of appropriate bed space at OPSO facilities.)

    Note: The Department of Corrections retains the right to add or remove any inmate which the pre-classification deputies have placed on a transfer list and may do so until 1700 hours the day prior to the scheduled transfer.

    c. Sends the preliminary transfer list to DOC every Thursday prior to 1600.

Crittindon000006

Case 2:19-cv-01384-MLCF-JVM   Document 52-3   Filed 12/10/19   Page 6 of 10

    d. Once a transfer list has been approved by the Department of Corrections, completes a final transfer list on the Hunt Run list or the List of DOC Offenders for Transfer list as appropriate for the inmates' destinations. The information required includes the inmate's:

        1) DOC number.

        2) First and last name.

        3) Date of birth.

        4) Length of sentence.

        5) Local booking number.

        6) Physical housing location.

    e. Distributes the final transfer list via email to the appropriate division commanders and/or wardens prior to the completion of a work shift the day before the scheduled transfer.

    f. Removes the files for inmates transferred to DOC from the active DOC file drawer once the inmate has been transferred to the Department of Corrections.

    g. Releases the inmates from the active inmate list the morning of the scheduled transfer.

    h. Places the files in the "DOC Run" filing cabinet.

**APPROVAL SIGNATURES:**

| Recommended for approval by: | Authorized by: |
|---|---|
| Signature: *Carmen DeSadier* | Signature: *Mark Myuer* |
| Title: Chief of Corrections | Title: Sheriff |
| Date: 7/21/2016 | Date: 7/22/2016 |

Crittindon000007

Case 2:19-cv-01384-MLCF-JVM Document 52-3 Filed 12/10/19 Page 7 of 10

| Interview Form 030804 | | | | |
|---|---|---|---|---|
| Date Processed: | | | DNA Test Date: | |
| DOC# | | | SID#: | |

## DOC MASTER INFORMATION INTERVIEW FORM

Conviction Name:

True Name or Known Aliases:

Race:   Sex:   DOB:   Birth City, NEW ORLEANS State:   Citizen?:

Marital Status:   Religion:

FBI: #   SSN: #   Drive Lic#:   State:

Height:   Weight:

Complexion:   Eye Color:   Hair Color:

Shoe Size:   Occupation:

Number of Children:   Military Service:   Rank:   Type Discharge:

Scars, Marks, Tattoos:

Education Claimed:   Age at first Arrest:

Emergency Contact Name:   Relationship:

Address:   City:

State:   Zip Code:   Phone#:

| Mother: SAME AS ABOVE | Father: |
|---|---|
| Address# | Address:# |
| City,State,Zip: | City,State,Zip: |
| Phone#: | Phone#: |

### DEPARTMENT OF CORRECTIONS SENTENCE INFORMATION

| Parish & DKT# | Date of Plea | Sentence Date | Crime | Offense Date | Term | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

[DOC]F:\Forms\Interview030804.rtf   [OPCSO]M:\Excell Projects\DOC interview form 003222011

Crittindon000008

Case 2:19-cv-01384-MLCF-JVM   Document 52-3   Filed 12/10/19   Page 8 of 10

# HUNT RUN

| First Name | Last Name | DOC# | DOB | Race | Sentence | Location | OPP# | REASON |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| First Name | Last Name | DOC# | DOB | Race | Sentence | Location | OPP# | REASON |
|---|---|---|---|---|---|---|---|---|
| | | | TOTAL | | MALES | | FEMALES | |

Policy 501.13

Page **9** of **10**

Crittindon000009



# List of DOC Offenders For Transfer

**Facility Transferring :  Orleans Parish Sheriff's Office**

Reasons for Transfer:
1. Administrative
2. Court Trip
3. Medical
4. Disciplinary
5. DOC Request
6. TWP
7. Lack of Bed Space

| DOC # | Name of Offender | D.O.B. | Date of Transfer | Where Transferred | Transfer Reason |
|---|---|---|---|---|---|
| | | | | | |

| DOC# | Name of Offender | D.O.B | Date of Transfer | Where Transferred | Transfer Reason |
|---|---|---|---|---|---|
| | MALES | | FEMALES | | |

Policy 501.13                                                                                                       Page **10 of 10**

Crittindon000010