UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 19-1384   SECTION "G" (1) |
| | * | |
| **MARLIN GUSMAN, ET AL.** | * | CHIEF JUDGE |
| | * | NANNETTE JOLIVETTE BROWN |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS vanMEERVELD |

**************************************

## NOTICE OF SUBMISSION

**To:**  All Counsel of Record on the CM/ECF system

**PLEASE TAKE NOTICE,** that the undersigned is hereby submitting the foregoing for decision by the Honorable Nannette Jolivette Brown, Chief District Judge for the Eastern District of Louisiana, on the 30th day of November, 2022, at 10:00 A.M.

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

*s/Phyllis E. Glazer*
**PHYLLIS E. GLAZER (#29878)**
**ASSISTANT ATTORNEY GENERAL**
Louisiana Department of Justice,
Litigation Division
1885 North Third Street, 3rd Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6300
Facsimile: (225) 326-6495
E-mail: GlazerP@ag.louisiana.gov
*Lead Counsel for Defendant James LeBlanc*

**ANGELA O'BRIEN (La. #34010)**
**ASSISTANT ATTORNEY GENERAL**
Louisiana Department of Justice,
Litigation Division
1450 Poydras Street, Suite 900
New Orleans, Louisiana 70112
Telephone:   (504) 599-1200
Facsimile:   (504) 599-1212
E-mail:   O'BrienA@ag.louisiana.gov