UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 19-1384  SECTION "G" (1) |
| | * | |
| **MARLIN GUSMAN, ET AL.** | * | CHIEF JUDGE |
| | * | NANNETTE JOLIVETTE-BROWN |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS vanMEERVELD |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR ORAL ARGUMENT ON THE SECOND MOTION FOR SUMMARY JUDGMENT BY DEFENDANT JAMES LEBLANC [153]

Defendant James LeBlanc respectfully requests oral argument on his Second Motion for Summary Judgment, which has been submitted for decision on November 30, 2022 at 10:00 a.m. Doc. 153. Oral argument will assist this Court with its resolution of the issues raised in the Motion for Summary Judgment and, accordingly, LeBlanc requests that oral argument be set at a date and time convenient for the Court. This case is on remand after the Fifth Circuit vacated the denial of qualified immunity to LeBlanc and the Fifth Circuit instructed the court to consider three recent cases in its analysis of LeBlanc's qualified immunity. The parties strongly disagree on what facts are material to LeBlanc's qualified immunity defense and are likely to disagree about the relevance of the three cases that must be considered. Oral argument may assist this Court to identify the pertinent facts and relevant jurisprudence.

**WHEREFORE**, the Defendant, James LeBlanc respectfully requests that oral argument on his Second Motion for Summary Judgment be scheduled at this Court's convenience.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

*s/Phyllis E. Glazer*
**PHYLLIS E. GLAZER (La. #29878)**
**ASSISTANT ATTORNEY GENERAL**
Lead Counsel

Louisiana Department of Justice, Litigation Division
1885 North Third Street, 3rd Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6300
Facsimile: (225) 326-6495
E-mail: GlazerP@ag.louisiana.gov

**ANGELA O'BRIEN (La. #34010)**
**ASSISTANT ATTORNEY GENERAL**

Louisiana Department of Justice, Litigation Division
1450 Poydras Street, Suite 900
New Orleans, Louisiana  70112
Telephone:	(504) 599-1200
Facsimile:	(504) 599-1212
E-mail:		O'BrienA@ag.louisiana.gov