UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK, *Plaintiff* v. MARLIN GUSMAN, ET AL., *Defendants* | CIVIL ACTION NO. 2:19-cv-1384 CHIEF JUDGE NANNETTE JOLIVETTE BROWN MAGISTRATE JUDGE JANIS VAN MEERVELD |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO LEBLANC'S SECOND MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, by and through undersigned counsel, Plaintiff, Johnny Traweek, respectfully requests that this Court extend his deadline to respond to LeBlanc's Second Motion for Summary Judgment (R. Doc. 153) by three weeks, extending his deadline from Tuesday, November 22, 2022 until Tuesday, December 13, 2022.  Plaintiff has conferred with counsel for Defendant, James LeBlanc, who does not oppose the relief requested herein.

In support of his request, Plaintiff states as follows:

1. On August 16, 2022, this Honorable Court ordered Defendant, James LeBlanc, to file a Motion for Summary Judgment "in sufficient time to permit hearing thereon no later than October 5, 2022." R. Doc. 150.  The same Order required Plaintiff to "file any response in accordance with Local Rule 7.5."

2. On September 9, 2022, LeBlanc sought a continuance of the submission date from October 5, 2022 to November 30, 2022. R. Doc. 151.

3. On September 12, 2022, this Honorable Court granted Defendant's Motion, continuing the hearing date until November 30, 2022, thereby extending Defendant's deadline to file until November 15, 2022.  R. Doc. 152.

4. According to Local Rule 7.5, Plaintiff's deadline to file opposition to LeBlanc's summary judgment motion is Tuesday, November 22, 2022.

5. LeBlanc filed his second motion for summary judgment on November 15, 2022. R. Doc. 153.

6. Both of Plaintiff's undersigned attorneys are on pre-planned vacation during the week of November 21, 2022, through the end of the Thanksgiving Holiday.

7. Plaintiff will need additional time to prepare a response to LeBlanc's summary judgment motion, which comprises 12 pages of facts, a 24 page memorandum, and hundreds of pages of exhibits.

8. Plaintiff's attorneys conferred with counsel for LeBlanc on November 15, 2022, who advised that Defendant has no objection to the extension requested herein.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant his request for a three-week extension, extending his deadline to respond to LeBlanc's Second Motion for Summary Judgment from November 22, 2022 until December 13, 2022.

Respectfully submitted this 16th day of November, 2022,

*/s/ Casey Denson*
**Casey Rose Denson (La. Bar #33363)**
**CASEY DENSON LAW, LLC**
4601 Dryades Street
New Orleans, LA 70115
Phone: (504) 224-0110
Fax: (504) 534-3380
cdenson@caseydensonlaw.com

*/s/ William Most*
**William Brock Most (La. Bar #36914)**
**MOST & ASSOCIATES**
201 St. Charles Avenue, Ste. 114, #101
New Orleans, LA 70170
Phone: (504) 509-5023
williammost@gmail.com

*Attorneys for Plaintiff*