UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK,<br><br>    *Plaintiff*<br><br>v.<br><br>MARLIN GUSMAN, ET AL.,<br><br>    *Defendants* | CIVIL ACTION NO. 2:19-cv-1384<br><br>CHIEF JUDGE NANNETTE JOLIVETTE BROWN<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER

Considering Plaintiff's Unopposed Motion for Extension of Time to Respond to LeBlanc's Second Motion for Summary Judgment,

**IT IS HEREBY ORDERED** that the deadline for Plaintiff to respond to LeBlanc's Second Motion for Summary Judgment is hereby extended from November 22, 2022 until December 13, 2022.

**NEW ORLEANS, LOUISIANA**, this _____ day of November, 2022.

                                        **NANNETTE JOLIVETTE BROWN**
                                        **CHIEF JUDGE**
                                        **UNITED STATES DISTRICT COURT**