## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**JOHNNY TRAWEEK**                                        **CIVIL ACTION**

**VERSUS**                                                **NO. 19-1384**

**MARLIN GUSMAN et al.**                                  **SECTION: "G"(1)**

### ORDER

Considering Plaintiff Johnny Traweek's ("Plaintiff") "Unopposed Motion for Extension of Time to Respond to LeBlanc's Second Motion for Summary Judgment,"[1]

**IT IS HEREBY ORDERED** that the motion[2] is **GRANTED.** Defendant James LeBlanc's Second Motion for Summary Judgment[3] is set for submission on December 21, 2022 at 10:00 AM with any opposition due in accordance with Local Rule 7.5.

**IT IS FURTHER ORDERED** that, pursuant to Local Rule 78.1, the Defendant James LeBlanc's Second Motion for Summary Judgment[4] is set for oral argument on **January 11, 2023 at 10:00 AM.** Each side will be allotted 15 minutes for the motion.

**NEW ORLEANS, LOUISIANA,** this 18th  day of November, 2022.

_Nannette Jolivette Brown_
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 155.

[2] *Id.*

[3] Rec. Doc. 153.

[4] *Id.*