# Governor's Time Calculation Talking Points

**Lawsuits**

- The Department of Public Safety and Corrections is currently named in at least seven lawsuits pertaining to overdetention.

- The Department doesn't get into the specifics of pending lawsuits with the media.

- DOC does not consider the lawsuits named in the Times-Picayune article to be time calculation or overdetention issues. In so much as they do not involve errors in calculation or a delay in receiving paperwork. The Department believes the information in the article is very misleading.

    - **Kenneth Owens** – Involved a new and novel interpretation of a goodtime statute by the State First Circuit Court of Appeal. The ruling by the appellate court changed the law and resulted in Mr. Owen's attaining more goodtime, and making him eligible for immediate release. This was a change in the law, and did not involve an error in calculation on DOC's part.

    - **James Chowns** – A judge acknowledged by affidavit that he handed down an incorrect sentence. DOC complied with the orders of the sentencing court. Once the trial court realized its error, it issued an order that it called a corrected and amended judgement. DOC immediately complied with the amended orders and released Mr. Chowns. The error of the trial court caused Chowns to be held 960 days past his release date. DOC was not consulted concerning the cash settlement in this matter, and vehemently denies any wrongdoing. This matter does not involve an error in calculation, or a paperwork delay.

    - **One Case of Overdetention Per Week** – The DOC strongly disagrees with the assertion that it has one case of overdetention per week. The reporter uses the word overdetention, when in all actuality, DOC employees were referring to immediate releases. In other words, not people held beyond their release date due to a calculation error or delay in paperwork. Instead, the majority of these immediate releases are offenders who take courses to earn goodtime credit, which results in immediate release. This is not an error in time calculation or delay in paperwork.

**DOC Offender Releases**

- DOC releases from incarceration approximately 15,000 inmates a year.

- The process for releasing any inmate is not as simple as a judge banging the gavel. It is meticulous in nature in order to maintain public safety and ensure the inmate is eligible for release. The process is multifaceted and involves numerous steps and safeguards. An inmate must be processed out, period.

    - Check and clear criminal history, to be certain the individual doesn't have any detainers, outstanding sentences, or pending charges. This involves checking federal, state, parish and local jurisdictions, where the offender may have had an arrest.
    - Per Louisiana law, every DOC inmate has to have DNA collected prior to release. DOC staff ensures this has occurred prior to the release of any inmate.

- o ==Once all of these steps are completed, the Certificate of Release is issued, and then the offender may be released, which may take up to 90 days.==

- Time calculations are triaged, and those that are determined to be close to release, are prioritized to prevent overdetention.

**Time Calculation**

- The Department of Public Safety and Corrections has improved it's time calculations. DOC currently provides additional training and supervision for employees responsible for time computation, and has continually updated training manuals to keep up with current laws.

- Last year, the Louisiana Felony Class Task Force, at the direction of ACT 281 of the 2017 Legislature, which was part of the Criminal Justice Reforms, created recommendations to the Legislature on the creation of a felony class system which would have simplified sentencing and time calculation. However, it was never introduced into legislation.

- On average, the Department releases 15,000 offenders each year, and checks time computation on each of these offenders prior to their release. In addition, the Department also calculates time on each prison admission.

- In total, the time of 50,000 offenders is calculated each year, with an error rate of less than approximately 1/4 of 1 percent.

- The Department of Public Safety and Corrections calculates offender's time based on sentencing documentation provided by the parish of conviction.

**DOC Offender Management System**

- There is a plan to replace CAJUN, the DOC's computer-based offender management system.  The Department is currently working with OIT to develop the scope of work and workplan. The work will be performed by OIT employing the agile programming approach using the OIT-approved Enterprise Architecture, which provides a standard suite of tools and platforms.

- Sirius Computer Solutions conducted an evaluation to determine the viability of the DOC's current offender management system. Sirius concluded the best course of action was to replace the system as the cost to salvage the system would be better used in building a new system that would better meet our needs.