| | |
|---|---|
| **To:** | AWHITTAKER[AWHITTAKER@corrections.state.la.us ;] |
| **From:** | mgueho@corrections.state.la.us |
| **Sent:** | Tue 8/7/2018 4:09:57 PM |
| **Subject:** | Re: Immediate Releases |

Thank you and Notice I have 2 worksheets one for viewing and then a printable version on the 2nd tab where I removed a few things and adjusted to make it fit for printing.

Melanie Gueho
Business Analytics Specialist
LA Dept. of Corrections
225-219-4990




ANGELA WHITTAKER/CORRECTIONS
08/07/2018 11:06 AM

To      Melanie Gueho/CORRECTIONS@CORRECTIONS
cc
Subject         Re: Immediate Releases




I'm viewing this on my Ipad waiting on a session to start......this is incredible.  I can't think of anything you haven't answered.  This was obviously a good bit of work, but it is very well done.  I'm so impressed!!  (It's like a LSS worksheet!).  Thank you, Thank you, Thank you.  I'm going to review in greater detail later and then I'll forward to Amanda to print for Sec. Le Blanc's mail.

GREAT JOB!!

Sent from my iPad

On Aug 7, 2018, at 10:56 AM, Melanie Gueho <mgueho@corrections.state.la.us> wrote:

(See attached file: Avg Days Overdue (Autosaved).xlsx)

Sorry for the delay I had to rethink this one a few times to make sure I was providing meaningful data. Please review and let me know if you think I need to provide anything else.

Note the definitions or explanations of the data on the spreadsheet as well.

You will notice that monthly depending on the Parish Immediate releases make up 9% to 24% of that parishes releases each month. Jefferson being the lowest and East Baton Rouge the highest at 24%. Also generally based on the average days calculated because of low sentences, jail credit and in the cases of the revocation act 792 credit these offenders are already eligible for release when we receive their paperwork. You will notice that from the time we receive paper work to the time of actual release there is on average a 12 day difference I suspect this is due to when information is not complete and they have to follow up, gathering information in order to release (address etc) and possibly backlog issues in preclass.

Again once you review please let me know if you think Leblanc is needing more or additional information.

Melanie Gueho
Business Analytics Specialist
LA Dept. of Corrections

225-219-4990
<Avg Days Overdue (Autosaved).xlsx>

Humphrey delay/15 days
000216891.02