**Releases from January through June 2018**                                                                                                                                        8/7/2018
Immediate Release for this purpose are those offenders that released within 7 days of being initially timcomped

| Immediate Releases | January - 18 | | February - 18 | | March - 18 | | April - 18 | | May - 18 | | June - 18 | | Average % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # of Offenders | % of Immediate Release | # of Offenders | % of Immediate Release | # of Offenders | % of Immediate Release | # of Offenders | % of Immediate Release | # of Offenders | % of Immediate Release | # of Offenders | % of Immediate Release | |
| Overall | 211 | 16.46% | 208 | 15.59% | 302 | 20.71% | 234 | 15.72% | 223 | 15.27% | 182 | 12.29% | 16.01% |
| Caddo | 9 | 10.71% | 12 | 13.79% | 15 | 17.05% | 19 | 21.84% | 12 | 10.43% | 11 | 12.64% | 14.41% |
| East Baton Rouge | 26 | 29.55% | 19 | 21.35% | 32 | 29.09% | 18 | 21.69% | 23 | 24.73% | 16 | 16.67% | 23.84% |
| Jefferson | 7 | 7.07% | 8 | 8.70% | 14 | 13.86% | 13 | 11.11% | 9 | 8.49% | 7 | 4.96% | 9.03% |
| Orleans | 6 | 5.36% | 16 | 16.33% | 16 | 12.50% | 20 | 14.39% | 25 | 18.12% | 16 | 11.03% | 12.95% |
| St. Tammany | 7 | 11.29% | 10 | 16.67% | 19 | 20.43% | 11 | 12.50% | 9 | 12.33% | 16 | 16.33% | 14.92% |

| | January-18 | | February-18 | | March-18 | | April-18 | | May-18 | | June-18 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # of Offenders | Avg. Days Overdue | # of Offenders | Avg. Days Overdue | # of Offenders | Avg. Days Overdue | # of Offenders | Avg. Days Overdue | # of Offenders | Avg. Days Overdue | # of Offenders | Avg. Days Overdue | Total |
| *Overall* | 211 | 44.69 | 208 | 43.33 | 302 | 42.33 | 234 | 37.74 | 223 | 30.36 | 182 | 33.14 | 1360 |
| **Caddo** | 9 | 34.00 | 12 | 50.33 | 15 | 35.73 | 19 | 27.05 | 12 | 32.58 | 11 | 32.64 | 78 |
| **East Baton Rouge** | 26 | 46.00 | 19 | 26.37 | 32 | 25.06 | 18 | 41.67 | 23 | 24.87 | 16 | 31.75 | 134 |
| **Jefferson** | 7 | 30.14 | 8 | 18.88 | 14 | 12.86 | 13 | 45.46 | 9 | 23.11 | 7 | 14.00 | 58 |
| **Orleans** | 6 | 26.83 | 16 | 60.69 | 16 | 50.25 | 20 | 28.95 | 25 | 28.36 | 16 | 22.94 | 99 |
| **St. Tammany** | 7 | 30.43 | 10 | 38.40 | 19 | 49.11 | 11 | 57.00 | 9 | 39.56 | 16 | 53.94 | 72 |
| % of top 5 | 26% | | 31% | | 32% | | 35% | | 35% | | 36% | | 32% |

| | | | | | | Type of Revocation | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | New | % of New | Total Revoked | % Revoked | New | Techinical | Waiver Tech | Wiver Pending | Total | Average Days Overdue | Average Days in custody | Avg Days to Paper work Received |
| Overall | 626 | 46.03% | 734 | 53.97% | 96 | 346 | 50 | 242 | 1360 | 38.60 | 60.42 | 42.39 |
| Caddo | 49 | 62.82% | 29 | 37.18% | 6 | 11 | 1 | 11 | 78 | 35.39 | 52.61 | 34.21 |
| East Baton Rouge | 44 | 32.84% | 90 | 67.16% | 5 | 45 | 14 | 26 | 134 | 32.62 | 44.73 | 29.55 |
| Jefferson | 24 | 41.38% | 34 | 58.62% | 9 | 15 | 2 | 8 | 58 | 24.08 | 43.77 | 31.5 |
| Orleans | 49 | 49.49% | 50 | 50.51% | 7 | 18 | 5 | 20 | 99 | 36.34 | 58.73 | 49.67 |
| St. Tammany | 26 | 36.11% | 46 | 63.89% | 3 | 28 | 4 | 11 | 72 | 44.74 | 75.56 | 55.94 |
| | 192 | 43.54% | 249 | 56.46% | 30 | 117 | 26 | 76 | 441 | | | |

Immediate Release for this purpose are those offenders that released within 7 days of being initially timcomped
Average Days Overdue if the Offenders raw release date was prior to admission date I used date of admission to calculate days
Avearge days in custody is the number of days from Admission to actual release
Average Days to receive paper work is the number of days from the date of admission to the date paper work was received by preclass