

**Re: HB 191**
RAMAN SINGH   to: James M. LeBlanc                                    04/06/2015 12:24 PM
History: This message has been replied to.

$34.30

Syphilis - $2.80

HIV - $6.00

Hepatitis Panel - $25.50

R.S. 15:574 mandates that offenders will have to pay. Bigger issue is the manpower to get it done and the time available. HIV test result is available immediately if negative but for Hepatitis and Syphilis, it may take up to 3 days or more.
Thanks

---

James M. LeBlanc     What is the cost?--I may have missed it?? > On...     04/06/2015 10:53:12 AM

From:    James M. LeBlanc/CORRECTIONS
To:      RAMAN SINGH/CORRECTIONS@corrections,
Cc:      "Natalie Ramsey Laborde" <natalie.laborde@la.gov>
Date:    04/06/2015 10:53 AM
Subject: Re: HB 191

---

What is the cost?--I may have missed it??

On Apr 1, 2015, at 1:38 PM, RAMAN SINGH <RSINGH@corrections.state.la.us> wrote:

> Once again, this is a good idea, specially good for public health. However, it will be helpful to bring these facts to the attention:
>
> 1. In 2014, approximately 537 offenders were released by the Committee on Parole ( R.S. 15:574 ) and 15,647 offenders were released on good time supervision ( diminution of sentence due to good time behavior ,R.S. 15: 571.3)
>
> 2. Unlike offenders going through the parole process for R.S. 15:574 where they go through a few months long process and then wait for all the conditions to be met before they are actually released, if granted a parole , GT supervision releases are processed by the housing units. So many times, many of them become eligible for an " immediate release" once all the credits are computed. Not sure, how will they be held back for medical testing.
>
> 3. A lion's share of GT releases are done by the local jails. Not sure how will they comply with the proposed bill.

4. With the current administration, DOC has a very aggressive policy for HIV testing. We do ' opt out" testing for all new intakes. Compliance rate is almost 99.9 %. It means that since 2008, we have been testing almost every new intake for HIV. This should alleviate some concern about " not knowing HIV status".

5. These offenders do not go to the parole board, just making sure that everyone understands :

"G.(1) Before placing a person on parole, including any person being released because of diminution of sentence pursuant to R.S. 15:571.3, the committee on parole shall require that person to submit to a test designed to determine whether he is infected with a sexually transmitted disease, ..."

Thanks

----- Forwarded by RAMAN SINGH/CORRECTIONS on 04/01/2015 01:16 PM -----

From: RAMAN SINGH/CORRECTIONS
To: Melissa Callahan/CORRECTIONS, James M. LeBlanc/CORRECTIONS,
Cc: Thomas Bickham/CORRECTIONS, SETH SMITH/CORRECTIONS@CORRECTIONS
Date: 03/31/2015 02:19 PM
Subject: HB 191

My internet is down so I can not pull the detail info.

Natalie called me about this bill. This proposes ? mandatory infectious testing for all offenders being released on parole. Currently it is mandated only for offenders who are being paroled by the parole board. This includes testing for HIV, Hepatitis and other sexually transmitted diseases.

I love this idea but am not sure how will we be able to do it. Unlike regular parole which are only handful, thousands of offenders are being discharged on good time parole. Unlike regular parole, which is a few months long process and we have adequate time to do the tests, to do the counselling and to provide appropriate follow up, to get the benefit of the test results, often good time paroles give us only few days. It won't help state if we just do the testing and release the offender.

Once again, I think that it is a very good idea for public health but am at loss when it comes to it's implementation.

Thanks

Raman Singh M.D.
Medical / Mental Health Director
Louisiana Dept. of Public Safety & Corrections
225.342.1320 ( Office)
225.342.1329 ( Fax)

Confidentiality Notice: This e-mail message from Department of Corrections, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, copying, disclosure, or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this e-mail from your computer, and destroy any copies in any form immediately.