# DEPARTMENT OF
# PUBLIC SAFETY AND CORRECTIONS
# CORRECTIONS SERVICES



# 5 YEAR STRATEGIC PLAN
## FY 2020-2021 TO 2024-2025.

**Submitted:  September 2019**

## VISION STATEMENT

The Louisiana Department of Public Safety & Corrections creates a safer Louisiana by providing correctional programs committed to the protection of the public; safety of our staff; security of our incarcerated population; services to those victimized by crime; and opportunities for positive behavioral change in those remanded to our custody and/or supervision.

## MISSION STATEMENT

We achieve our vision through safe, secure prison operations and community correctional programs; development and implementation of effective criminal justice policies for Louisiana; and the provision of rehabilitative opportunities for our population that supports their successful transition into the community.

## PHILOSOPHY

We respect the need for public safety and operate our programs and services in a way to ensure a better Louisiana.  We respect our employees and understand the challenges inherent in their provision of public service. We respect the dignity of our prisoner population and our probation and parole population and work hard to not only comply with federal, state, and other mandates, but also to provide an environment that will enable them to live a productive life upon release as a means to reduce recidivism. Corrections Services strives to maintain an environment where high ethical standards are expected and performance accountability is regarded as a critical element for our success.

# GOALS & PRIORITIES

Goals and priorities are built around the Department's commitment to public safety and rehabilitation and serve to guide our performance in carrying out our mission. These include:

## I.      Staff and Offender Safety

We provide for the safety of staff and offenders by maintaining an organized and disciplined system of operations. All employees are provided training on the principles of the Code of Ethics of the American Correctional Association to demonstrate our commitment to professional and compassionate service. Our employees conduct their duties and responsibilities with a high degree of integrity and a respect for the value and dignity of human life.

## II.     Provision of Basic Services

We provide services relating to food, clothing and shelter. We are further committed to delivering quality and cost effective health care services that maintain medical and behavioral health services during the offender's incarceration and to prepare him / her for release by providing linkage to care in the community.

## III.    Opportunity for Change

We promote moral rehabilitation through program participation and provide an environment for offenders that encourages positive behavior change. On behalf of individuals demonstrating motivation for change and a desire to participate in programming, the Department seeks educational, rehabilitative, and productive work opportunities, either within the institution or in the community for individuals under supervision.

## IV.    Opportunity for Making Amends

Through the opportunities to work and volunteer in prison jobs and educational programs, make restitution, participate in community restorative initiatives, and communicate in victim-initiated victim-offender dialogue, offenders are able to repair and/or learn from the harm caused by their crime. We believe that victims of crime have the right to an active role in shaping how their needs can be met.

## V.     Reentry

We recognize the role of community participation and support in the successful delivery of our vision and mission. By using evidence-based practices and following criminal justice reform legislation, we will increase compliance with conditions of parole supervision and the ability of the offenders to reintegrate with the end goal of safely reducing recidivism within Louisiana. We are committed to working with the public to reduce barriers and stigma faced by offenders that hinder their successful reintegration upon their return to our communities.

# PRINCIPLE CLIENTS AND USERS

Corrections Services serves the citizens of the State of Louisiana by providing programs and services to ensure the safety of the public.

Victims' rights groups, citizens, and communities are served through programs focused on notification, restoration, and opportunities for offenders to make amends.

Those incarcerated in Louisiana for felony offenses receive services through the Administration, Incarceration, and Canteen programs at each state prison facility, and the Local Housing, Transitional Work Programs, and Reentry programs for offenders housed in facilities operated by Louisiana sheriffs. Families of the incarcerated are also served by Corrections Services through the various rehabilitative programs which are offered to incarcerated offenders that promote the family unit and provide instruction on family values.

Offenders under supervision in the community by Probation & Parole receive access to programs and resources through the Administration and Field Services Programs in each Probation & Parole District in Louisiana.

Corrections Services works in partnership with local law enforcement to share relevant information about offenders and to provide identification of offenders through fingerprinting and DNA testing. Probation and Parole Officers serve as peace officers and assist local law enforcement and the U. S. Marshal Service with service and execution of warrants. The Department also assists local law enforcement throughout the state with chase and apprehension of suspects, drug interdiction activities, crowd control and other tactical responses by the Chase and Tactical Teams.

# STRATEGIC LINKS

Human Resource Policies Beneficial to Women and Families Link: Corrections Services provides flexible work schedules to accommodate employees with child care or other family issues, where possible; has an Employee Assistance Program which provides information and guidance for employees and/or family members; supports the Family and Medical Leave Act; and provides eligibility for health and other insurances for employees and/or family members.

## DUPLICATION OF EFFORT

The Department avoids duplication of effort through various means.  Strategic partnerships with other state agencies (Louisiana Workforce Commission, Louisiana Department of Children and Family Services, Louisiana Department of Health, Louisiana State University Health Sciences Center, Department of Education, Louisiana Technical College System, and Louisiana Board of Regents) have been developed to coordinate the efficient and effective provision of services to the offender population.

Staff engages in internal reviews and compiles a monthly performance report which is widely circulated to assist in internal decision making.  Senior Staff meet regularly to review reports and, based on the data that is collected, to consider whether individual programs are achieving established goals.  This review of performance data assists management in identifying strengths and alerts staff of areas to monitor.

The Department also works to establish best practices and document efficiencies, while working to ensure that what has been learned can become standard operating procedure. In addition, the Department works to clearly define mission and objectives for all programs to ensure unique and complementary activities across the Department.

Performance audits and other external evaluations are carefully reviewed to eliminate potential duplication with other state agencies and within the Department.

## POTENTIAL EXTERNAL FACTORS WHICH MAY
## AFFECT GOAL ACCOMPLISHMENTS

The potential external factors that may affect goal accomplishments are stabilization of the growth in incarceration, the labor market, changes in legislative mandates, limited funding, the judicial system, and sentencing difficulties.

The relationship between education, poverty, and crime is a critical factor that may also affect goal accomplishments.  Statistics show that the level of education is directly linked to the extent of poverty in America.  Louisiana ranks 47th in the country for high school graduation rates.  Individuals living in poverty face an increased risk of adverse outcomes, such as poor health and criminal activity.  Louisiana ranks 3rd nationally for families living below the poverty line.

## THE BASIC NUMBERS

Incarceration rate is based on the number of state or federal prisoners per 100,000 resident population.  For more than 20 years, Louisiana's incarceration rate has been the highest in the nation.  As a result of the historic criminal justice reforms of 2017 and the reinvestment into criminal justice, Louisiana's prison population has declined from a peak of nearly 41,000 offenders in 2012 to just over 31,000 as of the end of FY 2018/2019.  Similarly, the number of citizens on supervision by the Division of Probation and Parole has decreased from a high of nearly 73,000 individuals to just over 60,000 as of the end of FY 2018/2019.  In 2018, Louisiana fell to 2nd place in incarceration rates nationally when Oklahoma's rate exceeded Louisiana's.

Projections from the PEW Center on the States in 2017 indicated Louisiana's incarceration rate would continue to rise without strategic action.  With PEW's technical and research support, the work of the Louisiana Justice Reinvestment Task Force, and the support of Louisiana's Legislature for bi-partisan reform, Governor Edwards signed into law a package of 10 reform bills aimed at addressing the drivers of Louisiana's incarceration rate.  PEW projected a small decline and stabilization of our population based on the historic reforms. We exceeded those projections and produced a first year savings of $12M.  The reform package provided for a reinvestment of 70% of the annual savings each year back into criminal justice efforts.

As we look to the next five years, we are eager to implement evidence based approaches using the reinvestment funding that will continue to reduce our prison population, while making sure that Louisiana strategically:

1. Focuses prison beds on the most serious offenders;
2. Strengthens Community Supervision;
3. Clears away barriers to successful reentry; and,
4. Reinvests savings into recidivism reduction and crime victim support.

**DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS-CORRECTIONS SERVICES**
**STRATEGIC PLAN FY 2020-21 to FY 2024-25**

## THE CHALLENGE

Decision-makers usually examine incarceration rates in terms of fiscal impact.  The incarceration rate in Louisiana has historically been the highest in the nation.  While we have made significant progress in recent years to address the causes of this ranking and are beginning to see positive outcomes, we continue to rank second nationally in the number of individuals incarcerated per 100,000 citizens.  This continues to demand attention.

Incarceration is costly to the state, to our local communities, and to our state's citizens.  When an offender isn't returned better than we received him upon conviction of a felony, then the cost of recidivism must consider the cost of prosecution, re-incarceration, and loss of all social and economic benefits that come with having a productive citizen.  Additional losses include the erosion of families, public safety and secure communities.

The model of focusing on incarceration and releasing the offender with little emphasis on rehabilitation and reentry has proven insufficient.   A new model that addresses the needs of offenders, while at the same time addresses the needs of the community is critical and our work with criminal justice reform and justice reinvestment is proving to work.  While there is more about this work within this report, the annual report on our justice reinvestment efforts can also be found at www.doc.la.gov.

Reentry poses two fundamentally interrelated challenges:  1) providing for the public's safety and welfare, and 2) ensuring that the returning offender properly integrates back into the community as a productive citizen.  The need to guide these two competing interests requires collaborative "buy in" from numerous agency partners as well as citizens within the community.

Community support is vital to reentry efforts.  The use of initiatives that address both the community and victim's issues is the key to effective and long term success of reentry efforts.  The use of restorative justice processes aids in the long-term healing that is necessary for the community, the offender, and just as importantly, the victim.  Without community-wide acceptance of reentry efforts, returning offenders' odds of success in the community are decreased, which increases the likelihood that they will recidivate.

Equally vital to our success in Louisiana is ensuring that reentry efforts are duplicated for state offenders housed in local level facilities, where over half of the state's offender population is housed. As such, a component of our reentry success will also include evaluation of the services provided to this unique population.

**DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS-CORRECTIONS SERVICES**
**STRATEGIC PLAN FY 2020-21 to FY 2024-25**

## PROGRAM EVALUATIONS

The Division of Prison Operations routinely coordinates and conducts monitoring visits of state prisons; local facilities through Basic Jail Guidelines compliance audits; and transitional work programs through Standard Operation Procedures compliance audits. These visits are designed to monitor performance and adherence to standards and policies.  In addition, the Division of Probation and Parole conducts site visits of its district offices throughout the state to monitor performance and adherence to standards by district offices. The Office of Management and Finance performs site audits of human resources, information technologies, fiscal and budget areas of operations to verify compliance with Department and state policies and regulations. The Division of Internal Audit develops a multi-year audit plan to examine and evaluate internal controls of the Department's operational activities and ensure compliance with regulatory policies and procedures.

In addition to our internal audit procedures for operations, our agency is accredited by the American Correctional Association and maintains compliance with national standards set forth by the Commission on Accreditation.

The emphasis on reporting has shifted beyond collecting and reviewing information to collecting information that will also enable decision makers to measure the relative success of Agency programs, policies, and practices.  In this way, management will be apprised of developing problems and can determine solutions and implement changes to alleviate them.

**DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS-CORRECTIONS SERVICES**
**STRATEGIC PLAN FY 2020-21 to FY 2024-25**

## *CORRECTIONS – ADMINISTRATION*

**PROGRAM A:  OFFICE OF THE SECRETARY**
Program Authorization:  R.S. 15:574.2-574.21; R.S. 15:821-840.2; R.S. 15:1111; R.S. 46:1844 (A)(3); R.S. 36:401-409

### MISSION

The mission of the Office of the Secretary within Corrections Services is to oversee development and implementation of departmental policy and to give direction and lend support in the administration, control, and operation of departmental programs and other activities related to offenders placed in State custody or on supervision by the courts.  To afford this direction and support, the Office provides department-wide administration, policy development, financial management and leadership, sets the standard for ongoing audit programs, and maintains a corporate culture for management excellence.

### GOALS

**I.    Continue to lead the nation in correctional services by maintaining rigorous operational standards**

**Objective I.1**
Ensure that 100% of Department institutions and functions achieve accreditation with the American Correctional Association (ACA) through 2025.

**Strategy I.1.1**
Conduct ongoing formal internal review of programs/operations as a catalyst for positive change.

**Strategy I.1.2**
Monitor monthly performance reports.

***Performance Indicators***
- *Percentage of Department institutions and functions with ACA accreditation*

**II.   Assist victims, support community needs, and offer offenders an opportunity to make amends**

**Objective II.1**
Increase communications with crime victims and the number of offenders participating in accountability exercises or dialogue on an annual basis by 1% by 2025.

**Strategy II.1.1**
Continue to publicize Crime Victims Services Bureau services to offer victims easy access to information about matters of direct concern to them.

**Strategy II.1.2**
Cultivate cooperative involvement with outside agencies and victims groups.

**Strategy II.1.3**
Provide periodic training opportunities for staff utilizing the Restorative Justice Education package.

**Strategy II.1.4**
Develop programming to create offender awareness of debts owed their victims and the community.

**Strategy II.1.5**
Develop a Crime Victim's Resource Center at DPS&C Headquarters to provide services to crime victims impacted by the crimes committed by individuals remanded to DPS&C custody.

> *Performance Indicators*
> - *Number of crime victim notification requests (first contacts only)*
> - *Number of victims notified of release from custody*

III. **Sustain reentry efforts to ensure the focus on reentry in Louisiana is maintained on an annual basis**

**Objective III.1**
Increase reentry and pre-release preparation for offenders housed in state prison facilities on an annual basis.

**Strategy III.1.1**
Develop human resources that will aid in reentry operations.

**Strategy III.1.2**
Develop revenue sources that can be used to fund various activities in the reentry process through the acquisition of grant-based monies obtained from foundations, state, and federal sources.

> *Performance Indicators*
> - *Number enrolled in certified treatment and rehabilitation programming*

**Objective III.2**
Increase the number of local level reentry and day reporting centers and increase the number of local level Certified Treatment and Rehabilitative Programs and on an annual basis.

**Strategy III.2.1**
Increase community outreach efforts to educate the public on the effectiveness of reentry and its impact on recidivism.

*Performance Indicators*
- *Number of local reentry centers*
- *Number of local day reporting centers*
- *Number of Certified Treatment and Rehabilitative Programs*

IV.   **Strategic implementation of the Justice Reinvestment Initiative: Reinvestment of Savings as required by Act 261 of the 2017 Regular Legislative Session.**

**Objective IV.1**
Develop and implement a strategic reinvestment plan in order to expand educational, rehabilitative, and reentry programming within state and local level facilities (that house state offenders).

**Strategy IV.1.1**
Utilize a tiered approach to allocate reinvestment dollars in certain parishes based upon percentage of population returning to each parish.  Year 1 reinvestment in Tier 1 parishes (East Baton Rouge, Caddo, St. Tammany, Orleans, and Jefferson) and in Year 2 reinvestment in Tier 2 parishes (Lafayette, Terrebonne, LaFourche, Calcasieu, Rapides, Ouachita, Bossier).

**Objective IV.2**
Develop and implement a program for awarding reinvestment funds to community organizations that provide transitional services for state inmates releasing from prison to parole supervision.

**Strategy IV.2.1**
Utilize a tiered approach to allocate reinvestment dollars in certain parishes based upon percentage of population returning to each parish.  Year 1 reinvestment in Tier 1 parishes (East Baton Rouge, Caddo, St. Tammany, Orleans, and Jefferson) and in Year 2 reinvestment in Tier 2 parishes (Lafayette, Terrebonne, Sabine, LaFourche, Calcasieu, Rapides, Ouachita, Bossier).

*Performance Indicators*
- *Percentage of savings reinvested annually*
- *Percentage of offenders housed in the local level participating in programs*

## PROGRAM B:   DIVISION OF ADMINISTRATIVE SERVICES

Program Authorization:  R.S. 15:574.2-574.21; R.S. 15:821-840.2; R.S. 15:1111; R.S. 36:406; R.S. 46:1844

### MISSION

The mission of the Division of Administrative Services (which is under the authority of the Undersecretary) is to provide the leadership, direction, and support to efficiently manage and account for the Department's resources.  Administrative Services is responsible for fiscal services, budget services, information services, food services, maintenance and construction, performance audit, training, procurement and contractual review, and human resource programs of the Department.

### GOAL

**I.    Ensure and provide management support to all units in activities involving fiscal and administrative matters.**

**Objective I.1**
Reduce by 1% the percentage of budget units having repeat audit findings from the Legislative Auditor by 2025.

**Strategy I.1.1**
Competently manage areas of responsibility encompassing fiscal services, budget services, procurement, contract, payroll, personnel, grants, data process managing, maintenance, and construction.

**Strategy I.1.2**
Continue to focus on safety issues resulting in reduced accident rates and significant savings in insurance premiums.

*Performance Indicators*
- *Percentage of budget units having repeat audit findings from the Legislative Auditor*

**Objective I.2**
Receive the maximum possible credit from the Office of Risk Management on annual premiums.

**Strategy I.2.1**
Monitor and audit capacity and accreditation elements in an effort to maintain entities that are identified as being stable, safe, and constitutional.  This will lead to reduced accident rates and significant savings in insurance premiums.

***Performance Indicators***
- *Percentage of annual premium credited from Office of Risk Management*

## PROGRAM C:  DIVISION OF PRISON OPERATIONS

Program Authorization:  R.S. 15:574.2-574.21; R.S. 15:821-840; R.S. 15:1111; R.S. 36:407-408

**MISSION**

The mission of the Division of Prison Operations is to provide oversight and support of the operational programs of the adult institutions and local facilities housing state offenders.  The Chief of Operations leads and directs the Department's audit team, which conducts operational audits of all adult institutions and local facilities and assists all units with matters relative to the maintenance of ACA accreditation.  Staff in this office also supports the Administrative Remedy Procedure (offender grievance and disciplinary appeals).

**GOALS**

**I.    The Division of Prison Operations Program will maximize capacity utilization.**

**Objective I.1**
Maintain the adult offender institution population in state prisons at a minimum of 99% of design capacity through 2025.

**Strategy I.1.1**
Provide operational services efficiently and effectively.

***Performance Indicators***
- *Total bed capacity, all adult institutions, at end of fiscal year*
- *Offender population as a percentage of maximum design capacity*
- *Average cost per day per offender bed*
- *Average cost per day per offender bed, all state correctional facilities, excluding canteen*
- *Average cost per day per offender bed, system-wide, excluding canteen (Adult Institutions and LHSAO)*

II.   **The Office of Reentry Services Program will provide basic/broad-based educational/ post-secondary education programs to adult offenders who are motivated to take advantage of these services and have demonstrated behavior that would enable them to function within an educational setting.**

### Objective II.1
Increase the number of offenders housed in both state institutions and local jails receiving HiSET and Industry Based Certifications by 5% by 2025.

#### Strategy II.1.1
Continue to modify and enhance a program to track all educational program participation.

#### Strategy II.1.2
Allow offenders to participate in basic literacy and other educational programs, such as Adult Basic Education, HiSET, and post-secondary education training.

#### Strategy II.1.3
Continue to assess all offenders for educational functioning upon intake and periodically throughout the incarceration period.

*Performance Indicators*
- *System-wide number receiving HiSET*
- *System-wide number receiving post-secondary certificate*
- *Percentage of the eligible population participating in educational activities*
- *Percentage of the eligible population on a waiting list for educational activities*
- *Percentage of the eligible population enrolled in post-secondary programs*
- *Percentage of offenders released who earned high school diploma, HiSET, or post-secondary certificate while incarcerated*
- *Average monthly enrollment in adult basic education programs*
- *System-wide average monthly enrollment in post-secondary programs*
- *System-wide average monthly enrollment in literacy programs*
- *Percentage of population assigned to prison skilled trades (maintenance) jobs that are within 3 years of transitional work program eligibility date*

III. **The Office of Reentry Services will prepare offenders for release through implementation of innovative programs and initiatives.**

**Objective III.1**
Reduce recidivism by 5% by 2025.

**Strategy III.1.1**
Increase participation in Reentry programs in both state and local facilities which are designed to increase the ability and willingness of offenders to live lawfully in the community by preparing them for release from their point of entry, and developing individualized and evolving reentry plans to hold them accountable after they enter the community.

**Strategy III.1.2**
Teach offenders transferable skills to provide offenders with the opportunity for gainful employment upon release.

**Strategy III.1.3**
Provide an intensive two- to three-year period of planning and preparation culminating in an individual reentry accountability plan.

**Strategy III.1.4**
Support offenders' transition into the community by monitoring behavior and developing referral sources.

*Performance Indicators*
- *Recidivism rate for adult offenders system-wide*
- *Recidivism rate for offenders housed in state correctional facilities*
- *Recidivism rate for offenders housed in local facilities*
- *Of total releases, percentage of total offender population enrolled in pre-release program*
- *Of total releases, percentage of offenders who require community resources for mental health counseling/substance abuse treatment*

**Objective III.2**
Reduce recidivism for educational participants by 5% by 2025.

**Strategy III.2.1**
Increase participation in educational programs that give offenders a graduated transition into the community.

*Performance Indicators*
- *Recidivism rate of offenders participating in educational programs*
- *Number of offenders released annually*
- *Number of offenders returned annually*

**Objective III.3**
Reduce recidivism rate for sex offenders by 2% by 2025.

**Strategy III.3.1**
Develop and implement a Victim Awareness Program for sex offenders incorporated into Reentry programming.

**Strategy III.3.2**
Ensure that all sex offenders are reviewed by the Sex Offender Assessment Panel at least six months prior to release.

*Performance Indicators*
- *Recidivism rate for sex offenders*
- *Number of sex offenders released who were reviewed by the Sex Offender Assessment Panel prior to release*
- *Number of offenders reviewed by the Sex Offender Assessment Panel who were recommended to sentencing court for consideration of designation as sexual violent predator and/or child sexual predator*

**IV.  Maximize public safety through appropriate and effective correctional, custodial, and supervisory programs**

**Objective IV.1**
Reduce and maintain the number of escapes from state prisons to zero by 2025, and apprehend all escapees at large.

**Strategy IV.1.1**
Follow Department regulations and ACA standards.

**Strategy IV.1.2**
Provide training for correctional officers annually (40 hours) on policies, procedures, and best practices.

**Strategy IV.1.3**
Provide additional specialized training for staff members annually (supplemental 40 hours).

**Strategy IV.1.4**
Implement necessary controls and provide adequate facilities and security personnel.

**Strategy IV.1.5**
Increase the required training hours of the Correctional Officer Training Academy curriculum by 2025.

*Performance Indicators*
- *Number of escapes*
- *Number of apprehensions*

V. **To provide access to routine and emergency health care that reflects community care standards and operates in an efficient manner.**

**Objective V.1**
To provide all non-primary health care service needs of the offenders including but not limited to emergency, inpatient, diagnostic, procedures, and specialist visits using evidenced based clinical guidelines.

**Strategy V.1.1**
Develop a matrix of services to be provided which will reflect on-site, telemedicine, and off-site services.

*Performance Indicators*
- *Number of on-site specialist visits completed*
- *Number of off-site specialist visits completed*
- *Number of diagnostic tests completed on-site*
- *Number of diagnostic tests completed off-site*

**Objective V.2**
To improve chronic care management to reduce long-term complications.

**Strategy V.2.1**
Develop health care programs tailored to the specialized health care needs of high risk and other special needs populations (i.e., geriatric care, diabetes, high blood pressure, heart disease, asthma, HIV, hepatitis, high cholesterol, etc.).

**Strategy V.2.2**
Identify offenders with chronic medical conditions eligible for established chronic health care programs through a focused evaluation during the intake process or during subsequent health evaluations.

**Strategy V.2.3**
Implement 5 year Hepatitis C screening and treatment plan in partnership with Louisiana Department of Health in order to significantly reduce total number of those infected in the state prison population.

**Strategy V.2.4**
Develop a long term plan to address needs of increasing elderly, disabled and chronically ill population which includes expanded special housing, increased medical release evaluations as well as ongoing re-evaluation of these populations.

*Performance Indicators*
- *Number of deaths from suicide (system-wide)*
- *Number of deaths from violence (system-wide)*
- *Number of deaths from illness (system-wide)*
- *Number of positive responses to tuberculosis test (system-wide)*
- *Average number of HIV positive offenders (system-wide)*
- *Average number of offenders diagnosed with AIDS (system-wide)*
- *Average number of offenders diagnosed with Hepatitis C (system-wide)*
- *Number of offenders cured from Hepatitis C*
- *Percentage of offenders with Hepatitis C who were seen in chronic care clinic*

**Objective V.3**
To provide efficient, onsite healthcare and to make only appropriate referrals for off-site care.

**Strategy V.3.1**
Develop and implement an Electronic Health Records System (EHR) in all DOC facilities which will allow DOC to monitor and improve the health and safety of the offender population. This system will allow for improved access to patient data; streamlined coordination of care, facilitate information sharing when offenders are released, thereby decreasing the likelihood of re-incarceration through greater access to appropriate and coordinated primary, behavioral health, and substance use care.

**Strategy V.3.2**
Establish a health care trip return review process to ensure that recommendations are appropriate and follow-up, if recommended, is provided.

**Strategy V.3.3**
Use a priority system during health care provider's evaluation of routine sick call.

*Performance Indicators*
- *Percent of emergency off-site admissions for emergency off-site medical trips*
- *Number of offender visits to non-DOC health care providers'/specialty clinics per 1,000 offenders (excluding telemedicine)*
- *Number of offender visits conducted via telemedicine*
- *Number of offenders over age 50 (system-wide)*
- *Average age of offenders (system-wide)*

## Objective V.4
To develop an efficient discharge planning process to ensure continuity of care upon release with a focus on successful reentry into the community.

### Strategy V.4.1
To identify offenders with medical and mental health conditions six months prior to their earliest release date.

### Strategy V.4.2
Conduct an individualized discharge care plan which will include assessment for any healthcare related benefit (Medicaid/Medicare, HIV drug assistance plan) and linking the releasing offender to community resources.

### Strategy V.4.3
Identify and enroll all offenders eligible for Medicaid prior to release in order to ensure continuity of care post release.

*Performance Indicators*
- *Percentage of releasing offenders on psychotropic medications who have been scheduled for follow-up appointments in the community before their discharge*
- *Total number of eligible offenders enrolled in Medicaid prior to release.*

## VI. To develop and implement a comprehensive mental health program to screen, diagnose and treat mental illness, developmental disabilities, and substance use.

### Objective VI.1
Identify offenders who require mental health treatment through a comprehensive evaluation process to include assessment of psychological symptoms and treatment history, psychological and personality functioning, cognitive functioning, academic achievement, and substance use risk; to develop an individualized treatment plan based on a multi-disciplinary approach to rehabilitation.

**Strategy VI.1.1**
Use evidence based, goal oriented assessment and treatment curriculums.

**Strategy VI.1.2**
To provide mental health services to the mentally ill population and to those identified with developmental disabilities based on needs assessment; to utilize an evidence-based treatment curriculum tailored specifically to the needs of the offender; to provide stabilization of the mentally ill and prevention of psychiatric deterioration.

**Strategy VI.1.3**
To increase the bed capacity for the treatment of the chronically mentally ill at Elayn Hunt Correctional Center prior to the end of 2025.

**Strategy VI.1.4**
To provide substance abuse programs and treatment available to offenders identified with substance abuse or dependency; to utilize an evidence-based treatment curriculum tailored specifically to the needs of the offender.

**Strategy VI.1.5**
Create a State-wide Substance Use Treatment Coordinator position at DOC HQ to ensure the standardization of substance use programming in all state facilities as well as the feasible expansion of the existing Steve Hoyle Intensive Substance Abuse Program (SHISAP) model into the southeastern region of the state. SHISAP is a comprehensive treatment program (3-9 months) that provides tailored treatment services to approximately 1000 offenders per year.

**Strategy VI.6**
To provide medication assisted treatment to those offenders with an opiate use disorder.  This program includes systematic screenings, the planning and coordination of behavioral health treatment and cognitive behavioral interventions, probation and parole supervision / coordination, pre and post release peer support and recovery services, housing and support services in the community through coordination with DOC and the Office of Behavioral Health.

**Strategy VI.1.7**
To develop an efficient discharge planning process to ensure continuity of care upon release with a focus on successful reentry into the community.

*Performance Indicators*
- *Percentage of population identified with a substance use or dependency diagnosis enrolled in substance abuse treatment*
- *Percentage of population identified with an opiate use disorder*
- *Percentage of population identified with a chronic mental health diagnosis enrolled in treatment*
- *Number of offenders receiving Medication Assisted Treatment prior to release.*

## PROGRAM D:  BOARD OF PARDONS AND COMMITTEE ON PAROLE

Program Authorization:  Article XIV of 1974 Louisiana Constitution; R.S. 15:572-574.1; R.S. 36:409; R.S. 15:1111

### MISSION

To serve the citizens of Louisiana through informed decision-making, thereby promoting public safety, addressing the needs of crime victims, and to facilitate successful reentry for offenders who have appropriately prepared for community supervision.

**GOALS**

I.  **The Board of Pardons will continue to provide expeditious hearings and objective determination of applications for clemency and reintegration of offenders into society in a manner consistent with public safety.**

**Objective I.1**
Decrease the number of applications backlogged by 5% by 2025.

**Strategy: I.1.1**
Staff prepares documentation for Board of Pardons review.

*Performance Indicators*
- *Number of applications received*
- *Number of case hearings*
- *Number of applications backlogged for hearings*
- *Number of cases recommended to the Governor*
- *Number of cases approved by the Governor*

II.  **The Committee on Parole will continue to provide for reintegration of offenders into society in a manner consistent with public safety.**

**Objective II.1**
Decrease the recidivism for offenders granted parole by 5% by 2025.

**Strategy II.1.1**
Continue to seek out training on evidence-based decision making for Board members and staff.

**Strategy II.1.2**
Increase collaborative efforts with criminal justice involved stakeholders to provide pre and post release reentry services as conditions of parole.

### *Performance Indicators*
- *Number of parole revocation hearings conducted*
- *Number of parole hearings conducted*
- *Number of total paroles granted*
- *Number of medical paroles granted*

## PROGRAM F:  AUXILIARY
Program Authorization:  R.S. 15:821-840.2; R.S. 36:401-409

### PROGRAM DESCRIPTION
The Offender Canteen Fund is administered as a service to offenders.  The fund is used to account for purchases by offenders of consumer items from the institution's canteen.  The institution supplies basic food and hygiene products to offenders. However, the Offender Canteen Fund provides a mechanism for offenders to obtain items in greater quantity or variety than supplied by the institution.  This account is funded entirely with fees and self-generated revenues derived from canteen sales.

---

# *CORRECTIONS*
# *CORRECTIONAL FACILITIES[1]*

---

Louisiana State Penitentiary
Raymond Laborde Correctional Center (Diagnostic Center)
Louisiana Correctional Institute for Women (Diagnostic Center)
Dixon Correctional Institute
Elayn Hunt Correctional Center (Diagnostic Center)
David Wade Correctional Center
B.B. "Sixty" Rayburn Correctional Center
Allen Correctional Center

**MISSION**

The mission of Correctional Facilities is to incarcerate in a humane, professionally sound manner offenders sentenced to prison and to provide safe prison operations. This includes quality hiring and in-service training of correctional officers; protecting the public from escape risks; protecting prison staff, contractors, and offenders from any exposure to violence; and ensuring the provision of medical and mental health care; to the extent possible within budgetary resources.  It also includes reentry programs which provide pre-release education and transition services for offenders who have been committed to a state facility.

PROGRAM A:  ADMINISTRATION

Program Authorization:  R.S. 15:821-840.2; R.S. 36:401-409

**MISSION**

The mission of the Administration Program is to provide the leadership, direction, and support in the day-to-day management of the unit, including maintenance of accreditation by the American Correctional Association, and preparing for the implementation of the Performance Based Standards, Expected Practices for Adult Correctional Institutions, 5th Edition Manual. One of the major revisions of the updated ACA manual serves to reform all aspects of restrictive housing practice from initial placement through final release. These standards for expected practices signify an advancement of the current requirements to achieve and adhere to more rigorous, progressive guidelines for restrictive housing. Essentially, they serve to reduce to the greatest extent possible housing offenders in restrictive housing or releasing them into the community from restrictive housing.

---

[1] Auxiliary services are offered at all of the listed institutions.

**GOAL**

**I.**   **The Administration Program will continue to effectively manage available resources to ensure maximum and efficient utilization and avoidance of budget deficits in accomplishing the Unit's goals and objectives.**

**Objective I.1**
Reduce staff turnover of correctional security officers by 5% by 2025.

**Strategy I.1.1**
Improve the ability to recruit, hire, and retain high-quality professional managers and staff.

*Performance Indicators*
- *Percentage turnover of Corrections Security Officers*
- *Percentage of compliance with non-mandatory expected practices as required for accreditation by the American Correctional Association.*

**PROGRAM B:  INCARCERATION**
Program Authorization:  R.S. 15:821-840.2; R.S. 36:401-409

**MISSION**
It is the mission of the Incarceration Program (activities include incarceration, healthcare, rehabilitative and diagnostic services) to provide for the custody, control, and care of adjudicated offenders through enforcement of the laws and implementation of programs designed to ensure the safety of the public, staff, and offenders, while providing rehabilitative opportunities that supports the successful transition into the community.

**GOALS**

**I.**   **The Incarceration Program will continue to provide for the safety of the correctional staff and offenders by maintaining an organized and disciplined system of operations that promotes stability in the institution.**

**Objective I.1**
Minimize security breaches through 2025.

**Strategy I.1.1**
Conduct scenarios to determine effectiveness of existing security procedures, staff implementation of those procedures, and utilize the results as a training aid.

**Strategy I.1.2**
Intensify training for staff and expand training opportunities.

**Strategy I.1.3**
Reduce reliance on the use of restrictive housing through management of high risk offenders by offering programs designed to encourage improved behavior.

**Strategy I.1.4**
Improve staffing levels.

**Strategy I.1.5**
Continue to maintain and work to improve effective security procedures in all prisons.

Performance Indicators
- *Number of offenders per Corrections Security Officer*
- *Average daily offender population*
- *Number of assaults - offender on offender*
- *Number of assaults - offender on staff*
- *Number of major disturbances*
- *Number of minor disturbances*
- *Number of sex offenses*
- *Percentage of offenders housed in restrictive housing*
- *Percentage of offenders released to the community from restrictive housing*

II.    **To further rehabilitative efforts by providing an environment that enables behavioral changes by making gender-specific rehabilitation opportunities available to offenders, which will increase their odds of being successfully reintegrated into society.**

(See Corrections Administration/Prison Operations Program for statewide indicators.)

**Objective II.1**
To provide offenders with adequate adult and post-secondary education and training to enable competition in the job market for gainful employment.

**Strategy II.1.1**
Provide a full range of work programs to allow opportunities for offenders to gain transferrable job skills, soft skills, on the job training, economic self-sufficiency, reduce idleness and lower costs.

**Performance Indicators**
- *Number of post-secondary Certified Treatment and Rehabilitative Programs*
- *Number of offenders completing post-secondary Certified Treatment and Rehabilitative Programs*
- *Percent of population assigned to prison skilled trades jobs that are within 3 years of transitional work program eligibility date*
- *Percentage of population enrolled in education programs that are within 3 years of transitional work program eligibility date*
- *Percentage of population enrolled in post-secondary Certified Treatment and Rehabilitative Programs that are within 3 years of transitional work program eligibility date*

**III.    Through the provision of quality health services, assure that the health of all offenders is adequately evaluated and that proper and effective treatment is provided as needed in order to maintain offender health.**

**Objective III.1**
Ensure that offenders and staff live and work in a controlled environment which maintains infection control standards to monitor evaluate, treat, and contain the spread of communicable and contagious diseases; ensure offender education regarding disease management in order to reduce by 1% the percentage of offenders with communicable or chronic diseases by unit by 2025.

**Strategy III.1.1**
Maximize communication between security and the healthcare departments so that information about offender activities can be used as data in deciding duty status and other health-related issues.

**Strategy III.1.2**
Educate about at-risk behaviors for sexual and blood-borne illness, educate about health benefits of moderate exercise, educate about smoking cessation, and screen weekly for treatable diseases.

**Strategy III.1.3**
Ensure there are written policies and plans of action to address the management of infections, communicable and contagious diseases, including guidelines to contain and/or eliminate the spread of bacterial and viral infections.

**Strategy III.1.4**
Engage multi-disciplinary teams to review and monitor communicable/ contagious diseases and infection control activities**.**

**Performance Indicators**
- *Percentage of offender population diagnosed with a chronic disease by unit*
- *Percentage of offender population diagnosed with a communicable disease by unit*

**IV.   Through the diagnostic process, effectively classify, reclassify, and place offenders in the facility best suited to the offender's and society's needs.**

### Objective IV.1
Maintain average occupancy levels through 2025.

#### Strategy IV.1.1
Effectively process newly-committed offenders and place them in the most appropriate facility.

#### Strategy IV.1.2
Screen offenders via a medical and mental health evaluation and refer those needing a complete medical examination, physiological evaluation, or an in-depth mental health screening to an appropriate reception center.

#### Strategy IV.1.3
Complete Department approved validated risk/needs assessment and diagnostic tools may also be completed in conjunction with TCUD.

**Performance Indicators**
- *Number of persons processed through any DPS&C reception centers annually*
- *Number of reception centers utilized*
- *Number of persons screened through the Adult Reception and Diagnostic Center at Elayn Hunt Correctional Center.*

# *PROBATION & PAROLE*

## MISSION

The mission of the Division of Probation and Parole is to enhance public safety and reduce offender recidivism by providing community supervision to adult criminal offenders by implementing evidence-based practices and programs through a comprehensive individualized supervision plan that assists and motivates offenders to become law-abiding citizens and productive members of their community. The Division also conducts various comprehensive investigations to support the work of the judicial system, the Louisiana Board of Pardons and Committee on Parole, and the Governor.

PROGRAM A:  ADMINISTRATION AND SUPPORT

Program Authorization:  R.S. 15:574.2-15:574.20; R.S. 36:401-409

## MISSION

It is the mission of the Administration and Support Program to provide management direction, guidance, and coordination, as well as to provide the administrative support services necessary for all operational needs. To carry out this mission, the Administration and Support Program provides quality administration, policy review and development, financial management, staff training, and leadership. Policies and procedures are reviewed periodically in order to standardize processes and increase efficiency and effectiveness. This requires the development of the necessary documents and procedures to guide the process by the Administration and Support Program.

## GOAL

I.      **The Administration and Support Program will continue to provide for administration and leadership on a state-wide level for services rendered to adult jurisdictional courts, the Board of Pardons and Committee on Parole, and the Interstate Compact states.**

**Objective I.1**
Maintain an appropriate cost per day per offender supervised while maintaining 100% American Correctional Association (ACA) accreditation through 2025.

**Strategy I.1.1**
Continue to monitor workload, policies, and procedures.

**Strategy I.1.2**
Continue to develop re-entry programs and resources that both reduce the cost of incarcerating technical probation and parole violators and provides safe alternatives to those eligible to participate in programs that address rehabilitation needs of offenders (i.e. intensive substance abuse treatment, moral recognition therapy, anger management, and/or other suitable programs).

**Strategy I.1.3**
Provide intense training for staff and ensure training opportunities that prepare staff for the most effective implementation of their duties.

**Performance Indicators**
- *Percentage of ACA accreditation maintained*
- *Average cost per day per offender supervised*


## PROGRAM B:  FIELD SERVICES

Program Authorization:  R.S. 15:574.2-15:574.20; R.S. 36:401-409

### MISSION
The mission of the Field Services Program is to provide community supervision to adult offenders who are placed on probation by the court or released from incarceration on parole. The Division's goals are to enhance public safety and reduce recidivism by developing individualized supervision plans utilizing evidence-based practices, such as, the use of validated offender assessment instrument(s), the effective use of evidence-based community resources, such as, substance abuse and mental health treatment, the use of motivational interviewing, frontloading resources on medium to high risk offenders, the use of day reporting and transition centers, and the consistent, timely and proportionate provision of rewards and sanctions for offender behavior. The Division's overall goal is to enhance long term public safety by providing offenders under our supervision with the opportunity, motivation, and programs to effect positive behavior change to become productive members of their community.

The Division also conducts a range of comprehensive investigations including the pre-sentence investigation for the court, pre-parole investigations and clemency investigations for the Board of Pardons and Committee on Parole, and collects numerous criminal justice funds, fines, supervision fees, and victim's restitution.

**GOAL**

I.    **The Field Services Program will continue to provide efficient and effective control, supervision, and reintegration of offenders into society, while at the same time striving to comply with statutory workload limits, utilizing evidence based practices in the supervision model.  In addition, the program will continue to evaluate and develop available resources that will provide programming to offenders to meet their criminogenic needs. This program will include locating further resources to address gender specific needs that support reentry outcomes, diversion programs, and employment opportunities.**

   **Objective I.1**
   Reduce the average caseload per agent by a minimum of 5% by 2025.

      **Strategy I.1.1**
      Continue to utilize earned compliance credits to allow eligible compliant offenders an opportunity to reduce their period of supervision.  Continue to identify cases for early termination, suspension of supervision/administrative cases.

      **Strategy I.1.2**
      Continue to utilize a validated risk/needs assessment tool for appropriate supervision.

      **Strategy I.1.3**
      Hold offenders accountable to meet the conditions of supervision through the awarding and forfeiting of earned compliance credits while on supervision.

      **Performance Indicators**
      - *Average caseload per agent (number of offenders)*
      - *Average number of offenders under supervision*
      - *Average number of offenders under electronic surveillance*
      - *Total number of Probation and Parole cases closed*
      - *Percentage of cases closed due to completion*
      - *Percentage of cases closed that are closed due to revocation*
      - *Percentage of revocations that are due to technical violations*
      - *Percentage of revocations that are due to new felony conviction*
      - *Total number of earned compliance credits lost by those on supervision for non-compliance with supervision conditions. (Refer to Justice Reinvestment Annual Report)*

**Objective I.2**
Reduce the number of offenders returning to prison based on technical violations committed while on community supervision by a minimum 5% by 2025.

**Strategy 1.2.1**
Through the work of the Reentry Committee, ensure commitment to reentry strategies.

**Strategy I.2.2**
Continue to monitor the use of the performance grid by all field agents.

**Strategy I.2.3**
Continue the work of the Supervision Committee to ensure adherence to established contact standards.

**Strategy I.2.4**
Continue to improve existing and develop new alternatives to incarceration, including resources for substance abuse counseling/therapy and diversion programs.

**Strategy 1.2.5**
Increase the number of Day Reporting Centers and increase the number of participants as an alternative to incarceration.

**Strategy I.2.6**
Use available alternatives to incarceration when appropriate.

**Performance Indicators**
- *Total number of revocations*
- *Number of offenders who are admitted to Day Reporting Center programs as an alternative to incarceration*
- *Number of offenders who completed a diversion or community alternative program as an alternative to long-term incarceration*
- *Recidivism rate for offenders who complete probation and parole supervision*

# *LOCAL HOUSING OF STATE ADULT OFFENDERS*

## MISSION

The mission of the Local Housing of State Adult Offenders Program is to provide a safe and secure environment for adult male and female offenders who have been committed to State custody. Due to space limitations in state correctional institutions, Corrections Services continues its partnership with the Louisiana Sheriffs' Association and other local governing authorities by utilizing parish and local prisons for housing offenders and works with these partners to establish opportunities for reentry programs and services for state offenders releasing from these facilities.

### PROGRAM A: LOCAL HOUSING OF STATE ADULT OFFENDERS

Program Authorization: R.S. 15:824; R.S. 33.1432; R.S. 574.2-574.21; R.S. 15:1111

**GOAL**

I.   **The goal of the Local Housing of State Adult Offenders Program is to continue the Community Corrections Partnership, which utilizes parish and local prisons for housing offenders who have been committed to the State's custody.**

**Objective I.1**
Utilize local facilities as an effective alternative to State correctional facilities while reducing recidivism rate by 5% by 2025.

**Strategy I.1.1**
Ensure compliance with basic jail guidelines.

**Strategy I.1.2**
Increase the use of reception center functions to ensure appropriate housing assignments.

**Performance Indicators**
- *Average number of State adult offenders housed per day in local facilities*
- *Percentage of State adult offender population housed in local facilities*
- *Recidivism for State offenders housed in local facilities*

PROGRAM B:  TRANSITIONAL WORK PROGRAM

Program Authorization:  R.S. 15:824; R.S. 33.1432; R.S. 574.2-574.21; R.S. 15:1111

**GOAL**

I.     **The goal of the Transitional Work Program is to continue to provide housing of offenders who are qualified and appropriate for these programs and to provide participants a step-down transition prior to release from incarceration.**

    **Objective I.1**
    Increase the percentage of Transitional Work Program participants.

       **Strategy I.1.1**
       Refine and further develop selection process.

       **Strategy I.1.2**
       Utilize transitional work programs to provide on the job training and to develop an offender's work history resume'.

       **Performance Indicators**
- *Average cost per day per offender for contract transitional work programs*
- *Average cost per day per offender for non-contract transitional work programs*
- *Average number of offenders in transitional work programs per day*
- *Recidivism rate of offenders who completed in transitional work programs*
- *Number of releases from transitional work programs.*

PROGRAM C:  REENTRY SERVICES

Program Authorization:  R.S. 15:824; R.S. 15:827, 827.1, R.S. 33.1432; R.S. 574.2-574.21; R.S. 15:1111

**GOAL**

I.     **The goal of the Local Reentry Services Program is to improve the recidivism rate of offenders housed in parish and local facilities by 5% by 2025.**

**Objective I.1**
Provide pre-release education and transition services for offenders who have been committed to state custody and are housed in parish and local facilities.

### Strategy I.1.1
Further develop the relationship with Louisiana sheriffs to emphasize reentry initiatives.

### Strategy I.1.2
Initiate reentry and transition centers in strategic regions of the state to develop or revise individualized case plans based on evidence based practices and validated assessments and offer 100 hours of pre-release education, career and technical skills training, other post-secondary education and transitional/discharge assistance to offenders.

### Strategy I.1.3
Increase the availability of Certified Treatment and Rehabilitative Programs in local jails housing state offenders through the use of Transition Specialist positions assigned to the jails.

#### Performance Indicators
- *Number of state offenders housed in local facilities who completed reentry and transition center program prior to release*
- *Recidivism rate reduction for state offenders housed in local facilities who complete local reentry center programs (Year 5)*
- *Number of state offenders housed in local facilities who complete a Certified Treatment and Rehabilitative Program while housed in local facility*
- *Number of Certified Treatment and Rehabilitative Programs offered in local facilities*
- *Number of population completing Certified Treatment and Rehabilitative Programs in local facilities*

**DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS-CORRECTIONS SERVICES**
**STRATEGIC PLAN FY 2020-21 to FY 2024-25**

# *PRISON ENTERPRISES*

**MISSION**

The mission of Prison Enterprises (PE) is to lower the costs of incarceration by providing productive job opportunities to offenders that instill occupational and skills training, as well as soft skills, while producing quality products and services for sale to state and local governments, non-profit organizations, political subdivisions and others. Operation of Prison Enterprises' programs serves to further the DPS&C reentry initiative by enabling offenders to increase the potential for successful rehabilitation and reintegration into society.

**GOALS**

I.   **Operate in a professional, customer focused work environment in order to provide quality products and services at competitive prices ensuring customer satisfaction and increased sales.**

   **Objective I.1**
   Increase sales dollars by 5% by 2025.

   **Strategy I.1.1**

   Benchmark prices of goods and services and product specifications against private sector companies and/or other correctional industries producing similar products and services.

   **Strategy I.1.2**
   Evaluate total costs of production and establish aggressive pricing positions to maximize savings to customer agencies and capture greater market share while covering costs.

   **Performance Indicators**
   - *Total volume of sales*

   **Objective I.2**
   Decrease percentage of customer complaints by 10% by 2025.

   **Strategy I.2.1**
   Design products and services to meet specific needs of customers and to meet industry standards in quality.

**Strategy I.2.2**
Continue to evaluate shipping methods and transportation equipment to minimize occurrences of damage during delivery.

### Performance Indicators
- *Percentage of customer complaints to orders delivered*
- *Percentage of orders damaged*

## Objective I.3
Provide 100% on-time deliveries by 2025.

**Strategy I.3.1**
Improve communication between manufacturing, marketing/sales and transportation departments to establish realistic promised delivery dates for each product line.

**Strategy I.3.2**
Continue to improve transportation scheduling and routing of trucks to eliminate unnecessary delays and minimize delivery errors.

**Strategy I.3.3**
Continue to utilize alternative methods of delivery of certain items or to remote destinations to eliminate delays and/or save transportation costs.

### Performance Indicators
- *Percentage of orders delivered on or before promised delivery date.*

## Objective I.4
Ensure that 100% of Prison Enterprises' operating units are in compliance with American Correctional Association (ACA) Performance-Based Standards for Correctional Industries every three years.

**Strategy I.4.1**
Conduct ongoing formal internal review of programs/operations.

### Performance Indicators
- *Percentage of operating units in compliance with ACA Performance-Based Standards for Correctional Industries*

II.   **Increase involvement in the Department's reentry efforts through the continued use of Occupational Job Titles for the offender workforce and through the expansion of offender work programs, apprenticeship programs, and Private Sector/Prison Industry Enhancement (PS/PIE) programs.**

**Objective II.1**
Increase the number of offenders working in PE programs by 5% by 2025.

**Strategy II.1.1**
Continue attempts to meet institutional needs through expansion of product lines in a cost effective manner.

**Strategy II.1.2**
Implement an incentive pay structure to encourage offender advancement within occupational job titles specific to PE programs.

**Strategy II.1.3**
Implementation and expansion of apprenticeship programs within PE operations attracting those offenders with interest in acquiring a skilled trade.

**Strategy II.1.4**
Continue attempts to attract and recruit private sector companies to establish PS/PIE Programs to further contribute to the mission of Prison Enterprises.

**Performance Indicators**
- *Percentage increase of offenders assigned to PE programs*
- *Recidivism rate for offenders employed by PE*

III.   **Research, evaluate, expand and/or curtail existing industrial, agricultural or service programs, product lines, etc. based upon financial data, market trends, customer requests and overall operational value.**

**Objective III.1**
Maintain self-sufficiency while ensuring continuity of existing operations, as well as further expansion as warranted, to meet future obligations by limiting cost of sale increases to no more than 10% by 2025.

**Strategy III.1.1**
Pursue expansion and growth of PE programs, thereby increasing product offerings while also creating additional offender job opportunities for various skill levels.

**Strategy III.1.2**

Seek innovative ways to reduce costs per unit produced at each PE operation.   Improve quality assurance and control in relation to both production and shipping of merchandise to reduce the number of complaints and errors, thereby increasing efficiency.

**Strategy III.1.3**

Monitor and control warehousing of raw materials and finished goods and consider the effects of budget conditions on projected sales volume. Continue preventive maintenance on machinery, buildings and property and carefully consider timing of new equipment purchases.

**Performance Indicators**
- *Incentive wages paid to offenders*
- *Increase in sales volume per operation*
- *Overall operating income*