William Most <williammost@gmail.com>

# Fw: Johnny Traweek - Habeas and Motion for Release

**Stanislav Moroz** <smoroz@opdla.org>     Tue, Jul 24, 2018 at 4:56 PM
To: "williammost@gmail.com" <williammost@gmail.com>

**From:** Rhonda Weldon <RWeldon@corrections.state.la.us>
**Sent:** Wednesday, May 23, 2018 10:48 AM
**To:** Stanislav Moroz
**Subject:** Re: Johnny Traweek - Habeas and Motion for Release

He was released yesterday.

(Embedded image moved to file: pic13136.jpg)

| | | |
|---|---|---|
| 05/22/2018 10:14 AM | Stanislav Moroz <smoroz@opdla.org> | To "RWeldon@corrections.state.la.us" <RWeldon@corrections.state.la.us>, "Arcuri, Blake" <arcurib@opso.us> |
| | | cc "Filmore, Monique" <filmorem@opso.us> |
| | | Subject Johnny Traweek - Habeas and Motion for Release |

Please find attached two motions we are filing in Orleans Parish, Criminal District Court, Section C this morning. [attachment "JTraweek_HabeasandRelease.pdf" deleted by Rhonda Weldon/CORRECTIONS] [attachment "JTraweek_ReconsiderSentence.pdf" deleted by Rhonda Weldon/CORRECTIONS]

    **pic13136.jpg**
23K