UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 19-1384   SECTION "G" (1)** |
| | * | |
| **MARLIN GUSMAN, ET AL.** | * | **CHIEF JUDGE** |
| | * | **NANNETTE JOLIVETTE BROWN** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **JANIS vanMEERVELD** |

**************************************

**MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION [157] TO SECRETARY LEBLANC'S SECOND MOTION FOR SUMMARY JUDGMENT [153]**

**NOW INTO COURT,** through undersigned counsel, comes the defendant, James LeBlanc, who respectfully requests leave to file the attached reply memorandum into the record of this case. The reply is necessary to respond to arguments lodged by the plaintiff in opposition to LeBlanc's motion for summary judgment based on qualified immunity and related state law claims, which is currently being reconsidered after remand from the U.S. Fifth Circuit.

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

*s/Phyllis E. Glazer*
_____

| | |
|---|---|
| **PHYLLIS E. GLAZER (#29878) (L.C.)** | **ANGELA O'BRIEN (La. #34010)** |
| **ASSISTANT ATTORNEY GENERAL** | **ASSISTANT ATTORNEY GENERAL** |
| Louisiana Department of Justice, | Louisiana Department of Justice, |
| Litigation Division | Litigation Division |
| 1885 North Third Street, 3rd Floor | 1450 Poydras Street, Suite 900 |
| Post Office Box 94005 (70804-9005) | New Orleans, Louisiana  70112 |
| Baton Rouge, Louisiana 70802 | Telephone:   (504) 599-1200 |
| Telephone: (225) 326-6300 | Facsimile:    (504) 599-1212 |
| Facsimile: (225) 326-6495 | E-mail:          O'BrienA@ag.louisiana.gov |
| E-mail: GlazerP@ag.louisiana.gov | |

1

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 8th day of January, 2023, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

/s/*Phyllis E. Glazer*
**PHYLLIS E. GLAZER**
**ASSISTANT ATTORNEY GENERAL**