## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 19-1384   SECTION "G" (1)** |
| | * | |
| **MARLIN GUSMAN, ET AL.** | * | **CHIEF JUDGE** |
| | * | **NANNETTE JOLIVETTE BROWN** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **JANIS vanMEERVELD** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

**CONSIDERING THE FOREGOING** Motion for Leave to File Reply Memorandum by defendant James LeBlanc:

**IT IS ORDERED** that the Motion is granted and the attached Reply Memorandum shall be filed into the record of these proceedings.

**SO ORDERED** on _____, 2023, in New Orleans, Louisiana.

_____
**CHIEF JUDGE NANNETTE JOLIVETTE BROWN**
**U.S. District Court, Eastern District of Louisiana, Division "G"**