UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY TRAWEEK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1384-NJB-JVM** |
| **MARLIN GUSMAN, et al.** | **SECTION: "G"(1)** |

### *Ex Parte* Motion to Strike Untimely Reply Brief

Now comes Plaintiff to ask this Court to strike Defendant's proposed reply brief, which was filed eighteen days after the submission date in violation of Local Rule 7.2.

## I. Background and Analysis

Local Rule 7.2 specifies that the submission date of a motion is "the date the motion is deemed submitted to the court for decision and after which no further briefing will be allowed, except with prior leave of court."

Here, on November 14, 2022, Defendant LeBlanc filed a motion for summary judgment. Rec. Doc. 153. He noticed it for submission on November 30, 2022. Rec. Doc. 153-15.

Upon an unopposed motion of the Plaintiff, the Court reset the submission date to "December 21, 2022 at 10:00 AM with any opposition due in accordance with Local Rule 7.5." Rec. Doc. 156. The Court also set oral argument for January 11, 2023. *Id.*

On December 8, 2022, Plaintiff filed his opposition, five days earlier than it was due. Rec. Doc. 157.

Defendant LeBlanc did not seek any further extension of the submission date.

On January 8, 2023, eighteen days after the expiration of the submission date, LeBlanc filed a "Motion for Leave to File Reply." Rec. Doc. 158. The Motion did not provide any explanation for why the Reply could not have been filed by the submission date. The Motion does not even acknowledge that it is untimely. Additionally, Defendant had plenty of time to file

1

a reply brief by the submission date, given that Plaintiff filed his opposition five days earlier than its due date.

Because LeBlanc's provides no explanation for why he should be excused from the requirements of Local Rule 7.2, his reply brief should be struck.

## II. Conclusion

Wherefore, Plaintiff's Motion to Strike should be granted.

Respectfully submitted,

Casey Rose Denson (La. Bar. No. 33363)
3436 Magazine Street, Unit #7005
New Orleans, LA 70115
Telephone: (504) 224-0110
Email: cdenson@caseydensonlaw.com

/s/ *William Most*_____
Most & Associates
William Most (La. Bar No. 36914)
williammost@gmail.com
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023

2