UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY TRAWEEK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1384-NJB-JVM** |
| **MARLIN GUSMAN, et al.** | **SECTION: "G"(1)** |

## ORDER

CONSIDERING THE FOREGOING Ex Parte Motion to Strike Untimely Reply Brief filed by the Plaintiff Johnny Traweek:

IT IS ORDERED that Plaintiff's *Ex Parte* Motion to Strike Untimely Reply Brief is GRANTED.

Defendant LeBlanc sought to file a reply brief eighteen days after the submission date ordered by this Court. Rec. Doc. 158. Defendant LeBlanc provided no explanation in his motion for why he should be excused from Local Rule 7.2's specification that the submission date of a motion is "the date the motion is deemed submitted to the court for decision and after which no further briefing will be allowed, except with prior leave of court."

Therefore, Defendant LeBlanc's proposed reply brief will be struck.

NEW ORLEANS, LOUISIANA, this _____ day of January, 2023.

       **NANNETTE JOLIVETTE BROWN**
       **CHIEF JUDGE**
       **UNITED STATES DISTRICT COURT**

1