UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 19-1384  SECTION "G" (1)** |
| | * | |
| **MARLIN GUSMAN, ET AL.** | * | **CHIEF JUDGE** |
| | * | **NANNETTE JOLIVETTE-BROWN** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **JANIS** v**an**MEERVELD |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MEMORANDUM IN OPPOSITION TO PLAINTIFF'S EX PARTE MOTION TO STRIKE LEBLANC'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM**

Less than ninety minutes after it was filed, plaintiff moved to strike the motion for leave to file a reply memorandum [Doc.158] filed by defendant James LeBlanc. Doc. 159. The motion for leave and proposed reply memorandum were filed after the December 21, 2022 submission date but before oral argument, which is set on January 11, 2023. Plaintiff's motion to strike challenges only the timeliness of the motion for leave—not the substance of the proposed reply memorandum.

"[T]his Court's Local Rules do not establish a time period within which to file a Reply Memorandum. Rather, a Reply Memorandum may only be filed with prior leave of court. See E.D. La. L.R. 7.2; 7.7. Thus, there is no deadline to extend for the filing of a Reply Memorandum." *Dickinson v. Transworld Sys., Inc.*, No. CV 20-1391, 2021 WL 6496845, at *2 (E.D. La. Mar. 3, 2021).

> Moreover, this Court routinely considers parties' requests for leave to file additional pleadings even after the submission date for a motion has passed, but before the Court has ruled on a motion, as L.R. 7.2 explicitly allows. Although leave to file reply memoranda is not automatically granted, the Court will generally allow additional pleadings if they are within the scope of a party's opposition and help develop a fuller record for the Court to consider.

1

*Mays v. Bd. of Commissioners Port of New Orleans*, No. CV 14-1014, 2015 WL 13529948, at *3 (E.D. La. Oct. 22, 2015) (Brown, C.J.).

  LeBlanc complied with the local rules by moving for leave of court to file a proposed reply memorandum. *Id*. ("Because Defendants sought leave of Court to file the reply memorandum, the Court finds that they complied with the local rules.") Plaintiff does not challenge the substance of the motion or proposed reply memorandum, he only challenges their alleged untimeliness. However, they are not untimely under this Court's rules and, absent any other reason for denying the motion, the Motion for Leave to File the Reply Memorandum should be granted.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

*s/Phyllis E. Glazer*
**PHYLLIS E. GLAZER (La. #29878)**
**ASSISTANT ATTORNEY GENERAL**
**(Lead Counsel)**
Louisiana Department of Justice,
Litigation Division
1885 North Third Street, 3rd Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6300
Facsimile: (225) 326-6495
E-mail: GlazerP@ag.louisiana.gov

**ANGELA O'BRIEN (La. #34010)**
**ASSISTANT ATTORNEY GENERAL**

Louisiana Department of Justice,
Litigation Division
1450 Poydras Street, Suite 900
New Orleans, Louisiana  70112
Telephone:    (504) 599-1200
Facsimile:    (504) 599-1212
E-mail: O'BrienA@ag.louisiana.gov

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on the 8th day of January, 2023, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

    /s/*Phyllis E. Glazer*
    **PHYLLIS E. GLAZER**
    **ASSISTANT ATTORNEY GENERAL**