UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY TRAWEEK** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 19-1384** |
| **MARLIN GUSMAN et al.,** | **SECTION: "G"(1)** |

### ORDER

Considering Defendant Secretary James LeBlanc's ("Defendant") Motion for Leave to File Reply Memorandum,[1]

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED** and the memorandum accompanying the motion is filed into the record of the above-captioned matter.

**IT IS FURTHER ORDERED** that Plaintiff Johnny Traweek's motion to strike the reply brief as untimely[2] is **DENIED AS MOOT.**

**NEW ORLEANS, LOUISIANA**, this ___9th___ day of January, 2023.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Rec. Doc. 158.

[2] Rec. Doc. 159.