MINUTE ENTRY
BROWN, C.J.
JANUARY 11, 2023

JS-10:  0:39

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK | CIVIL ACTION |
| VERSUS | NO.  19-1384 |
| MARLIN GUSMAN ET AL | SECTION "G" |

MOTION HEARING

Courtroom Deputy: Dena White
Court Reporter:      Nichelle Wheeler
Law Clerk:            Antonio Milton

APPEARANCES:
William Most of Law Office of William Most for plaintiff.
Phyllis Glazer and Angela O'Brien of Louisiana Department of Justice for defendants.

**#153 Second Motion for Summary Judgment**

Case called at 10:03 a.m.
Argument held.
Motion taken under advisement.
Court adjourned at 10:42 a.m.