UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK | CIVIL ACTION |
| VERSUS | NO. 19-1384 |
| MARLIN GUSMAN, ET AL. | SECTION: "G" (1) |

**Motion for Leave to Supplement Opposition to Motion for Summary Judgment**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Johnny Traweek, who respectfully moves this Court for an order accepting into the record on Defendant, James LeBlanc's pending Second Motion for Summary Judgment[1] the documents filed herewith.

LeBlanc's Second Motion for Summary Judgment was filed on November 14, 2022.[2] Plaintiff filed Opposition on December 8, 2022.[3] The motion was set for submission on December 21, 2022.[4] Thereafter, LeBlanc filed a motion for leave to file a reply brief,[5] which was accepted on January 10, 2023.[6] Oral argument was held on January 11, 2023.[7]

Since then, on January 25, 2023, the United States Department of Justice published a Findings Report following an investigation into the Louisiana Department of Public Safety and Corrections' time computation and release practices that began in December 2020. The findings of this investigation, specifically that: (1) LDOC denies individuals' due process rights to timely release from incarceration; (2) LDOC's failure to implement adequate policies and procedures causes systemic overdetentions; and (3) LDOC is deliberately indifferent to the systemic

---

[1] R. Doc. 153
[2] R. Doc. 153
[3] R. Doc. 157
[4] R. Doc. 156
[5] R. Doc. 158
[6] R. Doc. 161
[7] R. Doc. 163

overdetention of people in its custody, are directly relevant persuasive authority relating to the issues in the pending Motion for Summary Judgment.

Accordingly, Plaintiff respectfully requests that this Court accept into the record the attached Supplement to Plaintiff's Opposition to LeBlanc's Second Motion for Summary Judgment, and the exhibits attached thereto.

Dated: January 30, 2023

Respectfully submitted,

*/s/ Casey Denson*
Casey Rose Denson (La. Bar. No. 33363)
4601 Dryades Street
New Orleans, LA 70115
Telephone: (504) 224-0110
Email: cdenson@caseydensonlaw.com

*/s/ William Most*
Most & Associates
William Most (La. Bar No. 36914)
williammost@gmail.com
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023