UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY TRAWEEK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1384** |
| **MARLIN GUSMAN, et al.** | **SECTION: "G"(1)** |

## ORDER

Considering Plaintiff Johnny Traweek's ("Plaintiff") "Motion for Leave to File Supplement Opposition to Motion for Summary Judgment,"[1]

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED** and that the "Supplement to Plaintiff's Opposition"[2] accompanying the motion for leave is filed into the record.

**NEW ORLEANS, LOUISIANA**, this  1st   day of February, 2023.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 164.

[2] Rec. Doc. 164-2.

1