UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK | CIVIL ACTION |
| VERSUS | NO. 19-1384 |
| MARLIN GUSMAN, ET AL. | SECTION: "G" (1) |

**Second Motion for Leave to Supplement Opposition to Motion for Summary Judgment**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Johnny Traweek, who respectfully moves this Court for an order accepting into the record on Defendant, James LeBlanc's pending Second Motion for Summary Judgment[1] the documents filed herewith.

LeBlanc's Second Motion for Summary Judgment was filed on November 14, 2022.[2] Plaintiff filed Opposition on December 8, 2022.[3] The motion was set for submission on December 21, 2022.[4] Thereafter, LeBlanc filed a motion for leave to file a reply brief,[5] which was accepted on January 10, 2023.[6] Oral argument was held on January 11, 2023.[7] Plaintiff filed a Motion for Leave to File Supplement on January 30, 2023, relating to the United States Department of Justice's January 25, 2023 Investigative Findings Report,[8] which was granted on February 1, 2023.[9] Plaintiff now files this Second Motion for Leave to File Supplement because the U.S. Court of Appeals for the Fifth Circuit will imminently issue precedent directly applicable to the instant matter.

---

[1] R. Doc. 153
[2] R. Doc. 153
[3] R. Doc. 157
[4] R. Doc. 156
[5] R. Doc. 158
[6] R. Doc. 161
[7] R. Doc. 163
[8] R. Doc. 164
[9] R. Doc. 165

1

On January 31, 2023, the Fifth Circuit denied the defendants' motion for rehearing *en banc* of its decision in *Crittindon v. LeBlanc*, 37 F.4th 177 (5th Cir. 2022).[10] Mandate is set to issue in *Crittindon* on February 8, 2023.[11] In Defendant's motion[12] and during oral argument, counsel for LeBlanc specifically highlighted that the petition for rehearing *en banc* was still pending in *Crittindon v. LeBlanc*, 37 F.4th 177 (5th Cir. 2022).

The holding of *Crittindon*, specifically that Defendant James LeBlanc and other officials violated the plaintiffs' clearly established right to timely release from prison by: (1) failing to adopt policies ensuring the timely release of individuals in the custody of the Louisiana Department of Corrections (DOC); and (2) directly participating in the conduct that caused their overdetention, is directly relevant persuasive authority relating to the issues in the pending Motion for Summary Judgment.

Accordingly, Plaintiff respectfully requests that this Court accept into the record the attached Second Supplement to Plaintiff's Opposition to LeBlanc's Second Motion for Summary Judgment, and the exhibits attached thereto.

Respectfully submitted,

/s/ *Casey Denson*
Casey Rose Denson (La. Bar. No. 33363)
4601 Dryades Street
New Orleans, LA 70115
Telephone: (504) 224-0110
Email: cdenson@caseydensonlaw.com

/s/ *William Most*
William Most (La. Bar No. 36914)
williammost@gmail.com
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023

---

[10] *Crittindon v. LeBlanc*, 2023 WL 1228310 (5th Cir. Jan. 31, 2023) (No. 20-30304, ECF 105-2) (attached as Ex. A).
[11] *See* No. 20-30304, dkt. entry 105.
[12] R. Doc. 153-2, n. 22.