# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK | CIVIL ACTION |
| VERSUS | NO. 19-1384 |
| MARLIN GUSMAN, ET AL. | SECTION: "G" (1) |

## Order

CONSIDERING THE FOREGOING Plaintiff's Second Motion for Leave to File Supplement to Opposition to Motion for Summary Judgment,

IT IS HEREBY ORDERED that the Motion is GRANTED and the attached Supplement with Exhibits shall be filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2023.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

1