UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY TRAWEEK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1384** |
| **MARLIN GUSMAN, et al.** | **SECTION: "G"(1)** |

### ORDER

Considering Plaintiff Johnny Traweek's ("Plaintiff") "Motion for Leave to File Second Supplement to Opposition to Motion for Summary Judgment,"[1]

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED** and that the "Second Supplement to Plaintiff's Opposition" accompanying the motion is filed into the record.

**NEW ORLEANS, LOUISIANA**, this  2nd  day of February, 2023.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 167.

1