## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 19-1384  SECTION "G" (1)** |
| | * | |
| **MARLIN GUSMAN, ET AL.** | * | **CHIEF JUDGE** |
| | * | **NANNETTE JOLIVETTE-BROWN** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **JANIS vanMEERVELD** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM

**NOW INTO COURT**, through undersigned counsel, comes the defendant, James LeBlanc, respectfully requesting leave of court to file the attached sur-reply memorandum, which responds to plaintiff's two supplemental memoranda he filed in opposition to LeBlanc's pending motion for summary judgment. Docs. 166, 169. The memoranda and exhibits attached thereto require a response from LeBlanc. Additionally, another ruling by the Fifth Circuit in an overdetention case was rendered after plaintiff filed his second supplemental memorandum. That case, *Frederick v. LeBlanc*, No. 21-30660 (5th Cir. 2/1/23), 2023 WL 1432014, is also briefly discussed in the attached sur-reply memorandum.

1

For the reasons explained above, LeBlanc respectfully requests that this Court grants leave and allows the attached sur-reply memorandum to be filed into the record of this case.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

*s/Phyllis E. Glazer*

| | |
|---|---|
| **PHYLLIS E. GLAZER (La. #29878)** | **ANGELA O'BRIEN (La. #34010)** |
| **ASSISTANT ATTORNEY GENERAL** | **ASSISTANT ATTORNEY GENERAL** |
| **(Lead Counsel)** | |
| Louisiana Department of Justice, | Louisiana Department of Justice, |
| Litigation Division | Litigation Division |
| 1885 North Third Street, 3rd Floor | 1450 Poydras Street, Suite 900 |
| Post Office Box 94005 (70804-9005) | New Orleans, Louisiana 70112 |
| Baton Rouge, Louisiana 70802 | Telephone: (504) 599-1200 |
| Telephone: (225) 326-6300 | Facsimile: (504) 599-1212 |
| Facsimile: (225) 326-6495 | E-mail: O'BrienA@ag.louisiana.gov |
| E-mail: GlazerP@ag.louisiana.gov | |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 3, 2023, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

/s/*Phyllis E. Glazer*
**PHYLLIS E. GLAZER**
**ASSISTANT ATTORNEY GENERAL**