## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 19-1384  SECTION "G" (1)** |
| | * | |
| **MARLIN GUSMAN, ET AL.** | * | **CHIEF JUDGE** |
| | * | **NANNETTE JOLIVETTE-BROWN** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **JANIS** v<span style="font-variant:small-caps">an</span>**MEERVELD** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM

**CONSIDERING THE FOREGOING** Motion for Leave to File Sur-Reply Memorandum filed by the defendant, James LeBlanc:

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the attached Sur-Reply Memorandum shall be filed into the record of this case.

**SO ORDERED** on _____, 2023, in New Orleans, Louisiana.

_____
**HON. NANNETTE JOLIVETTE BROWN
CHIEF U.S. DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA**

1