UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY TRAWEEK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1384** |
| **MARLIN GUSMAN, et al.** | **SECTION: "G"** |

### ORDER

Considering Defendant James LeBlanc's ("Defendant") "Motion for Leave to File Sur-Reply Memorandum,"[1]

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the memorandum accompanying Defendant's motion is filed into the record of the above-captioned matter.

**NEW ORLEANS, LOUISIANA,** this 6th day of February, 2023.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 170.