UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 19-1384  SECTION "G" (1) |
| | * | |
| **MARLIN GUSMAN, ET AL.** | * | CHIEF JUDGE |
| | * | NANNETTE JOLIVETTE-BROWN |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS vanMEERVELD |

**************************************

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

**NOW INTO COURT,** through undersigned counsel, comes the Defendant, James LeBlanc, who hereby respectfully requests leave of court to file the attached supplemental memorandum in support of his Second Motion for Summary Judgment (Rec. Doc. 153).

1.

On February 14, 2023, the United States Court of Appeals for the Fifth Circuit issued a published opinion in another overdentention case.  In that case, *Percy Taylor vs. James LeBlanc*, No. 21-30625, the Fifth Circuit reversed the denial of qualified immunity to Secretary LeBlanc. The appellate court's reasoning in that case is relevant to the issues presented in LeBlanc's pending motion for summary judgment in this case.

2.

The attached supplemental memorandum briefly discusses the *Taylor* ruling and its relevance to the issues pending before this Court.

1

**WHEREFORE**, the Defendant, James M. LeBlanc, respectfully requests that this Honorable Court grant him leave to file the attached supplemental memorandum into the record in this matter for this Honorable Court's consideration.

        Respectfully submitted,

        **JEFF LANDRY**
        **ATTORNEY GENERAL**

        *s/Phyllis E. Glazer*
        **PHYLLIS E. GLAZER (La. #29878)**
        **ASSISTANT ATTORNEY GENERAL**
        **(Lead Counsel)**
        Louisiana Department of Justice,
        Litigation Division
        1885 North Third Street, 3rd Floor
        Post Office Box 94005 (70804-9005)
        Baton Rouge, Louisiana 70802
        Telephone: (225) 326-6300
        Facsimile: (225) 326-6495
        E-mail: GlazerP@ag.louisiana.gov

        **ANGELA O'BRIEN (La. #34010)**
        **ASSISTANT ATTORNEY GENERAL**
        Louisiana Department of Justice,
        Litigation Division
        1450 Poydras Street, Suite 900
        New Orleans, Louisiana 70112
        Telephone: (504) 599-1200
        Facsimile: (504) 599-1212
        E-mail: O'BrienA@ag.louisiana.gov

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on February 15, 2023, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

        /s/*Phyllis E. Glazer*
        **PHYLLIS E. GLAZER**