UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNNY TRAWEEK                                                  CIVIL ACTION

VERSUS                                                          NO. 19-1384

MARLIN GUSMAN, et al.                                          SECTION: "G"


## ORDER

Considering Defendant James LeBlanc's ("Defendant") "Motion for Leave to File Supplemental Memorandum,"[1]

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the memorandum accompanying Defendant's motion is filed into the record of the above-captioned matter.

**NEW ORLEANS, LOUISIANA,** this 16th day of February, 2023

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 173.