UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK | CIVIL ACTION |
| VERSUS | NO. 19-1384 |
| MARLIN GUSMAN, ET AL. | SECTION: "G" (1) |

*Ex Parte* **Motion for Leave to File Response to Defendant's Supplement Regarding** *Taylor v. LeBlanc*

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Johnny Traweek, who respectfully moves this Court for an order accepting into the record Plaintiff's Response to Defendant's Supplement Regarding *Taylor v. LeBlanc.*

Currently pending before this Court is Secretary LeBlanc's Second Motion for Summary Judgment. Rec. Doc. 153. On February 16, 2023, LeBlanc filed a supplement regarding the Fifth Circuit's recent opinion in *Taylor v. LeBlanc*, --- F.4th ----, No. 21-30625 (5th Cir. 2/14/23). Rec. Doc. 175. Plaintiff proposes to file a one-and-a-half page response.

Accordingly, Plaintiff respectfully requests that this Court accept into the record the attached Response.

Respectfully submitted,

Casey Rose Denson (La. Bar. No. 33363)
4601 Dryades Street
New Orleans, LA 70115
Telephone: (504) 224-0110
Email: cdenson@caseydensonlaw.com

/s/ *William Most*_____
Most & Associates
William Most (La. Bar No. 36914)
williammost@gmail.com
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023

1