UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK | CIVIL ACTION |
| VERSUS | NO. 19-1384 |
| MARLIN GUSMAN, ET AL. | SECTION: "G" (1) |

### Order

CONSIDERING THE FOREGOING Plaintiff's Motion for Leave to File Response to Defendant's Supplement Regarding *Taylor v. LeBlanc,*

IT IS HEREBY ORDERED that the Motion is GRANTED and the attached Supplement shall be filed into the record.

New Orleans, Louisiana, this ____ day of _____, 2023.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**