UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY TRAWEEK** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 19-1384** |
| **MARLIN GUSMAN et al.** | **SECTION: "G"** |

### ORDER

Considering Plaintiff Johnny Traweek's ("Defendant") Motion for Leave to File Response to Defendant's Supplemental Reply,[1]

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the memorandum accompanying the motion is filed into the record of the above-captioned matter.

**NEW ORLEANS, LOUISIANA**, this __23rd__ day of February, 2023.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 177.