UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK,<br><br>*Plaintiff*<br><br>v.<br><br>MARLIN GUSMAN, ET AL.,<br><br>*Defendants* | CIVIL ACTION NO. 2:19-cv-01384-DJP-JVM<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

**MOTION FOR LEAVE TO FILE THIRD SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Johnny Traweek, who respectfully moves this Court for an order accepting into the record on Defendant James LeBlanc's pending Second Motion for Summary Judgment[1] the documents filed herewith.

LeBlanc's Second Motion for Summary Judgment was filed on November 14, 2022.[2] Plaintiff filed his Opposition on December 8, 2022.[3] The motion was set for submission on December 21, 2022.[4] Thereafter, LeBlanc filed a motion for leave to file a reply brief,[5] which was accepted on January 10, 2023.[6] Oral argument was held on January 11, 2023.[7] The First Supplement to Plaintiff's Opposition to Motion for Summary Judgment was entered into the record on February 1, 2023,[8] and Plaintiff's Second Supplement to the Opposition to Motion for Summary

---

[1] R. Doc. 153.
[2] *Id*.
[3] R. Doc. 157.
[4] R. Doc. 156.
[5] R. Doc. 158.
[6] R. Doc. 161.
[7] R. Doc. 163.
[8] R. Doc. 166, entered after Plaintiff's Motion for Leave to File Supplement was granted, R. Doc. 165.

Judgment was entered on February 2, 2023.[9] On February 7, 2023, Defendant's sur-reply to Plaintiff's two supplemental memoranda was entered into the record.[10] Defendant's supplemental memorandum in support of his Second Motion for Summary Judgment was entered into the record on February 16, 2023.[11] On February 23, 2023, Plaintiff's reply to Defendant's supplement was entered into the record.[12]

On July 17, 2023, the Fifth Circuit Court of Appeals issued a published opinion in *Parker v. LeBlanc*, 21-30446 (5th Cir. 2023). That case involves allegations that LeBlanc's Department of Public Safety and Corrections overdetained Parker "for 337 days past his release date" as part of a "pattern of overdetention." *Id*. at *1, 8. The *Parker* decision is directly relevant to Plaintiff's Fourteenth Amendment claims, which deal with the same pattern of overdetention.

Accordingly, Plaintiff respectfully requests that this Court accept into the record the attached Supplement to Plaintiff's Opposition to LeBlanc's Second Motion for Summary Judgment, and the exhibits attached thereto.

Respectfully submitted this 21st day of July, 2023.

/s/ Casey Denson
**Casey Rose Denson (La. Bar #33363)**
**CASEY DENSON LAW, LLC**
8131 Oak Street, Suite 100
New Orleans, LA 70118
Phone: (504) 224-0110
Fax: (504) 534-3380
cdenson@caseydensonlaw.com

/s/ William Most
**William Brock Most (La. Bar #36914)**
**MOST & ASSOCIATES**
201 St. Charles Avenue, Ste. 114, #101

---

[9] R. Doc. 169, entered after Plaintiff's Motion for Leave to File Supplement was granted, R. Doc. 168.
[10] R. Doc. 172, entered after Defendant's Motion for Leave to File Sur-Reply was granted, R. Doc. 171.
[11] R. Doc. 175, entered after Defendant's Motion for Leave to File Supplement was granted, R. Doc. 174.
[12] R. Doc. 179, entered after Plaintiff's Motion for Leave to File Reply was granted, R. Doc. 178.

New Orleans, LA 70170
Phone: (504) 509-5023
williammost@gmail.com

*Attorneys for Plaintiff*