UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK,<br><br>    *Plaintiff*<br><br>v.<br><br>MARLIN GUSMAN, ET AL.,<br><br>    *Defendants* | CIVIL ACTION NO. 2:19-cv-01384-DJP-JVM<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

## **ORDER**

CONSIDERING THE FOREGOING Motion for Leave to File Third Supplement to Plaintiff's Opposition to Motion for Summary Judgment,

IT IS HEREBY ORDERED that the Motion is GRANTED and the attached Supplement with Exhibits shall be filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
JUDGE