UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK,<br><br>    *Plaintiff*<br><br>v.<br><br>MARLIN GUSMAN, ET AL.,<br><br>    *Defendants* | CIVIL ACTION NO. 2:19-cv-01384-DJP-JVM<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

### ORDER

Considering the foregoing Motion for Leave to File Third Supplement (Record Document 181) to Plaintiff's Opposition to Motion for Summary Judgment,

**IT IS HEREBY ORDERED** the Motion is **GRANTED**. The Clerk's Office is directed to file the proposed supplemental into the record.

New Orleans, Louisiana, this 24th day of July, 2023.

*[signature]*
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE