UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK | CIVIL ACTION |
| VERSUS | NO. 19-1384 |
| MARLIN GUSMAN, ET AL. | SECTION: "G" (1) |

**Motion for Leave to Supplement Opposition to Second Motion for Summary Judgment**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Johnny Traweek, who respectfully moves this Court for an order accepting into the record on Defendant, James LeBlanc's pending Second Motion for Summary Judgment[1] the documents filed herewith.

LeBlanc's Second Motion for Summary Judgment was filed on November 14, 2022.[2] Plaintiff filed his Opposition on December 8, 2022.[3] The motion was set for submission on December 21, 2022.[4] Thereafter, LeBlanc filed a motion for leave to file a reply brief,[5] which was accepted on January 10, 2023.[6] Oral argument was held on January 11, 2023.[7] The First Supplement to Plaintiff's Opposition to Motion for Summary Judgment was entered into the record on February 1, 2023,[8] and Plaintiff's Second Supplement to the Opposition to Motion for Summary Judgment was entered on February 2, 2023.[9] On February 7, 2023, Defendant's sur-reply to Plaintiff's two supplemental memoranda was entered into the record.[10] Defendant's supplemental memorandum in support of his Second Motion for Summary Judgment was entered into the record

---

[1] R. Doc. 153
[2] R. Doc. 153
[3] R. Doc. 157
[4] R. Doc. 156
[5] R. Doc. 158
[6] R. Doc. 161
[7] R. Doc. 163
[8] R. Doc. 166, entered after Plaintiff's Motion for Leave to File Supplement was granted, R. Doc. 165.
[9] R. Doc. 169, entered after Plaintiff's Motion for Leave to File Supplement was granted, R. Doc. 168.
[10] R. Doc. 172, entered after Defendant's Motion for Leave to File Sur-Reply was granted, R. Doc. 171.

on February 16, 2023.[11] On February 23, 2023, Plaintiff's reply to Defendant's supplement was entered into the record.[12] On July 25, 2023, Plaintiff's Third Supplement to the Opposition to Motion for Summary Judgment was entered into the record.[13]

On September 5, 2023, the U.S. Court of Appeals for the Fifth Circuit issued a published opinion in *Hicks v. LeBlanc*, 22-30184 (5th Cir. Sept. 5, 2023) ("*Hicks II*"). Because this opinion directly addresses three of the four arguments Secretary Leblanc makes in his Second Motion for Summary Judgement, *Hicks II* is relevant authority here.

Accordingly, Plaintiff respectfully requests that this Court accept into the record the attached Supplement to Plaintiff's Opposition to LeBlanc's Second Motion for Summary Judgment, and the exhibits attached thereto.

Respectfully submitted,

/s/ *William Most*_____
Most & Associates
William Most (La. Bar No. 36914)
williammost@gmail.com
201 St. Charles Ave., Ste. 2500, # 9585
New Orleans, LA 70170
T: (504) 509-5023

*/s/ Casey Denson*_____
Casey Rose Denson (La. Bar. No. 33363)
8131 Oak Street, Suite 100
New Orleans, LA 701118
Telephone: (504) 224-0110
Email: cdenson@caseydensonlaw.com

---

[11] R. Doc. 175, entered after Defendant's Motion for Leave to File Supplement was granted, R. Doc. 174.
[12] R. Doc. 179, entered after Plaintiff's Motion for Leave to File Reply was granted, R. Doc. 178.
[13] R. Doc. 183, entered after Plaintiff's Motion for Leave to File Supplement was granted, R. Doc. 182.