**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOHNNY TRAWEEK | CIVIL ACTION |
| VERSUS | NO. 19-1384 |
| MARLIN GUSMAN, ET AL. | SECTION: "G" (1) |

**Order**

CONSIDERING THE FOREGOING Plaintiff's Motion for Leave to File Supplement Opposition to Second Motion for Summary Judgment regarding *Hicks v. Leblanc,*

IT IS HEREBY ORDERED that the Motion is GRANTED and the attached Supplement shall be filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____

1