# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK | CIVIL ACTION |
| VERSUS | NO. 19-1384 |
| MARLIN GUSMAN, ET AL. | SECTION: "P" (1) |

## Order

CONSIDERING THE FOREGOING Plaintiff's Motion for Leave to File Supplement Opposition to Second Motion for Summary Judgment regarding *Hicks v. Leblanc* (Record Document 184),

IT IS HEREBY ORDERED that the Motion is GRANTED and the attached Supplement shall be filed into the record.

New Orleans, Louisiana, this 11th day of September 2023.

*/s/ Darrel James Papillion*
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

1