UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK,<br>*Plaintiff* | CIVIL ACTION<br>NO. 19-1384 |
| VERSUS | SECTION: "P" (1) |
| MARLIN GUSMAN, ET AL.,<br>*Defendants* | JUDGE DARREL J. PAPILLION<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## ORDER SCHEDULING SETTLEMENT CONFERENCE

**IT IS ORDERED** that a settlement conference in the above matter is hereby scheduled for **Wednesday, November 15, 2023**, at **9:00 a.m.**  This conference shall take place **VIA VIDEO CONFERENCE** before Magistrate Judge Janis van Meerveld. A Zoom for Government link will be circulated to counsel of record via email. Counsel are to share that link with any necessary participating parties. Everyone should join the link about ten minutes ahead of the start time and wait to be admitted by the judge.  No submissions are required.

New Orleans, Louisiana, this 1st day of November, 2023.

_____
Janis van Meerveld
United States Magistrate Judge