MINUTE ENTRY
VAN MEERVELD
November 15, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY TRAWEEK,<br>    *Plaintiff* | CIVIL ACTION<br>NO.   19-1384 |
| VERSUS | SECTION:   "P" (1) |
| MARLIN GUSMAN, ET AL.,<br>    *Defendants* | JUDGE DARREL J. PAPILLION<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

A settlement conference was held on Wednesday, November 15, 2023.

PRESENT:

>   *Plaintiff*:   William Most, Casey Denson, Johnny Traweek

>   *Defendants*:   Phyllis Glazer, Angela O'Brien

Negotiations were successful and resulted in the settlement of all claims. The material terms of the settlement were memorialized on the record.  The U.S. District Judge's chambers have been notified. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

*Janis van Meerveld*
Janis van Meerveld
United States Magistrate Judge

```
MJSTAR: 04:00
```