UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY TRAWEEK** | **CIVIL ACTION NO: 19-CV-1384** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **MARLIN GUSMAN, ET AL.** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## ORDER OF DISMISSAL

The Court has been made aware that the parties have reached a settlement (Record Document 189).  Accordingly, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty days of this order.  Each party will bear its own costs.  The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.  The parties are reminded that, if witnesses have been subpoenaed, every witness must be informed by counsel not to appear.

**IT IS FURTHER ORDERED** Defendant James LeBlanc's Second Motion for Summary Judgment (Record Document 153) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 15th day of November 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**