UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 19-1384   SECTION "P" (1) |
| | * | |
| **MARLIN GUSMAN, ET AL.** | * | JUDGE DARREL JAMES PAPILLION |
| | * | |
| | * | MAG. JUDGE JANIS vanMEERVELD |

**************************************

## JOINT MOTION TO DISMISS

**NOW INTO COURT,** come Defendant, James M. LeBlanc, through undersigned counsel, and Plaintiff, Johnny Traweek, who respectfully move to dismiss the above captioned lawsuit with prejudice, each party to bear their own costs, because the claim has been settled.

**WHEREFORE**, Plaintiff, Johnny Traweek, and Defendant, James M. LeBlanc, jointly and respectfully move and request that this Honorable Court grant their motion to dismiss this case with prejudice with each party to bear their own costs.

[*signature blocks on following page*]

1

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

*s/Angela J. O'Brien*
**ANGELA J. O'BRIEN (La. #34010)**
**ASSISTANT ATTORNEY GENERAL**
Louisiana Department of Justice,
Litigation Division
1450 Poydras Street, Suite 900
New Orleans, Louisiana 70112
Telephone:    (504) 599-1200
Facsimile:    (504) 599-1212
E-mail: O'BrienA@ag.louisiana.gov

    *AND*

**PHYLLIS E. GLAZER (La. #29878)**
**ASSISTANT ATTORNEY GENERAL**
**(Lead Counsel)**
Louisiana Department of Justice,
Litigation Division
1885 North Third Street, 3rd Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6300
Facsimile: (225) 326-6495
E-mail: GlazerP@ag.louisiana.gov
*Counsel for Defendant*

*s/William Most*
Most & Associates
**William Most (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, # 9585
New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com


*s/Casey Rose Denson*
**Casey Rose Denson (La. Bar. No. 33363)**
8131 Oak Street, Suite 100
New Orleans, LA 701118
Telephone: (504) 224-0110
Email: cdenson@caseydensonlaw.com
*Counsel for Plaintiff*