UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHNNY TRAWEEK** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 19-1384   SECTION "P" (1) |
| | * | |
| **MARLIN GUSMAN, ET AL.** | * | JUDGE DARREL JAMES PAPILLON |
| | * | |
| | * | MAG. JUDGE JANIS vanMEERVELD |

**************************************

### ORDER OF DISMISSAL

**CONSIDERING** the foregoing Joint Motion to Dismiss (R. Doc. 191):

**IT IS ORDERED** that the above captioned action is dismissed with prejudice and with each party responsible for their own costs.

**NEW ORLEANS, LOUISIANA,** this 22nd day of November 2023.

_____
**THE HONORABLE DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**